Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611, rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

Steven R. Popofsky, SPopofsky@kkwc.com (admitted pro hac vice)
Pamela A. Frederick, PFrederick@kkwc.com (admitted pro hac vice)
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, NY 10110
(212) 880-9882
(212) 986-8866 (facsimile)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., ) <br> a Delaware corporation, ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> PAUL D. MCCOWN, ) <br> MCCOWN ENTERPRISES, LLC, ) <br> ) <br> *Defendants* ) | Civil Action No. 21-cv-125-S |

### PLAINTIFF RIA R SQUARED, INC.'s
### CORPORATE DISCLOSURE STATEMENT

Plaintiff Ria R Squared, Inc., and pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, state the following:

    1.    Plaintiff Ria R Squared, Inc. is a privately held company.

    2.    Plaintiff Ria R Squared, Inc. has no parent corporation.

**RESPECTFULLY SUBMITTED this 1st day of July 2021.**

        RIA R SQUARED, INC.,
        a Delaware corporation,

        *Plaintiff*.

        By: /s/ Ryan Schwartz
        Stuart R. Day, WSB# 5-2244
        sday@wpdn.net
        Ryan J. Schwartz, WSB# 6-3611
        rschwartz@wpdn.net
        Ryan L. Ford, WSB# 7-4667
        rford@wpdn.net
        WILLIAMS, PORTER, DAY & NEVILLE, P.C.
        PO Box 10700
        Casper, WY 82602
        (307) 265-0700
        (307) 266-2306 (facsimile)

        Steven R. Popofsky,
        SPopofsky@kkwc.com
        Pamela A. Frederick,
        PFrederick@kkwc.com
        KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
        500 Fifth Avenue
        New York, NY 10110
        (212) 880-9882
        (212) 986-8866 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing *Plaintiff's Corporate Disclosure Statement* was served upon counsel of record via the ECF/CM Filing System (or otherwise as indicated below), this 1st day of July 2021.

| | |
|---|---|
| Matthew Schneider | [  ]  Electronic Delivery |
| Honigman, LLP | ECF/CM |
| 5335 Wisconsin Avenue, NW, | [  ]  Fax |
| Suite 440 | [  ]  Overnight Delivery |
| Washington, DC 20015 | [  ]  U.S. Mail |
| | [ X ]  e-mail to: |
| | mschneider@honigan.com |

/s/ Ryan Schwartz
Ryan Schwartz