Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611, rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

Steven R. Popofsky, SPopofsky@kkwc.com
Pamela A. Frederick, PFrederick@kkwc.com
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, NY 10110
(212) 880-9882
(212) 986-8866 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 21-CV-125 |
| PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company | ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

**THIS MATTER** coming before the Court pursuant to the *Stipulated Motion for Extension of Time to Answer Complaint*, and the Court, having reviewed the Motion and the Court file herein and being fully advised, finds that good cause exists and the Motion should be granted;

**THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the *Stipulated Motion for Extension of Time to Answer Complaint* is hereby granted and that Defendants Paul D. McCown and McCown Enterprises, LLC's deadline to file their response to

the Plaintiff's Complaint is hereby extended to August 16, 2021.

**DATED** this \_\_\_\_\_ day of _____, 2021.

_____
Honorable Scott W. Skavdahl
United States District Court for the District of Wyoming