Chad S. Caby, WSB# 7-5457
1200 17th Street, Suite 3000
LEWIS ROCA ROTHGERBER CHRISTIE LLP
Denver, CO 80202-5855
Tel:     (303) 628-9583
Fax:    (303) 623-9222
Email:  ccaby@lewisroca.com

*Counsel for Central Bank & Trust*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL D. MCCOWN, MCCOWN ENTERPRISES, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-CV-125-S<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF CHRISTOPHER VONHOLTUM

STATE OF WYOMING    )
                                          ) ss
COUNTY OF FREMONT )

    I, Christopher VonHoltum, hereby attest under oath and penalty of perjury that the following facts are true and correct to the best of my knowledge:

    1.    I am over the age of 21 years old, and I have personal knowledge of the facts set forth herein. I would and could testify to the facts if called upon to do so in a court of law.

    2.    I am the President of Central Bank & Trust ("CB&T").

    3.    On July 30th, 2021 CB&T was served with a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena").

4.  The Subpoena sought production of fourteen (14) separate categories of documents from CB&T related to accounts held by Wyoming Catholic College (the "College") and Susan Gleason ("Ms. Gleason").

5.  In order for CB&T to comply with the Subpoena, it would require 5 CB&T employees to review approximately 700 pages of documents related to the College and Ms. Gleason.

6.  I estimate that this review would take 40 hours and cost CB&T $4000.00.

DATED: August 10, 2021

_____
Christopher VonHoltum
President – Central Bank & Trust

Subscribed and sworn to before me this 10 day of August, 2021, by Christopher VonHoltum, as President of Central Bank & Trust.

Witness my hand and official seal.

My commission expires: 12·01·23

MELISSA FEDERER - NOTARY PUBLIC
COUNTY OF FREMONT
STATE OF WYOMING
My Commission Expires December 1, 2023

_____
Notary Public

115199175.1

**Exhibit B**