UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL D. MCCOWN, ) <br> MCCOWN ENTERPRISES, LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 21-CV-125-S |

**[PROPOSED] ORDER GRANTING NON-PARTY CENTRAL BANK & TRUST'S MOTION TO QUASH SUBPOENA**

THIS MATTER comes before the Court on the Motion to Quash Subpoena (the "Motion") filed by Non-Party Central Bank & Trust ("CB&T"). The Court, having reviewed the record, the matter being fully briefed, and being otherwise fully advised, finds that:

1. On July 29, 2021, Plaintiff Ria R Squared, Inc. issued a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") on Non-Party CB&T;

2. The Subpoena seeks fourteen separate categories of documents from CB&T;

3. The Subpoena implicates the disclosure of confidential and proprietary information in violation of FED. R. CIV. P. 45(d)(3)(A)(iii);

4. The Subpoena constitutes an undue burden on CB&T pursuant to FED. R. CIV. P. 45(c)(3)(A)(iv);

115203087.1

5. The Subpoena seeks to circumvent this Court's Second Order[1] denying additional discovery directed to Wyoming Catholic College; and

6. The Subpoena is duplicative of a separate subpoena already served on Susan Gleason in this matter.

Based on the foregoing findings, it is hereby ORDERED that:

Non-Party Central Bank & Trust's Motion to Quash Subpoena is **GRANTED**; and the Subpoena is **QUASHED** pursuant to Fed. R. Civ. P. 45(c)(3)(A).

**DATED** this __ day of August, 2021.

BY THE COURT:

_____
Scott W. Skavdahl
United States District Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

115203087.1