Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611, rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

Steven R. Popofsky, SPopofsky@kkwc.com
Pamela A. Frederick, PFrederick@kkwc.com
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, NY 10110
(212) 880-9882
(212) 986-8866 (facsimile)

*Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RIA R SQUARED, INC.,<br>a Delaware corporation,<br><br>*Plaintiff*<br><br>v.<br><br>PAUL D. MCCOWN,<br>MCCOWN ENTERPRISES, LLC,<br><br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 21-cv-125-S |

## NOTICE OF ISSUANCE OF SUBPOENAS

Plaintiff Ria R Squared, Inc. ("R Squared"), through counsel Williams, Porter, Day & Neville, P.C., and pursuant to Fed. R. Civ. P. 45 and authorization provided by this Court's July 27, 2021 *Order Granting in Part and Denying in Part Plaintiff's Second Motion for Expedited Discovery* [Doc 30] hereby provides notice of issuance of subpoenas to:

- Jacob and/or Hillary Halsmer

- William and/or Erin Dowdy

- Wyoming Business Counsil

- Eli and/or Maria Rowney

- Central Bank and Trust

- Susan Gleason

- JP Morgan

- Notre Dame Federal Credit Union

- Central Bank and Trust

- Google

- DonorsTrust

- Doug and Amy Tietz

Copies of the subpoenas are being provided to Plaintiff via email contemporaneously herewith.

*Remainder of Page Intentionally Left Blank*

**DATED** this 12th day of August, 2021.

RIA R SQUARED, INC.,
a Delaware corporation,

*Plaintiff.*

By:   /s/ Stuart R. Day
Stuart R. Day, WSB# 5-2244
    sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611
    rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667
    rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

And

Steven R. Popofsky,
    SPopofsky@kkwc.com
Pamela A. Frederick,
    PFrederick@kkwc.com
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, NY 10110
(212) 880-9882
(212) 986-8866 (facsimile)

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was served upon counsel this 12th day of August, 2021.

| | | |
|---|---|---|
| Matthew Schneider | [   ] | U. S. Mail (prepaid) |
| Honigman, LLP | [   ] | CM/ECF Electronic Transmission |
| 5335 Wisconsin Ave., NW, Suite 440 | [   ] | Overnight Delivery |
| Washington, District of Columbia 20015 | [   ] | Hand Delivery |
| mschneider@honigan.com | [ x ] | Electronic Mail |

/s/ Stuart R. Day
Stuart R. Day