Jason M. Tangeman, WSB # 6-3082
Nicholas & Tangeman, LLC
170 North Fifth St.
P.O. Box 0928
Laramie, WY 82073-0928
(307) 742-7140
jtangeman@wyolegal.com
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RIA R SQUARED, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 21-cv-00125-SWS |
| vs. | ) ) | HON. SCOTT W. SKAVDAHL |
| PAUL D. MCCOWN and MCCOWN ENTERPRISES, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## INDEX OF EXHIBITS

| Exhibit | Description |
|:---:|---|
| A | Grand Jury Subpoena |
| B | Seizure Warrant |

40335776.1

# Exhibit A

AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
### DISTRICT OF WYOMING

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To:   Google, Inc.
   Custodian of Records, 1600 Amphitheatre Parkway, Mountain View, CA 94043

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Ewing T. Kerr Federal Courthouse<br>111 S. Wolcott<br>Casper, Wyoming 82602-5010 | Date and Time:<br><br>July 20, 2021            at 8:00 a.m. |
|---|---|

XXX   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Attachment

* Questions regarding the requested records should be directed to: [redacted]
* Questions regarding compliance by the above date should be directed to: [redacted]
* In lieu of personal appearance, records must be sent to the US Attorney's Office [redacted]

Date:   June 16, 2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

[redacted]
Assistant United States Attorney

Case Number: 2021R00109    09

## ATTACHMENT FOR GRAND JURY SUBPOENA – Google, Inc.

All records pertaining to subscriber information and Internet Protocol (IP) addresses associated with email addresses: paul.d.mccown@gmail.com ,  to include name(s), addresses and billing information, telephone and instrument numbers (including MAC addresses), length of service (including start date), registration IP address, records of session times and duration, and temporarily assigned network addresses and/or IP addresses associated with those sessions

# Exhibit B

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

---

**In the Matter of the Seizure of:**

Wyoming Community Bank Account in the name of McCown Enterprises LLC, Account #30013957;
Wyoming Community Bank Account in the name of Paul D. McCown, Account #30013668; *and*
Wyoming Community Bank Account in the name of Paul D. McCown Advisory Services, Account #30019509

**SEIZURE WARRANT**

CASE NUMBER: 21SM150-R

**FILED UNDER SEAL**

**TO: Special Agent Jennifer McGrath** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Jennifer McGrath** who has reason to believe that

in the District of Wyoming and elsewhere, is now concealed certain property which is subject to forfeiture to the United States, namely, *Wyoming Community Bank Account in the name of McCown Enterprises LLC, Account #30013957 in the amount of $700,856.26; Wyoming Community Bank Account in the name of Paul D. McCown, Account #30013668 in the amount of $1,159.44; and Wyoming Community Bank Account in the name of Paul D. McCown Advisory Services, Account #30019509 in the amount of $0.00*

which is subject to seizure and forfeiture under **18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), 981(b)(1), 981(b)(3), 982, 984 and 21 U.S.C. § 853 and 28 U.S.C. § 2461** concerning violations of **Title 18, United States Code, Sections 1341, 1343, 1344, 1956 and 1957.**

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this Seizure Warrant and that an order under 21 U.S.C. 853(e) may not be sufficient to assure the availability of the property for forfeiture.

**YOU ARE HEREBY COMMANDED** to seize within 14 days the property specified, serving this Warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M. - leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned judicial officer as required by law.

Sworn to before me and subscribed in my presence.

June 16, 2021     at     Cheyenne, Wyoming
Date                      City and State

HONORABLE KELLY H. RANKIN
Magistrate Judge
United States District Court
Name & Title of Judicial Officer           Signature of Judicial Officer

Certified to be a true and correct copy of original filed in my office.
Margaret Botkins, Clerk
U.S. Courts, District of Wyoming