Jason M. Tangeman, WSB # 6-3082
Nicholas & Tangeman, LLC
170 North Fifth St.
P.O. Box 0928
Laramie, WY 82073-0928
(307) 742-7140
jtangeman@wyolegal.com
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation,  )<br>)<br>Plaintiff,   )<br>)<br>v.    )<br>)<br>PAUL D. MCCOWN, AND   )<br>MCCOWN ENTERPRISES, LLC,   )<br>a Wyoming Limited Liability Company )<br>)<br>Defendants.   ) | Case No.  21-CV-125 |

**ORDER GRANTING MOTION FOR STAY**

**THIS MATTER** coming before the Court pursuant to the *Motion for Stay*, and the Court, having reviewed the Motion and the Court file herein and being fully advised, finds that good cause exists and the Motion should be granted;

**THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the *Motion for Stay* is hereby granted, this Court will stay the above-captioned litigation for a period of 90 days during the pendency of the ongoing federal criminal investigation into the same subject matter alleged in Complaint.

**DATED** this _____ day of _____, 2021.

_____

Honorable Scott W. Skavdahl
United States District Court for the District of Wyoming