UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

Job #: 44145

RIA R SQUARED, INC.

Plaintiff(s)

Index Number: 21-CV-125-S

Date Filed:

vs

PAUL D. MCCOWN, MCCOWN ENTERPRISES, LLC

Defendant(s)

Client's File No.:

Court Date:

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
ROBERT LUTREN, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On **08/11/2021**, at **1:00 PM** at: **5833 BINGHAM DRIVE, TROY , MI 48085** Deponent served the within **SUBPOENA TO PRODUCE DOCUMENTS**
On: **DOUG TIETZ**, therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☐ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
Sex: Male          Color of skin: WHITE          Color of hair: BROWN          Glasses:
Age: 44 - 52 Yrs.  Height: 5ft 9in - 6ft 0in                Weight: 201-250 Lbs.          Other Features:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 08/18/2021

J. LUTREN, OAKLAND CO. MICH
EXP 44-24

ROBERT LUTREN

SLS Process Serving Company, LLC, 90 State Street, Albany, NY 12207 2094823-DCA