Chad S. Caby, WSB# 7-5457
1601 19th St., Ste. 1000
LEWIS ROCA ROTHGERBER CHRISTIE LLP
Denver, CO  80202
Tel:	(303) 628-9583
Fax:	(303) 623-9222
Email:	ccaby@lewisroca.com

*Counsel for Central Bank & Trust*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 21-CV-125-S |
| PAUL D. MCCOWN, MCCOWN ENTERPRISES, LLC, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA WITHOUT PREJUDICE

Non-Party Central Bank & Trust ("CB&T"), by and through its undersigned counsel Lewis Roca Rothgerber Christie LLP, and pursuant to FED. R. CIV. P. 45(d), hereby submits its Notice of Withdrawal of Motion to Quash Subpoena Without Prejudice (the "Notice"), and states as follows.

1. On July 29, 2021, Plaintiff in the above-captioned civil action served on CB&T its Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena").

2. On August 10, 2021, CB&T filed its Motion to Quash Subpoena (Docket No. 34).

3. Since filing its Motion to Quash Subpoena, Plaintiff's counsel and undersigned counsel have conferred and determined that as of September 3, 2021, the Plaintiff has withdrawn its Subpoena without prejudice to serving another subpoena if necessary.

4. Accordingly, in light of the Subpoena being withdrawn, CB&T respectfully provides notice of its withdrawal of its Motion to Quash Subpoena without prejudice to CB&T re-filing its Motion to Quash Subpoena if necessary.

Respectfully submitted this 3rd day of September, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Chad S. Caby
Chad S. Caby, 7-5457
1601 19th St., Ste. 1000
Denver, CO  80202
Tel:	(303) 623-9000
Fax:	(303) 623-9222
Email:	ccaby@lewisroca.com

*Counsel for Central Bank & Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021 a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA WITHOUT PREJUDICE** was electronically filed and served via CM/ECF to the following:

Stuart R. Day, Esq.
Ryan J. Schwartz, Esq.
Ryan L. Ford, Esq.
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, Wyoming 82602
sday@wpdn.net
rschwartz@wpdn.net
rford@wpdn.net

Matthew Schneider
Honigman, LLP
5335 Wisconsin Ave., NW, #440
Washington, District of Columbia 20015
mschneider@honigan.com

Steven R. Popofsky, Esq.
Pamela A. Frederick, Esq.
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, New York 10110
SPopofsky@kkwc.com
PFrederick@kkwc.com

 s/ Jennifer Eastin
Of LEWIS ROCA ROTHGERBER CHRISTIE LLP

115446601.1