Jason M. Tangeman, WSB No. 6-3082
NICHOLAS & TANGEMAN, LLC
P.O. Box 928; 170 N. 5th St.
Laramie, WY  82073
(307) 742-7140
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation,  ) | Case No. 21-CV-125-S |
| *Plaintiff,*  ) | |
| v.  ) | |
| PAUL D. MCCOWN, and MCCOWN ENTERPRISES, LLC,  ) | |
| *Defendants.*  ) | |

## MOTION TO VACATE AND RESET INITIAL PRETRIAL CONFERENCE

COMES NOW Defendants, Paul D. McCown and McCown Enterprises, LLC, by and through counsel, Jason M. Tangeman, of Nicholas and Tangeman, LLC, and respectfully moves that the Court to vacate the Initial Pretrial Conference currently set in this matter for January 6, 2022, at 9:00 a.m. and reset the matter at the Court's convenience.  Counsel for the defendants has long standing family vacation plans for January 3 – 14, 2022 which include air fare to Hawaii.

WHEREFORE counsel for Defendants respectfully requests the Court reset the matter at its earliest convenience, but after January 14, 2022.

DATED: December 17, 2021

 /s/ Jason M. Tangeman
Jason M. Tangeman, WSB #6-3082
NICHOLAS & TANGEMAN, LLC
170 North Fifth Street, P.O. Box 928
Laramie, WY 82073-0928
Phone: (307) 742-7140
Fax: 307-742-7160
jtangeman@wyolegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 17, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all registered counsel of record.

                                                                                      s/ Jason M. Tangeman