Jason M. Tangeman, WSB No. 6-3082
NICHOLAS & TANGEMAN, LLC
P.O. Box 928; 170 N. 5th St.
Laramie, WY  82073
(307) 742-7140
Attorneys for Defendant



FILED
9:55 am, 12/21/21
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RIA R SQUARED, INC., a Delaware corporation | ) ) ) | Case No. 21-CV-125-S |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| PAUL D. MCCOWN, and MCCOWN ENTERPRISES, LLC, | ) ) ) | |
| *Defendants.* | ) | |

### ORDER GRANTING MOTION TO VACATE AND RESET INITIAL PRETRIAL CONFERENCE

THIS MATTER having come before the Court on the *Motion to Vacate and Reset Initial Pretrial Conference* and the Court being fully informed in the premises:

WHEREFORE, IT IS HEREBY GRANTED that the Initial Pretrial Conference currently set in this matter for January 6, 2022, at 9:00 a.m. is VACATED.

IT IS FURTHER ORDERED that the Pretrial Conference be reset for the 19th day of January, 2022 at 9:00 a.m.

DATED this 21st day of January, 2021.

_____
Honorable Kelly H. Rankin
US Magistrate for the District of Wyoming

cc:   Nicholas & Tangeman, LLC
      Williams, Porter, Day & Neville, P.C.
      Kleinberg, Kaplan, Wolff & Cohen, P.C.