Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611, rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

Steven R. Popofsky, SPopofsky@kkwc.com
Pamela A. Frederick, PFrederick@kkwc.com
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, NY 10110
(212) 880-9882
(212) 986-8866 (facsimile)
*Pro-hac vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RIA R SQUARED, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 21-CV-125 |
| PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - FRAUD

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff, by and through its counsel of record, hereby moves the Court for an entry of partial summary judgment in its favor as follows:

1. Rule 56(a) of the Federal Rules of Civil Procedure provides in relevant part that:

"A party may move for summary judgment, identifying each claim or defense—or part of each claim or defense—on which summary judgment is sought. The court shall grant summary judgment if the movant shows that there is no genuine issue of material fact and the movant is entitled to judgment as a matter of law. The court should state on the record the reasons for granting or denying the motion." F.R.Civ.P. 56(a) (2014).

2. Plaintiff moves for partial summary judgment regarding Defendants' liability for the claim of fraud in the inducement and intentional misrepresentation.

3. As presented in the supporting materials, there are no genuine issues of material fact and the Court's ruling, as a matter of law, is warranted.

4. Plaintiff supports this motion, pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, by relying upon all pleadings found in the record, affidavits or declarations, answers, or materials generally found in the record, to include the *Memorandum in Support of Motion for Partial Summary Judgment*, filed concurrently herewith, and its accompanying exhibits.

WHEREFORE, R Squared respectfully requests that this Court enter an Order:

(i) granting R Squared partial summary judgment on its claims for fraud in the inducement and intentional misrepresentation;

(ii) finding defendants jointly and severally liable for the claims for fraud in the inducement and intentional misrepresentation;

(iii) awarding R Squared $14.7 million in damages against defendants for the claims for fraud in the inducement and intentional misrepresentation; and

(iv) reserving R Squared's right to seek punitive damages on its claims for fraud in the inducement and intentional misrepresentation at a later date.

Respectfully submitted this 22nd day of December, 2021.

> RIA R SQUARED, INC.,
> a Delaware corporation,
>
> *Plaintiff*.
>
> By:   /s/: Ryan L. Ford
> Stuart R. Day, WSB# 5-2244
>     sday@wpdn.net
> Ryan J. Schwartz, WSB# 6-3611
>     rschwartz@wpdn.net
> Ryan L. Ford, WSB# 7-4667
>     rford@wpdn.net
> WILLIAMS, PORTER, DAY & NEVILLE, P.C.
> PO Box 10700
> Casper, WY 82602
> (307) 265-0700
> (307) 266-2306 (facsimile)
>
> Steven R. Popofsky,
>     SPopofsky@kkwc.com
> Pamela A. Frederick,
>     PFrederick@kkwc.com
> KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
> 500 Fifth Avenue
> New York, NY 10110
> (212) 880-9882
> (212) 986-8866 (facsimile)
> *Pro-hac Vice*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing pleading was served upon counsel of record via the ECF/CM Filing System (or otherwise as indicated below).

| | |
|---|---|
| Jason Tangeman | [ X ]  Electronic Delivery |
| Nicholas & Tangeman | ECF/CM |
| 170 N. 5th Street | [   ]  Fax |
| Laramie, WY 82073-0928 | [   ]  Overnight Delivery |
| | [   ]  U.S. Mail |
| | [   ]  e-mail to: |

*By:*  /s/: *Ryan L. Ford*