**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

RIA R SQUARED, INC.,                )
a Delaware corporation,             )
                                    )
    Plaintiff,              )
                                    )
    v.                      )    Case No.  21-CV-125
                                    )
PAUL D. MCCOWN, AND                 )
MCCOWN ENTERPRISES, LLC,            )
a Wyoming Limited Liability Company )
                                    )
    Defendants.             )

---

**MEMORANDUM IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - FRAUD**

---

**EXHIBIT A**

Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611, rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
Alia T. Scott, WSB# 7-5703, ascott@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

Steven R. Popofsky, spopofsky@kkwc.com
Pamela A. Frederick, pfrederick@kkwc.com
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, NY 10110
(212) 880-9882
(212) 986-8866 (facsimile)

*Attorneys for Ria R Squared, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation,  )<br>)<br>)<br>*Plaintiff*  )<br>)<br>v.  )<br>)<br>PAUL D. MCCOWN, and  )<br>MCCOWN ENTERPRISES, LLC,  )<br>)<br>*Defendants*  )<br>) | Civil Action No. 21-cv-125-S |

**STATE OF CALIFORNIA** )
                   )   **ss.:**
**COUNTY OF** Los Angeles )

**DAVID KANG**, being duly sworn, hereby states as follows:

1.    I am the President and Chief Executive Officer ("CEO") of plaintiff Ria R Squared, Inc. ("R Squared"), and respectfully submit this affidavit in support of R Squared's motion for partial summary judgment as set forth in the accompanying memorandum of law.

2.     R Squared is a global alternative asset manager which has been victimized by a complex, calculated and methodical fraud orchestrated by defendant Paul McCown, acting on his own behalf and on behalf of his company, defendant McCown Enterprises, LLC.  As set forth in detail in the complaint and below, Mr. McCown forged bank statements and other documents purportedly issued by Wyoming Community Bank in Lander, Wyoming; impersonated and forged the signature of a bank officer; and created and utilized a fraudulent e-mail address purporting to emanate from the bank.

**Defendants' Fraud**

3.     Upon information and belief, early in 2021 Mr. McCown, the then-Chief Financial Officer ("CFO") of Wyoming Catholic College ("WCC"), told his employer that he had become extraordinarily wealthy and wished to make a substantial donation to WCC.

4.     In March 2021, WCC's Executive Vice President Jonathan Tonkowich introduced Mr. McCown to an executive of an investment advisory firm affiliated with plaintiff R Squared and of which I am also the President.

5.     During the introduction, Mr. McCown represented that he was seeking advisory services relating to WCC's endowment fund, which was about to receive a $10 million donation (from his own promised donation, although he did not explain that at the time).

6.     In March 2021, I was introduced to Mr. McCown, who soon told me in a telephone conversation that he had amassed substantial personal wealth and was seeking investment advisory services on his own behalf.  As such, I began the "Know Your Customer" procedures and requested a variety of personal and financial information from Mr. McCown and McCown Enterprises.

7.     In late March 2021, Mr. McCown sent me the – purported – most recent three months of bank statements from his bank account at Wyoming Community Bank ("WCB") with an account number ending in 3668.  Those statements, accompanying this affidavit as Exhibits 1,

2 and 3 (attached hereto), showed a purported balance on the March 2021 statement of $750,323,282 as the result of a large transfer from US Bank in Minneapolis.

8.      Mr. McCown also sent me the three most recent bank statements purporting to be from his US Bank account and supporting the transfer of funds to WCB. The US Bank statements are attached hereto as Exhibits 4, 5 and 6.

9.      Over the ensuing weeks, Mr. McCown and I discussed the details of an investment advisory relationship whereby we would set up, through the international bank BNP Paribas, a custodial account for his – purported – substantial wealth, which would initially be invested in a fund with Plaintiff's affiliate.

10.      During this time, I received various documents purportedly executed by Wyoming Community Bank Vice President and Branch Manager Kendall Hayford, from the email address khayford@wyocommunityb.com. Those documents included, among others, a Deposit Account Control Agreement and two "attestation" forms apparently on Wyoming Community Bank letterhead purporting to verify the account balance in Mr. McCown's account. The Deposit Control Agreement and two "attestations" are attached hereto as Exhibits 7, 8 and 9.

11.      In the coming weeks, I exchanged or was copied on several emails with Mr. McCown and "Mr. Hayford."

12.      In May 2021, Mr. McCown requested that R Squared loan his entity, defendant McCown Enterprises, $15 million to pay a purported supplier in order to alleviate a temporary cash-flow issue. In order to nurture the relationship with WCC and its then-CFO Mr. McCown, and based upon the financial documentation supplied by defendants, R Squared agreed to loan $15 million to McCown Enterprises.

3

13.     On May 10, 2021, Mr. McCown executed, on behalf of defendant McCown Enterprises, a notarized Promissory Note in favor of plaintiff in the amount of $15 million. He also executed a notarized Security Agreement in his individual capacity. The Promissory Note and Security Agreement are attached hereto, respectively, as Exhibits 10 and 11.

14.     The activities, as recounted above, were conducted with one end-goal in mind – to manage the alleged sizeable wealth Mr. McCown had amassed. Mr. McCown had promised he would utilize our asset management services and simply needed the $15 million loan to clean-up business books before utilizing our services for the remainder of his wealth.

## Defendants' Receipt and Disposition of $14.7 Million of Fraudulently-Obtained Funds

15.     On May 11, 2021, R Squared wired a total of $14.7 million (the $15 million loan amount less an origination fee), in reliance on Mr. McCown's fraudulent representations, to the McCown Enterprises' business account at WCB in accordance with the wire instructions provided by Mr. McCown.

16.     Within hours or minutes of receiving the loan proceeds from R Squared, defendants began transferring almost all of those millions of dollars out of the business account at WCB (none of it to pay a purported "supplier"). Specifically, defendants made the following transfers:

     a.     On May 11, Mr. McCown caused his business to wire $10.5 million to the "Goldman Sachs Philanthropy Fund," which Mr. McCown then directed to wire $10 million as an "anonymous donation" to WCC, where (as noted) he was at that time the CFO;

     b.     On May 11, Mr. McCown caused his business to wire $375,000 to his brother, Phillip McCown;

     c.     On May 11, Mr. McCown caused his business to wire $750,000 to his brother-in-law and sister-in-law, Paul and Claire Alarcon;

     d.     On May 11, Mr. McCown caused his business to wire $375,000 to his close friend and colleague at WCC, Mr. Tonkowich, who had introduced him to us in the first place;

     e.     On May 11, Mr. McCown caused his business to send $841,863 to the Wyoming Business Council ("WBC") in the form of a cashier's check;

     f.     On May 19, Mr. McCown caused his business to wire $375,000 to Susan Gleason, an Admissions Counselor at WCC and employee of Mr. McCown's gin distillery, Sweetwater Spirits;

     g.     On May 19, Mr. McCown caused his business to wire $550,000 to his personal WCB account, and that same day he sent those funds from his personal account to a company named Trolan LLC, which is registered to conduct business in Wyoming but is located in Michigan (Mr. McCown's home state), and with which we believe Mr. McCown is affiliated and may well own or control;

     h.     On May 24, Mr. McCown caused his business to wire another $250,000 to the Trolan LLC account.

17.     Shortly after funding the loan, R Squared learned that the bank statements provided by Mr. McCown, as well as the attestations and Deposit Account Control Agreement purportedly signed by Wyoming Community Bank Vice President Mr. Hayford, were all forged, inaccurate and fraudulent. Further, R Squared learned that the email domain "wyocommunityb.com" is not a domain used by WCB, and is not, and never has been, the email address of WCB Vice President Kendall Hayford. Affidavits from Scott Estep, the President of WCB, and Mr. Hayford, the Vice President of the WCB branch, attesting to the foregoing are attached hereto as Exhibits 12 and 13.

18.     Regrettably, R Squared knew none of that at the time we were fostering our relationship with Mr. McCown.

19.     In June 2021, R Squared commenced this lawsuit. In response to the Complaint, defendants' counsel filed an answer invoking the Fifth Amendment privilege against self-incrimination, on behalf of both defendants, in response to virtually every substantive allegation against them.

20.     That same month, WCC placed Mr. McCown on "indefinite administrative leave" and shortly thereafter Mr. McCown resigned from his position as CFO of WCC.

21.     I understand that since May of 2021, the FBI has been investigating Mr. McCown for (potentially among other things) the fraudulent scheme perpetrated against R Squared, and has seized a substantial amount of the funds that Mr. McCown fraudulently obtained and subsequently caused his business to distribute.

22.     Despite those seizures, there is no assurance that R Squared will ever recover those seized funds from the government.

## Conclusion

23.     Throughout the course of our relationship with Mr. McCown and his business entity, we reasonably relied upon his representations, as set forth above, and believed them to be true; and we reasonably relied upon the documentation he provided us, including forged and false bank statements purportedly from WCB and US Bank, and documents presented with the purported letterhead of WCB and with the purported signature of WCB officer Kendall Hayford. Based upon that reasonable reliance, we entered into the loan transaction and wired the loan proceeds accordingly. We would not have done so in the absence of those false representations and forged and fraudulent documents.

David Kang

Sworn to before me this
21e day of December 2021

Notary Public

ANTHONY TORRES
Notary Public - California
Los Angeles County
Commission # 2269018
My Comm. Expires Dec 1, 2022

7

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RIA R SQUARED, INC.,<br>a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-CV-125 |
| | ) | |
| PAUL D. MCCOWN, AND<br>MCCOWN ENTERPRISES, LLC,<br>a Wyoming Limited Liability Company | )<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

---

## MEMORANDUM IN SUPPORT OF MOTION FOR
## PARTIAL SUMMARY JUDGMENT - FRAUD

---

## EXHIBIT 1



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  1/20/21          Page     1
Primary Account   Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Account Title: PAUL D MCCOWN

| Reward Checking | | | |
|---|---|---|---|
| Account Number | Acct Ending 3668 | Number of Enclosures | 0 |
| Previous Balance | 666.54 | Statement Dates  12/17/20 thru  1/20/21 | |
| 2 Deposits/Credits | 2,100.00 | Days in the statement period | 35 |
| 26 Checks/Debits | 2,444.76 | Average Ledger | 567.92 |
| Service Charge | .00 | Average Collected | 567.92 |
| Interest Paid | .81 | Interest Earned | .81 |
| Current Balance | 322.59 | Annual Percentage Yield Earned | 1.50% |
| | | 2021 Interest Paid | .81 |

### DEPOSITS AND ADDITIONS

| Date | Deposits | Amount |
|---|---|---|
| 12/31 | Transfer from x3957 to x3668 | 500.00 |
| 1/05 | Transfer from x3957 to x3668 | 1,600.00 |
| 1/20 | Interest Deposit | .81 |

### WITHDRAWALS

| Date | Withdrawals | Amount |
|---|---|---|
| 12/18 | PAYMENT    VENMO<br>WEB | 10.89- |
| 12/21 | POS DEB 2353 12/18/20 00000007<br>AMAZON.COM*PV3WA3T23<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 23.09- |
| 12/21 | DBT CRD 1807 12/20/20 DJVZEUAB<br>DISNEYPLUS<br>888-9057888    CA C#2629 | 6.99- |
| 12/21 | DBT CRD 1400 12/21/20 DJMS624N<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 12.59- |
| 12/24 | DBT CRD 2007 12/24/20 DJJHHL2B<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 2.99- |
| 12/24 | DBT CRD 2007 12/24/20 DJE6UFUU<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 13.64- |
| 12/28 | PAYMENT    VENMO<br>WEB | 75.00- |

Ria v McCown - Exhibit 1: 0002



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  1/20/21          Page     2
Primary Account   Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668  (Continued)

| WITHDRAWALS | | |
|---|---|---|
| Date | Withdrawals | Amount |
| 12/28 | DBT CRD 0327 12/26/20 DJLQ0AQ1<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 2.99- |
| 12/31 | POS DEB 0740 12/31/20 00965801<br>AMAZON.COM*1G8N36M53<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 9.74- |
| 12/31 | POS DEB 0740 12/31/20 00966687<br>AMAZON.COM*2W8R91NH2<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 10.65- |
| 12/31 | POS DEB 0750 12/31/20 00979581<br>AMAZON.COM*0944085M3<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 19.34- |
| 12/31 | POS DEB 1049 12/31/20 00233020<br>AMAZON.COM*Q54RX8AV3<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 31.49- |
| 12/31 | POS DEB 0825 12/31/20 00012646<br>AMAZON.COM*0Y27W2D73<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 53.24- |
| 12/31 | POS DEB 0740 12/31/20 00971145<br>AMAZON.COM*WT8HC9O13<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 129.30- |
| 1/04 | POS DEB 1211 12/31/20 00374130<br>AMAZON.COM*XU7L89OH3<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 20.97- |
| 1/04 | POS DEB 1206 12/31/20 00000002<br>AMAZON.COM*863J27AI3<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 69.26- |
| 1/04 | POS DEB 1224 12/31/20 82577389<br>SAFEWAY #2761<br>SAFEWAY  2761<br>LANDER      WY C#2629 | 108.61- |
| 1/04 | DBT CRD 1310 12/31/20 DJUXCL9B<br>SAFEWAY #2761<br>LANDER      WY C#2629 | 41.96- |
| 1/04 | DBT CRD 1304 12/31/20 DJYDFXXF<br>SAFEWAY FUEL2761 | 46.91- |

Ria v McCown - Exhibit 1: 0003


**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  1/20/21        Page      3
Primary Account   Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668   (Continued)

| WITHDRAWALS | | |
|---|---|---|
| Date | Withdrawals | Amount |
| 1/04 | LANDER          WY C#2629<br>DBT CRD 1853 01/01/21 DJQJ62A9<br>DOLLARSHAVECLUBUS | 10.50- |
| 1/05 | MARINA D REY  CA C#2629<br>POS DEB 0826 12/31/20 00000087<br>AMAZON.COM*276H88KR3<br>AMAZON.COM | 94.49- |
| 1/06 | SEATTLE         WA C#2629<br>PAYMENT     VENMO<br>WEB | 1,549.00- |
| 1/11 | PAYMENT     VENMO<br>WEB | 11.73- |
| 1/15 | DBT CRD 2348 01/14/21 DJQHRKII<br>OTL*SCORESENSE.COM<br>800-679-6327  TX C#2629 | 19.95- |
| 1/19 | DBT CRD 1309 01/16/21 DJBIJQC8<br>WENDY S #0503<br>ORANGE         CA C#2629 | 56.85- |
| 1/19 | DBT CRD 1400 01/17/21 DJWDHW34<br>APPLE.COM/BILL<br>1111111111    CA C#2629 | 12.59- |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RIA R SQUARED, INC.,<br>a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-CV-125 |
| | ) | |
| PAUL D. MCCOWN, AND<br>MCCOWN ENTERPRISES, LLC,<br>a Wyoming Limited Liability Company | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

---

**MEMORANDUM IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - FRAUD**

---

**EXHIBIT 2**



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  2/17/21          Page    1
Primary Account   Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Account Title: PAUL D MCCOWN

| Reward Checking | | | |
|---|---|---|---|
| Account Number | Acct Ending 3668 | Number of Enclosures | 0 |
| Previous Balance | 322.59 | Statement Dates   1/21/21 thru | 2/17/21 |
| 1 Deposits/Credits | 2,000.00 | Days in the statement period | 28 |
| 11 Checks/Debits | 1,912.00 | Average Ledger | 408.52 |
| Service Charge | .00 | Average Collected | 408.52 |
| Interest Paid | .01 | Interest Earned | .01 |
| Current Balance | 410.60 | Annual Percentage Yield Earned | 0.03% |
| | | 2021 Interest Paid | .82 |

### DEPOSITS AND ADDITIONS

| Date | Deposits | Amount |
|---|---|---|
| 2/01 | Transfer from x3957 to x3668 | 2,000.00 |
| 2/17 | Interest Deposit | .01 |

### WITHDRAWALS

| Date | Withdrawals | Amount |
|---|---|---|
| 1/21 | PAYMENT     VENMO<br>WEB | 60.00- |
| 1/21 | DBT CRD 1807 01/20/21 DJP3NFVQ<br>DISNEYPLUS<br>888-9057888    CA C#2629 | 6.99- |
| 1/25 | DBT CRD 2007 01/24/21 DJS1G9AZ<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 2.99- |
| 1/25 | DBT CRD 2007 01/24/21 DJI6K6AX<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 13.64- |
| 1/26 | PAYMENT     VENMO<br>WEB | 75.00- |
| 1/27 | DBT CRD 0331 01/26/21 DJYFCMV6<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 2.99- |
| 2/01 | DBT CRD 1851 02/01/21 DJQAK2BX<br>DOLLARSHAVECLUBUS<br>MARINA D REY  CA C#2629 | 10.50- |
| 2/02 | PAYMENT     VENMO<br>WEB | 1,706.00- |

Ria v McCown - Exhibit 1: 0006



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668  (Continued)

### WITHDRAWALS

| Date | Withdrawals | Amount |
|------|-------------|--------|
| 2/16 | DBT CRD 2349 02/14/21 DJXGIEAM<br>OTL*SCORESENSE.COM<br>800-679-6327  TX C#2629 | 19.95- |
| 2/17 | DBT CRD 2054 02/16/21 DJA7ERND<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 1.35- |
| 2/17 | DBT CRD 1359 02/17/21 DJR857L3<br>APPLE.COM/BILL<br>866-712-7753  CA C#2629 | 12.59- |

Ria v McCown - Exhibit 1: 0007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RIA R SQUARED, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-CV-125 |
| | ) | |
| PAUL D. MCCOWN, AND | ) | |
| MCCOWN ENTERPRISES, LLC, | ) | |
| a Wyoming Limited Liability Company | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - FRAUD**

**EXHIBIT 3**


**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  3/17/21          Page    1
Primary Account Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

### Account Title: PAUL D MCCOWN

| Reward Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | Acct Ending 3668 | Statement Dates    2/18/21 thru 3/17/21 | |
| Previous Balance | 410.60 | Days in the statement period | 28 |
| 1 Deposits/Credits | 750,000,000.00 | Average Ledger | 375,161,357.68 |
| 15 Checks/Debits | 2,126.90 | Average Collected | 375,161,357.68 |
| Service Charge | .00 | Interest Earned | 324,999.13 |
| Interest Paid | 324,999.13 | Annual Percentage Yield Earned | 1.04% |
| Current Balance | 750,323,282.83 | 2021 Interest Paid | 324,999.95 |

### DEPOSITS AND ADDITIONS

| Date | Deposits | Amount |
|---|---|---|
| 3/01 | Transfer from x7190 to x3668 | 750,000,000.00 |
| 3/17 | Interest Deposit | 324,999.13 |

### WITHDRAWALS

| Date | Withdrawals | Amount |
|---|---|---|
| 2/18 | PAYMENT     VENMO WEB | 75.00– |
| 2/19 | DBT CRD 1625 02/18/21 DJLKPNIS LOAF N JUG #0155 LANDER     WY C#2629 | 9.03– |
| 2/22 | DBT CRD 1743 02/18/21 DJYHRMI6 SAFEWAY #2761 LANDER     WY C#2629 | 69.43– |
| 2/22 | DBT CRD 1817 02/20/21 DJJUBJOU DISNEYPLUS 888-9057888    CA C#2629 | 6.99– |
| 2/23 | DBT CRD 1913 02/23/21 DJLS27B5 APPLE.COM/BILL 866-712-7753 CA C#2629 | 8.39– |
| 2/23 | DBT CRD 0628 02/23/21 DJQDXM18 APPLE.COM/BILL 866-712-7753 CA C#2629 | 31.49– |
| 2/24 | DBT CRD 2202 02/22/21 DJIILZ4W LOAF N JUG #0155 LANDER     WY C#2629 | 9.03– |
| 2/24 | DBT CRD 1743 02/22/21 DJVQY44S SAFEWAY #2761 | 118.79– |

Ria v McCown - Exhibit 1: 0009



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  3/17/21          Page     2
Primary Account Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668  (Continued)

### WITHDRAWALS

| Date | Withdrawals | Amount |
|------|-------------|--------|
|      | LANDER          WY C#2629 | |
| 2/24 | DBT CRD 2007 02/24/21 DJGIAIQ9<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 2.99- |
| 2/24 | DBT CRD 2007 02/24/21 DJJLECQU<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 13.64- |
| 3/01 | DBT CRD 0327 02/26/21 DJHFNJHP<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 2.99- |
| 3/01 | DBT CRD 1859 03/01/21 DJX25DTG<br>DOLLARSHAVECLUBUS<br>MARINA D REY CA C#2629 | 10.50- |
| 3/05 | PAYMENT     VENMO<br>WEB | 1,718.00- |
| 3/15 | POS DEB 1244 03/14/21 008YAH8V<br>AMAZON PAYMENTS<br>AMAZON PAYMENTS<br>SEATTLE        WA C#2629 | 37.00- |
| 3/17 | DBT CRD 1506 03/17/21 DJLNKTN8<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 13.63- |

Ria v McCown - Exhibit 1: 0010

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RIA R SQUARED, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-CV-125 |
| | ) | |
| PAUL D. MCCOWN, AND | ) | |
| MCCOWN ENTERPRISES, LLC, | ) | |
| a Wyoming Limited Liability Company | ) | |
| | ) | |
| Defendants. | ) | |

---

**MEMORANDUM IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - FRAUD**

---

**EXHIBIT 4**

 **bank.**

P.O. Box 1600
Saint Paul, Minnesota 55101-0800

| 720 | TRN | S | X | ST01 |
|-----|-----|---|---|------|

**Uni-Statement**
Account Number:
▬▬▬▬7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021

Page 1 of 10



001107524 02 SP    000638690559840 E
MCCOWN ENTERPRISES
PAUL MC COWN
400 N 9TH ST APT 1
LANDER WY 82520-2009



☎                                    **To Contact U.S. Bank**

**By Phone:**                        **1-800-US BANKS**
                                     **(1-800-872-2657)**

**U.S. Bank accepts Relay Calls**

**Internet:**                        usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective February 15th 2021 the *"Consumer Pricing Information"* disclosure will include several updates that may affect your rights.

- Added clarification in the disclosure regarding the shipping charges for the free box of checks benefit, adding:
  - Additional shipping fees may apply if expedited or shipped outside the continental United States.
- Clarification in the Extended Overdraft Fee curing
- Pricing update and naming clarification to the Foreign Currency section:
  - "Next Day Priority Delivery" fee from $12 to $15
  - Former "Processing Fee" $20 to "Foreign Exchange Fee (Draft)" of $25
  - "Stop Payment Orders" from $25 to no fee

New Foreign Currency Fees Section:
Purchase
    Foreign Exchange Fee (Admin Fee)*    $10.00
    Next Day Priority Delivery (optional)    $15.00 (formerly $12)
Sold
    Foreign Exchange Fee (Admin Fee)*    $10.00
Foreign Draft Purchase
    Foreign Exchange Fee (Admin Fee)*    $10.00
    Next Day Priority Delivery (optional)    $15.00 (formerly $12)
    Foreign Exchange Fee (Draft)**    $25.00 (formerly $20)
    Stop Payment Orders    no fee

*Charged for transactions of $250 U.S. Dollars or less, or for currency purchases returned within seven days.
**Combined transaction processing fee: U.S. Bank $15, vendor $10.

Starting February 15, you may pick up a copy at your local branch, view on usbank.com or call 800.USBANKS (872.2657) to request a copy. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

---

## U.S. BANK SILVER CHECKING
U.S. Bank National Association                         **Member FDIC**
                                       Account Number ▬▬▬-7190

### Account Summary

| | | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Dec 10 | $ | 682,276,577.01 | Number of Days in Statement Period | | 34 |
| Deposits / Credits | | 92,397,190.00 | Average Account Balance | $ | 594,843,594.70 |
| Card Withdrawals | | 18,881.72- | | | |
| Other Withdrawals | | 20,824,918.61- | | | |
| Checks Paid | | 2,401.12- | | | |
| **Ending Balance on Jan 12, 2021** | **$** | **753,827,565.56** | | | |

### Deposits / Credits

| Date | Description of Transaction | Ref Number | | Amount |
|------|----------------------------|------------|---|--------|
| Dec 18 | Mobile Check Deposit | 9253400707 | $ | 500.00 |
| Dec 18 | Mobile Check Deposit | 9253400705 | | 4,000.00 |
| Dec 23 | Mobile Check Deposit | 8654009817 | | 2,000.00 |

 **usbank**

**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| **TOTAL** | **$** |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| **TOTAL** | **$** |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3.  Enter the ending balance shown on this statement.                    $ _____

4.  Enter the total deposits recorded in the Outstanding Deposits section.    $ _____

5.  Total lines 3 and 4.                                                  $ _____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $ _____

7.  Subtract line 6 from line 5. This is your balance.                    $ _____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
**What To Do If You Think You Find A Mistake on Your Statement**
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  **Account Information:** Your name and account number.
•  **Dollar Amount:** The dollar amount of the suspected error.
•  **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your Balance Subject to Interest Rate. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect, and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


**LENDER**



**Uni-Statement**
Account Number:
▮▮▮▮7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021

Page 2 of 10



## U.S. BANK SILVER CHECKING

U.S. Bank National Association

**(CONTINUED)**

Account Number ▮▮▮▮-7190

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec 28 | Debit Purchase Ret - VISA<br>AMZN Mktp US | On 122720 Amzn.com/bil WA<br>REF # 74692160362100712174 US1 | 2100712174 | 50.58 |
| Dec 30 | Electronic Deposit<br>REF=203630147086080N00 | From AMERICLEAN<br>AEGIS INVOICE | | 92,381,922.50 |
| Dec 31 | Debit Purchase Ret - VISA<br>LANDER ACE HDWE | On 123020 LANDER WY<br>REF # 74431060366091708000 US1 | 6091708000 | 73.84 |
| Jan 6 | Mobile Check Deposit | | 8653467232 | 5,000.00 |
| Jan 8 | Electronic Deposit<br>REF=210080089721320N00SD | From TAX PRODUCTS PE1<br>3722260102XXTAXEIP2 STIH8P0WBDG0922 | | 3,600.00 |
| Jan 12 | Debit Purchase Ret - VISA<br>AMZN Mktp US | On 011121 Amzn.com/bil WA<br>REF # 74692161011100025859 US1 | 1100025859 | 43.08 |

| | | **Total Deposits / Credits** | **$** | **92,397,190.00** |
|---|---|---|---|---|

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec 10 | Debit Purchase - VISA<br>AMZN Mktp US*9H4 | On 120820 Amzn.com/bil WA<br>REF # 24692160344100529691543 | 4100529691 | $   25.00- |
| Dec 10 | Debit Purchase - VISA<br>AMZN Mktp US*MB9 | On 120920 Amzn.com/bil WA<br>REF # 24692160344100995661335 | 4100995661 | 34.00- |
| Dec 10 | Debit Purchase - VISA<br>SAFEWAY FUEL2761 | On 120820 LANDER WY<br>REF # 24231680344837001213024 | 4837001213 | 38.81- |
| Dec 10 | Debit Purchase - VISA<br>Amazon.com*CL5OQ | On 120920 Amzn.com/bil WA<br>REF # 24692160345100156374289 | 5100156374 | 44.77- |
| Dec 10 | Debit Purchase - VISA<br>AMZN Mktp US*T47 | On 120920 Amzn.com/bil WA<br>REF # 24692160344100780275457 | 4100780275 | 51.71- |
| Dec 10 | Debit Purchase - VISA<br>SAFEWAY*2761 | On 120820 LANDER WY<br>REF # 24231680344837001714039 | 4837001714 | 55.95- |
| Dec 11 | Debit Purchase - VISA<br>LOAF N JUG #0155 | On 121020 LANDER WY<br>REF # 24137460346001192720459 | 6001192720 | 7.45- |
| Dec 11 | Debit Purchase - VISA<br>Amazon.com*N95KD | On 121020 Amzn.com/bil WA<br>REF # 24692160345100616684525 | 5100616684 | 12.60- |
| Dec 11 | Debit Purchase - VISA<br>AMZN Mktp US*WV9 | On 121020 Amzn.com/bil WA<br>REF # 24692160345100489552692 | 5100489552 | 13.99- |
| Dec 11 | Recurring Debit Purchase<br>NETFLIX.COM | On 121020 NETFLIX.COM  CA<br>REF # 24692160345100770963 US1 | 5100770963 | 17.99- |
| Dec 11 | Debit Purchase - VISA<br>AMZN Mktp US*DR7 | On 120920 Amzn.com/bil WA<br>REF # 24692160345100371893923 | 5100371893 | 50.87- |
| Dec 14 | Debit Purchase - VISA<br>Prime Video*I98M | On 121120 888-802-3080 WA<br>REF # 24692160346100299463261 | 6100299463 | 5.25- |
| Dec 14 | Debit Purchase - VISA<br>Amazon.com*WW8QH | On 121320 Amzn.com/bil WA<br>REF # 24692160348100347261350 | 8100347261 | 8.39- |
| Dec 14 | Debit Purchase - VISA<br>AMZN Mktp US*G28 | On 121220 Amzn.com/bil WA<br>REF # 24692160347100243587271 | 7100243587 | 11.84- |
| Dec 14 | Debit Purchase - VISA<br>AMAZON.COM*K8033 | On 121120 AMZN.COM/BIL WA<br>REF # 24431060346083705853176 | 6083705853 | 12.56- |
| Dec 14 | Debit Purchase - VISA<br>Amazon.com*054CQ | On 121220 Amzn.com/bil WA<br>REF # 24692160347100534669390 | 7100534669 | 12.60- |
| Dec 14 | Debit Purchase - VISA<br>AMZN Mktp US*9D7 | On 121220 Amzn.com/bil WA<br>REF # 24692160347100535461490 | 7100535461 | 13.12- |
| Dec 14 | Debit Purchase - VISA<br>Amazon.com*2B86J | On 121220 Amzn.com/bil WA<br>REF # 24692160347100167943864 | 7100167943 | 16.15- |
| Dec 14 | Debit Purchase - VISA<br>BOMGAARS 73 LAND | On 121220 LANDER WY<br>REF # 24733090348258000266692 | 8258000266 | 22.64- |
| Dec 14 | Debit Purchase - VISA<br>PERSONALIZATION | On 121320 630-910-6000 IL<br>REF # 24692160348100877947402 | 8100877947 | 24.36- |



**Uni-Statement**

Account Number:
███████7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021

Page 3 of 10

## U.S. BANK SILVER CHECKING (CONTINUED)

U.S. Bank National Association

Account Number ████████-7190

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|------|------|------|------|------|
| Dec 14 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 121120 LANDER WY<br>REF # 2423168034783700160531 7 | 7837001605 | 30.68- |
| Dec 14 | Debit Purchase - VISA<br>AMZN Mktp US*MR2 | On 121220 Amzn.com/bil WA<br>REF # 2469216034710060943104 9 | 7100609431 | 40.95- |
| Dec 14 | Debit Purchase - VISA<br>THE MIDDLE FORK | On 121220 LANDER WY<br>REF # 2455193034801604629150 4 | 8016046291 | 45.00- |
| Dec 14 | Debit Purchase - VISA<br>AMZN Mktp US*EE4 | On 121220 Amzn.com/bil WA<br>REF # 2469216034710017816672 9 | 7100178166 | 53.81- |
| Dec 14 | Debit Purchase - VISA<br>AMZN Mktp US*F04 | On 121220 Amzn.com/bil WA<br>REF # 2469216034710036248116 5 | 7100362481 | 60.31- |
| Dec 14 | Recurring Debit Purchase<br>GOOGLE*YOUTUBE T | On 121320 INTERNET CA<br>REF # 2401308034904019782 6 US1 | 9040197826 | 64.99- |
| Dec 14 | Debit Purchase - VISA<br>AMZN Mktp US*P86 | On 121220 Amzn.com/bil WA<br>REF # 2469216034710022091777 2 | 7100220917 | 73.45- |
| Dec 14 | Recurring Debit Purchase<br>BESTOW INSURANCE | On 121120 HTTPSWWW.HEL TX<br>REF # 2449215034763778205 7 US1 | 7637782057 | 89.16- |
| Dec 14 | Recurring Debit Purchase<br>NORTHERN ARAPAHO | On 121120 307-8572004 WY<br>REF # 2454045034815240170 7 US1 | 8152401707 | 97.90- |
| Dec 14 | Debit Purchase<br>767347 | SAFEWAY #2761 LANDER   WY<br>On 121220 ILK1TERM REF 034717767347<br>You Requested $10 In Cash Back | 4712121624 | 106.20- |
| Dec 15 | Debit Purchase - VISA<br>EXPRESSVPN | On 121420 310-6018492 DE<br>REF # 2407105034962717885933 5 | 9627178859 | 12.95- |
| Dec 15 | Debit Purchase - VISA<br>SUNDAY COOL | On 121520 180-086-5072 FL<br>REF # 2449215035071991112569 7 | 0719911125 | 17.50- |
| Dec 15 | Debit Purchase - VISA<br>Amazon.com*5U6QZ | On 121420 Amzn.com/bil WA<br>REF # 2469216034910077575391 9 | 9100775753 | 17.58- |
| Dec 15 | Debit Purchase - VISA<br>AMZN Mktp US*M51 | On 121420 Amzn.com/bil WA<br>REF # 2469216035010022897837 4 | 0100228978 | 18.90- |
| Dec 15 | Debit Purchase - VISA<br>SUNDAY COOL | On 121520 180-086-5072 FL<br>REF # 2449215035071991112568 9 | 0719911125 | 87.50- |
| Dec 16 | Debit Purchase - VISA<br>Amazon Music*LN2 | On 121520 888-802-3080 WA<br>REF # 2469216035010092809526 3 | 0100928095 | 14.99- |
| Dec 16 | Debit Purchase - VISA<br>LOAF N JUG #0155 | On 121520 LANDER WY<br>REF # 2413746035100128033735 8 | 1001280337 | 17.54- |
| Dec 16 | Debit Purchase - VISA<br>AMZN Mktp US*M14 | On 121520 Amzn.com/bil WA<br>REF # 2469216035110095214231 1 | 1100952142 | 28.30- |
| Dec 16 | Debit Purchase - VISA<br>AIRBNB  HM4ZTM9N | On 121520 AIRBNB.COM CA<br>REF # 2449215035074593469584 6 | 0745934695 | 4,174.23- |
| Dec 17 | Debit Purchase - VISA<br>SQ *THE JUICERY | On 121620 Lander WY<br>REF # 2469216035210081812891 7 | 2100818128 | 10.90- |
| Dec 17 | Debit Purchase - VISA<br>AMZN Mktp US*FA8 | On 121620 Amzn.com/bil WA<br>REF # 2469216035110045315820 4 | 1100453158 | 37.79- |
| Dec 17 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 121520 LANDER WY<br>REF # 2423168035183700164245 3 | 1837001642 | 38.96- |
| Dec 17 | Debit Purchase - VISA<br>AMZN Mktp US*260 | On 121620 Amzn.com/bil WA<br>REF # 2469216035110053716792 4 | 1100537167 | 39.68- |
| Dec 17 | Debit Purchase - VISA<br>AMZN Mktp US*WU3 | On 121620 Amzn.com/bil WA<br>REF # 2469216035110050071702 8 | 1100500717 | 45.57- |
| Dec 18 | Debit Purchase - VISA<br>AMZN Mktp US*C41 | On 121720 Amzn.com/bil WA<br>REF # 2469216035210009043093 2 | 2100090430 | 2.99- |
| Dec 18 | Debit Purchase - VISA<br>AMAZON.COM*7J787 | On 121720 AMZN.COM/BIL WA<br>REF # 2443106035208373964748 8 | 2083739647 | 4.74- |
| Dec 18 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 121620 LANDER WY<br>REF # 2423168035283700164022 5 | 2837001640 | 12.97- |



**Uni-Statement**
Account Number:
███████7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021



Page 4 of 10

## U.S. BANK SILVER CHECKING                                      (CONTINUED)

U.S. Bank National Association                          Account Number ███████-7190
### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec 18 | Debit Purchase - VISA<br>Amazon.com*QP8G9 | On 121720 Amzn.com/bil WA<br>REF # 24692160353100629670726 | 3100629670 | 25.19- |
| Dec 18 | Debit Purchase - VISA<br>AMZN Mktp US*7U2 | On 121720 Amzn.com/bil WA<br>REF # 24692160352100398124666 | 2100398124 | 35.98- |
| Dec 21 | Debit Purchase - VISA<br>Kindle Svcs*VI65 | On 121820 866-321-8851 WA<br>REF # 24692160353100150823041 | 3100150823 | 1.04- |
| Dec 21 | Debit Purchase - VISA<br>LOAF N JUG #0155 | On 121920 LANDER WY<br>REF # 24137460355001186704210 | 5001186704 | 7.45- |
| Dec 21 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 121720 LANDER WY<br>REF # 24231680353837001659281 | 3837001659 | 10.12- |
| Dec 21 | Debit Purchase - VISA<br>Amazon.com*RO0TX | On 121920 Amzn.com/bil WA<br>REF # 24692160354100760498845 | 4100760498 | 11.39- |
| Dec 21 | Debit Purchase - VISA<br>AMAZON.COM*3D0TT | On 122020 AMZN.COM/BIL WA<br>REF # 24431060356083339834862 | 6083339834 | 16.68- |
| Dec 21 | Debit Purchase - VISA<br>AMAZON.COM*5F600 | On 121820 AMZN.COM/BIL WA<br>REF # 24431060353083706637362 | 3083706637 | 17.27- |
| Dec 21 | Debit Purchase<br>713127 | SAFEWAY #2761 LANDER    WY<br>On 122020 ILNKILNK REF 035521713127<br>You Requested $20 In Cash Back | 2712202020 | 33.67- |
| Dec 21 | Debit Purchase - VISA<br>SAFEWAY FUEL2761 | On 121920 LANDER WY<br>REF # 24231680355837000905402 | 5837000905 | 38.98- |
| Dec 21 | Debit Purchase - VISA<br>AMZN Mktp US*730 | On 121820 Amzn.com/bil WA<br>REF # 24692160353100992660429 | 3100992660 | 39.79- |
| Dec 21 | Debit Purchase - VISA<br>PAYPAL *BLUBOOKS | On 121820 402-935-7733 CA<br>REF # 24492150354894888142060 | 4894888142 | 46.99- |
| Dec 21 | Debit Purchase - VISA<br>Etsy.com - Theco | On 121920 718-8557955  NY<br>REF # 24204290354001956624945 | 4001956624 | 53.04- |
| Dec 21 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 121920 LANDER WY<br>REF # 24231680355837000921086 | 5837000921 | 88.50- |
| Dec 21 | Debit Purchase - VISA<br>AMZN Mktp US*VB8 | On 121820 Amzn.com/bil WA<br>REF # 24692160353100973922673 | 3100973922 | 117.12- |
| Dec 21 | Debit Purchase - VISA<br>AMZN Mktp US*UO1 | On 121920 Amzn.com/bil WA<br>REF # 24692160355100237848522 | 5100237848 | 150.84- |
| Dec 21 | Debit Purchase - VISA<br>BAILEY TIRE&AUTO | On 121920 LANDER WY<br>REF # 24137460355600219743770 | 5600219743 | 155.42- |
| Dec 21 | Debit Purchase - VISA<br>AMZN Mktp US*0G2 | On 121820 Amzn.com/bil WA<br>REF # 24692160353100875020766 | 3100875020 | 190.02- |
| Dec 21 | Debit Purchase<br>649800 | SAFEWAY #2761 LANDER    WY<br>On 121920 ILNKILNK REF 035411649800<br>You Requested $30 In Cash Back | 0012191046 | 221.77- |
| Dec 22 | Debit Purchase - VISA<br>SQ *THE JUICERY | On 122120 Lander WY<br>REF # 24692160357100809126768 | 7100809126 | 10.90- |
| Dec 22 | Debit Purchase - VISA<br>AMZN Mktp US*3G0 | On 122120 Amzn.com/bil WA<br>REF # 24692160357100807787181 | 7100807787 | 18.90- |
| Dec 22 | Debit Purchase - VISA<br>TONYS PIZZA | On 122020 LANDER WY<br>REF # 24000970356979502105546 | 6979502105 | 50.00- |
| Dec 23 | Debit Purchase - VISA<br>AMZN Mktp US*NY6 | On 122220 Amzn.com/bil WA<br>REF # 24692160357100304741061 | 7100304741 | 25.92- |
| Dec 23 | Debit Purchase - VISA<br>SQ *LANDER BARBE | On 122220 Lander WY<br>REF # 24692160358100626743968 | 8100626743 | 44.00- |
| Dec 23 | Debit Purchase - VISA<br>AMAZON.COM*JF6SN | On 122220 AMZN.COM/BIL WA<br>REF # 24431060357083747756912 | 7083747756 | 64.64- |
| Dec 24 | Debit Purchase - VISA<br>MCDONALD'S F7611 | On 122320 LANDER WY<br>REF # 24427330358740267352867 | 8740267352 | 14.24- |
| Dec 24 | Debit Purchase - VISA<br>Amazon.com*P01L3 | On 122320 Amzn.com/bil WA<br>REF # 24692160358100154204185 | 8100154204 | 19.76- |

Ria v McCown - Exhibit 1: 0016



**Uni-Statement**

Account Number:
▮▮▮7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021

Page 5 of 10

## U.S. BANK SILVER CHECKING (CONTINUED)

U.S. Bank National Association

Account Number ▮▮▮▮-7190

**Card Withdrawals (continued)**

Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|------------|--------|
| Dec 24 | Debit Purchase - VISA<br>Prime Video*WX75 | On 122320 888-802-3080 WA<br>REF # 24692160359100429590482 | 9100429590 | 19.99- |
| Dec 24 | Debit Purchase - VISA<br>Prime Video*OB01 | On 122320 888-802-3080 WA<br>REF # 24692160358100941376122 | 8100941376 | 20.99- |
| Dec 24 | Debit Purchase - VISA<br>AMZN Mktp US*2C9 | On 122320 Amzn.com/bil WA<br>REF # 24692160358100152419587 | 8100152419 | 28.34- |
| Dec 24 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 122220 LANDER WY<br>REF # 24231680358837001659377 | 8837001659 | 70.92- |
| Dec 28 | Debit Purchase - VISA<br>PIT STOP #5 | On 122320 LANDER WY<br>REF # 24427330359710002783428 | 9710002783 | 5.55- |
| Dec 28 | Debit Purchase - VISA<br>Prime Video*R30L | On 122720 888-802-3080 WA<br>REF # 24692160362100337495183 | 2100337495 | 8.99- |
| Dec 28 | Debit Purchase - VISA<br>LOAF N JUG #0155 | On 122720 LANDER WY<br>REF # 24137460363000820828682 | 3000820828 | 10.24- |
| Dec 28 | Debit Purchase - VISA<br>Prime Video*JT74 | On 122520 888-802-3080 WA<br>REF # 24692160360100323523503 | 0100323523 | 13.99- |
| Dec 28 | Debit Purchase - VISA<br>AMZN Mktp US*BG0 | On 122420 Amzn.com/bil WA<br>REF # 24692160359100993990753 | 9100993990 | 19.38- |
| Dec 28 | Debit Purchase - VISA<br>WWW COSTCO COM | On 122820 800-955-2292 WA<br>REF # 24692160363100954725374 | 3100954725 | 20.99- |
| Dec 28 | Debit Purchase - VISA<br>WWW COSTCO COM | On 122820 800-955-2292 WA<br>REF # 24692160363100954846873 | 3100954846 | 21.54- |
| Dec 28 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 122420 LANDER WY<br>REF # 24231680360837001257384 | 0837001257 | 37.22- |
| Dec 28 | Debit Purchase - VISA<br>AMZN Mktp US*CG9 | On 122420 Amzn.com/bil WA<br>REF # 24692160359100886929322 | 9100886929 | 45.00- |
| Dec 28 | Debit Purchase - VISA<br>AMAZON.COM*CG3KA | On 122620 AMZN.COM/BIL WA<br>REF # 24431060361083745458309 | 1083745458 | 75.57- |
| Dec 28 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 122320 LANDER WY<br>REF # 24231680359837001530577 | 9837001530 | 84.55- |
| Dec 28 | Debit Purchase - VISA<br>AMAZON.COM*N44RZ | On 122720 AMZN.COM/BIL WA<br>REF # 24431060362083729750787 | 2083729750 | 197.52- |
| Dec 28 | Debit Purchase - VISA<br>AIRBNB HM4ZTM9N | On 122520 AIRBNB.COM CA<br>REF # 24492150360715561480570 | 0715561480 | 3,531.00- |
| Dec 29 | Debit Purchase - VISA<br>GOOGLE* Domains | On 122920 650-2530000 CA<br>REF # 24204290364000583734034 | 4000583734 | 12.00- |
| Dec 29 | Debit Purchase - VISA<br>SP * FRONINGFARM | On 122820 HTTPSFRONING TN<br>REF # 24492150363637070351018 | 3637070351 | 34.95- |
| Dec 29 | Debit Purchase - VISA<br>WWW COSTCO COM | On 122820 800-955-2292 WA<br>REF # 24692160363100165691688 | 3100165691 | 35.99- |
| Dec 29 | Debit Purchase - VISA<br>ReelArtTreasures | On 122820 844-6593879 NY<br>REF # 24906410363110539096408 | 3110539096 | 66.64- |
| Dec 29 | Debit Purchase - VISA<br>DOMINO'S 6059 | On 122720 801-999-4245 UT<br>REF # 24445000363200085514990 | 3200085514 | 70.00- |
| Dec 30 | Debit Purchase - VISA<br>TARGET.COM * | On 123020 800-591-3869 MN<br>REF # 24431060365083041125111 | 5083041125 | 104.99- |
| Dec 30 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 122820 LANDER WY<br>REF # 24231680364837001507131 | 4837001507 | 124.56- |
| Dec 31 | Debit Purchase - VISA<br>Amazon.com*TW6LC | On 123020 Amzn.com/bil WA<br>REF # 24692160366100995108660 | 6100995108 | 26.24- |
| Dec 31 | Debit Purchase - VISA<br>AMZN Mktp US*I34 | On 123020 Amzn.com/bil WA<br>REF # 24692160366100009413890 | 6100009413 | 32.54- |
| Dec 31 | Debit Purchase - VISA<br>BOMGAARS 73 LAND | On 123020 LANDER WY<br>REF # 24733090366258000288214 | 6258000288 | 72.76- |
| Dec 31 | Debit Purchase - VISA<br>BECKER INTERIOR | On 123020 307-856-8697 WY<br>REF # 24692160366100025011181 | 6100025011 | 330.66- |

Ria v McCown - Exhibit 1: 0017



**Uni-Statement**
Account Number:
▓▓▓▓ 7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021

Page 6 of 10



## U.S. BANK SILVER CHECKING                                                                 (CONTINUED)

U.S. Bank National Association                                             Account Number ▓▓▓▓▓ -7190

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*QN7 | On 010221 Amzn.com/bil WA  REF # 24692161002100321377037 | 2100321377 | 0.56- |
| Jan 4 | Debit Purchase - VISA  AMAZON.COM*TX8TR | On 010221 AMZN.COM/BIL WA  REF # 24431061002083731711151 | 2083731711 | 3.07- |
| Jan 4 | Debit Purchase - VISA  SAFEWAY #2761 | On 010221 LANDER WY  REF # 24231681003837001238526 | 3837001238 | 6.73- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*Y75 | On 010221 Amzn.com/bil WA  REF # 24692161002100571334795 | 2100571334 | 10.49- |
| Jan 4 | Debit Purchase - VISA  Prime Video*076D | On 010321 888-802-3080 WA  REF # 24692161003100537495135 | 3100537495 | 10.99- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*041 | On 123120 Amzn.com/bil WA  REF # 24692160366100564444595 | 6100564444 | 11.03- |
| Jan 4 | Debit Purchase - VISA  Amazon.com*BN01A | On 010121 Amzn.com/bil WA  REF # 24692161001100061774246 | 1100061774 | 12.90- |
| Jan 4 | Debit Purchase - VISA  AMAZON.COM*YJ1Z7 | On 010221 AMZN.COM/BIL WA  REF # 24431061002083710834305 | 2083710834 | 14.18- |
| Jan 4 | Debit Purchase - VISA  MCDONALD'S F7611 | On 123120 LANDER WY  REF # 24427330366740267182678 | 6740267182 | 14.65- |
| Jan 4 | Debit Purchase - VISA  LOAF N JUG #0155 | On 010121 LANDER WY  REF # 24137461002000636556415 | 2000636556 | 14.91- |
| Jan 4 | Debit Purchase - VISA  Amazon.com*M7174 | On 010221 Amzn.com/bil WA  REF # 24692161002100715562285 | 2100715562 | 15.75- |
| Jan 4 | Debit Purchase - VISA  AMAZON.COM*MZ206 | On 010221 AMZN.COM/BIL WA  REF # 24431061002083325892045 | 2083325892 | 15.75- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*PC5 | On 010321 Amzn.com/bil WA  REF # 24692161003100489623379 | 3100489623 | 16.89- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*VN2 | On 010221 Amzn.com/bil WA  REF # 24692161002100412204397 | 2100412204 | 16.95- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*JE6 | On 010221 Amzn.com/bil WA  REF # 24692161002100518306591 | 2100518306 | 17.84- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*GZ2 | On 123120 Amzn.com/bil WA  REF # 24692160366100451715917 | 6100451715 | 18.31- |
| Jan 4 | Debit Purchase - VISA  AMAZON.COM*V7381 | On 010321 AMZN.COM/BIL WA  REF # 24431061003083728025812 | 3083728025 | 19.08- |
| Jan 4 | Debit Purchase - VISA  AMAZON.COM*595F7 | On 010321 AMZN.COM/BIL WA  REF # 24431061003083331748768 | 3083331748 | 20.46- |
| Jan 4 | Debit Purchase - VISA  FREEMONT COUNTY | On 010221 LANDER WY  REF # 24071051003939128632489 | 3939128632 | 21.00- |
| Jan 4 | Debit Purchase - VISA  Amazon.com*UC0T8 | On 010221 Amzn.com/bil WA  REF # 24692161002100318329868 | 2100318329 | 26.78- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*FW4 | On 010221 Amzn.com/bil WA  REF # 24692161002100433026233 | 2100433026 | 26.93- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*P66 | On 010121 Amzn.com/bil WA  REF # 24692161001100046435723 | 1100046435 | 27.20- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*6K1 | On 010221 Amzn.com/bil WA  REF # 24692161002100318385316 | 2100318385 | 32.54- |
| Jan 4 | Debit Purchase - VISA  HIGH MOUNTAIN FI | On 010121 LANDER WY  REF # 24275391003018230522559 | 3018230522 | 40.00- |
| Jan 4 | Debit Purchase - VISA  Amazon.com*JJ6AM | On 010221 Amzn.com/bil WA  REF # 24692161002100715618814 | 2100715618 | 41.27- |
| Jan 4 | Debit Purchase - VISA  AMZN Mktp US*2L0 | On 123120 Amzn.com/bil WA  REF # 24692160366100445998249 | 6100445998 | 43.08- |
| Jan 4 | Debit Purchase - VISA  FOCUS 303-962-57 | On 010121 HTTPSWWW.FOC CO  REF # 24492151001637434102657 | 1637434102 | 50.00- |



**Uni-Statement**
Account Number:
█████7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021

Page 7 of 10

## U.S. BANK SILVER CHECKING                                                    (CONTINUED)
U.S. Bank National Association                                     Account Number █████-7190
### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-2915

| Date | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| Jan | 4 | Debit Purchase<br>958965 | SAFEWAY #2761 LANDER    WY<br>On 010321 ILNKILNK REF 100313958965<br>You Requested $20 in Cash Back | 6501031235 | 52.80- |
| Jan | 4 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 010221 LANDER WY<br>REF # 24231681003837001253467 | 3837001253 | 63.95- |
| Jan | 4 | Debit Purchase - VISA<br>GEICO *AUTO | On 123120 MACON DC<br>REF # 24692160366100505001066 | 6100505001 | 69.27- |
| Jan | 4 | Debit Purchase - VISA<br>AMZN Mktp US*W48 | On 010221 Amzn.com/bil WA<br>REF # 24692161002100412038506 | 2100412038 | 83.95- |
| Jan | 4 | Recurring Debit Purchase<br>ISA*Isagenix Wor | On 010221 877-8778111 AZ<br>REF # 24906411002110932965 US1 | 2110932965 | 91.93- |
| Jan | 4 | Debit Purchase - VISA<br>LANDER EXPRESSWA | On 123020 LANDER WY<br>REF # 24017810366030031053042 | 6030031053 | 116.72- |
| Jan | 4 | Debit Purchase - VISA<br>SQ *MULINO | On 010221 LANDER WY<br>REF # 24492151002740183824437 | 2740183824 | 160.00- |
| Jan | 4 | Debit Purchase - VISA<br>SP * AD4M.COM | On 123120 HTTPSAD4MCOM WY<br>REF # 24492150366637281459466 | 6637281459 | 373.55- |
| Jan | 5 | Debit Purchase - VISA<br>AMZN MKTP US*HP8 | On 010421 AMZN.COM/BIL WA<br>REF # 24431061005083303618633 | 5083303618 | 47.24- |
| Jan | 5 | Debit Purchase - VISA<br>AMZN MKTP US*ES2 | On 010421 AMZN.COM/BIL WA<br>REF # 24431061004083711034614 | 4083711034 | 76.64- |
| Jan | 5 | Debit Purchase - VISA<br>AMZN Mktp US*ZP0 | On 010421 Amzn.com/bil WA<br>REF # 24692161004100812522412 | 4100812522 | 146.99- |
| Jan | 5 | Debit Purchase - VISA<br>AMZN Mktp US*NR3 | On 010421 Amzn.com/bil WA<br>REF # 24692161004100176446257 | 4100176446 | 618.45- |
| Jan | 6 | Debit Purchase - VISA<br>AMZN Digital*3R7 | On 010521 888-802-3080 WA<br>REF # 24692161005100674041625 | 5100674041 | 14.69- |
| Jan | 6 | Debit Purchase - VISA<br>AMZN Mktp US*5N5 | On 010521 Amzn.com/bil WA<br>REF # 24692161005100998169631 | 5100998169 | 53.86- |
| Jan | 6 | Debit Purchase - VISA<br>CAVALRY (SPV 1) | On 010421 914-347-3440 NY<br>REF # 24988941005030029560888 | 5030029560 | 241.03- |
| Jan | 7 | Debit Purchase - VISA<br>LOAF N JUG #0155 | On 010621 LANDER WY<br>REF # 24137461007000986089129 | 7000986089 | 7.45- |
| Jan | 7 | Debit Purchase - VISA<br>AMZN Mktp US*PG5 | On 010621 Amzn.com/bil WA<br>REF # 24692161006100383435349 | 6100383435 | 17.19- |
| Jan | 7 | Debit Purchase - VISA<br>Amazon.com*AN1GT | On 010621 Amzn.com/bil WA<br>REF # 24692161006100656493314 | 6100656493 | 26.88- |
| Jan | 7 | Debit Purchase - VISA<br>AMZN Mktp US*VF8 | On 010621 Amzn.com/bil WA<br>REF # 24692161006100370137544 | 6100370137 | 171.32- |
| Jan | 7 | Debit Purchase - VISA<br>UNITED    0162 | On 010521 800-932-2732 TX<br>REF # 24692161006100463402516 | 6100463402 | 235.90- |
| Jan | 7 | Debit Purchase - VISA<br>UNITED    0162 | On 010521 800-932-2732 TX<br>REF # 24692161006100463402524 | 6100463402 | 235.90- |
| Jan | 7 | Debit Purchase - VISA<br>UNITED    0162 | On 010521 800-932-2732 TX<br>REF # 24692161006100463402532 | 6100463402 | 235.90- |
| Jan | 7 | Debit Purchase - VISA<br>UNITED    0162 | On 010521 800-932-2732 TX<br>REF # 24692161006100463402490 | 6100463402 | 235.90- |
| Jan | 7 | Debit Purchase - VISA<br>UNITED    0162 | On 010521 800-932-2732 TX<br>REF # 24692161006100463402508 | 6100463402 | 235.90- |
| Jan | 8 | Debit Purchase<br>218524 | DENVER AIRPORT E DENVER    CO<br>On 010821 ILK1TERM REF 100816218524 | 2401081000 | 10.01- |
| Jan | 8 | Debit Purchase - VISA<br>UNITED    0169 | On 010621 800-932-2732 TX<br>REF # 24692161007100169638222 | 7100169638 | 17.00- |
| Jan | 8 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 010621 LANDER WY<br>REF # 24231681007837001042528 | 7837001042 | 40.26- |



**Uni-Statement**
Account Number:
▇▇▇▇7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021



Page 8 of 10

## U.S. BANK SILVER CHECKING (CONTINUED)
U.S. Bank National Association
**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-2915

Account Number ▇▇▇▇-7190

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jan 8 | Debit Purchase - VISA UNITED 0162 | On 010621 800-932-2732 TX REF # 2469216100710016948796B | 7100169487 | 52.40- |
| Jan 8 | Recurring Debit Purchase HLU*Hulu 1134658 | On 010721 HULU.COM/BIL CA REF # 24906411007111306541 US1 | 7111306541 | 64.99- |
| Jan 11 | Debit Purchase - VISA STARBUCKS STORE | On 010921 IRVINE CA REF # 2469216101010030467206 | 0100304672 | 2.65- |
| Jan 11 | Debit Purchase - VISA RALPHS #0299 | On 010921 IRVINE CA REF # 2444571100930031760876B | 9300317608 | 2.65- |
| Jan 11 | Debit Purchase - VISA AMZN Mktp US*O74 | On 010921 Amzn.com/bil WA REF # 2469216100810082445517 | 8100824455 | 9.15- |
| Jan 11 | Debit Purchase - VISA STATERBROS142 | On 010921 LAKE FOREST CA REF # 2413746101050062535187B | 0500625351 | 9.96- |
| Jan 11 | Debit Purchase - VISA MCDONALD'S F1357 | On 010821 DENVER CO REF # 2442733100873023842708B | 8730238427 | 12.38- |
| Jan 11 | Debit Purchase - VISA SAFEWAY #2761 | On 010721 LANDER WY REF # 2423168100883700120320Z | 8837001203 | 12.48- |
| Jan 11 | Debit Purchase - VISA AMZN Mktp US*NY4 | On 011021 Amzn.com/bil WA REF # 2469216101010027800511O | 0100278005 | 17.84- |
| Jan 11 | Recurring Debit Purchase NETFLIX.COM | On 011021 NETFLIX.COM CA REF # 24692161010100233477 US1 | 0100233477 | 17.99- |
| Jan 11 | Debit Purchase - VISA RALPHS #0299 | On 010921 IRVINE CA REF # 2444571100930031760850Z | 9300317608 | 18.31- |
| Jan 11 | Debit Purchase - VISA MCDONALD'S F7611 | On 010821 LANDER WY REF # 2442733100874025454932Z | 8740254549 | 21.99- |
| Jan 11 | Debit Purchase - VISA STATERBROS142 | On 010921 LAKE FOREST CA REF # 2413746101050062535161Z | 0500625351 | 25.46- |
| Jan 11 | Debit Purchase - VISA BIG 5 SPORTING G | On 010921 EL TORO CA REF # 2443106101040039500005Z | 0400395000 | 30.15- |
| Jan 11 | Debit Purchase - VISA UNITED 0169 | On 010721 800-932-2732 TX REF # 2469216100810087259591G | 8100872595 | 35.00- |
| Jan 11 | Debit Purchase - VISA UNITED 0169 | On 010721 800-932-2732 TX REF # 2469216100810087259592M | 8100872595 | 35.00- |
| Jan 11 | Debit Purchase - VISA UNITED 0169 | On 010721 800-932-2732 TX REF # 2469216100810087259593Z | 8100872595 | 35.00- |
| Jan 11 | Debit Purchase - VISA UNITED 0169 | On 010721 800-932-2732 TX REF # 2469216100810087259594O | 8100872595 | 35.00- |
| Jan 11 | Debit Purchase - VISA FRESHENS | On 010821 DENVER CO REF # 2407314101090001477093O | 0900014770 | 35.09- |
| Jan 11 | Debit Purchase - VISA STATERBROS142 | On 010921 LAKE FOREST CA REF # 2413746101050062535179J | 0500625351 | 36.17- |
| Jan 11 | Debit Purchase - VISA SAFEWAY #2761 | On 010721 LANDER WY REF # 2423168100883700115343I | 8837001153 | 40.03- |
| Jan 11 | Debit Purchase - VISA IN N OUT BURGER | On 010821 FOOTHILL RAN CA REF # 2401339100900119203619B | 9001192036 | 42.67- |
| Jan 11 | Debit Purchase - VISA SQ *ANYTIME FITN | On 010921 laguna woods CA REF # 2469216100910075431119I | 9100754311 | 79.00- |
| Jan 11 | Debit Purchase - VISA RALPHS #0299 | On 010921 IRVINE CA REF # 2444571100930031760868S | 9300317608 | 82.92- |
| Jan 11 | Debit Purchase - VISA AMZN Mktp US*5Y6 | On 010821 Amzn.com/bil WA REF # 2469216100810061555565G | 8100615555 | 89.30- |
| Jan 11 | Debit Purchase - VISA UBER EATS | On 011021 HELP.UBER.CO CA REF # 2449215101071966855437O | 0719668554 | 92.49- |
| Jan 11 | Recurring Debit Purchase NORTHERN ARAPAHO | On 011021 307-8572004 WY REF # 24540451011154732054 US1 | 1154732054 | 97.90- |
| Jan 11 | Debit Purchase - VISA ISA*Isagenix Wor | On 010821 877-8778111 AZ REF # 2490641100811140629668Z | 8111406296 | 105.41- |



**Uni-Statement**
Account Number:
▬▬▬7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021

Page 9 of 10

## U.S. BANK SILVER CHECKING　　　　　　　　　　　　　　　　　　　　　　(CONTINUED)

U.S. Bank National Association

Account Number ▬▬▬-7190

### Card Withdrawals (continued)

Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|------------|---|--------|
| Jan 11 | Debit Purchase - VISA #24 LUCILLE'S - | On 011021 TUSTIN CA REF # 24801971011400332001058 | 1400332001 | | 120.00- |
| Jan 11 | Debit Purchase - VISA TARGET    00 | On 010921 MISSION VIEJ CA REF # 24164071010091008101636 | 0091008101 | | 183.22- |
| Jan 12 | Debit Purchase - VISA UBER  TRIP | On 011221 HELP.UBER.CO CA REF # 24492151012745751143589 | 2745751143 | | 5.93- |
| Jan 12 | Debit Purchase - VISA UBER  TRIP | On 011121 HELP.UBER.CO CA REF # 24492151011717735978654 | 1717735978 | | 35.80- |
| Jan 12 | Recurring Debit Purchase BESTOW INSURANCE | On 011121 HTTPSWWW.HEL TX REF # 24492151012637260508 US1 | 2637260508 | | 89.16- |

| | | | Card 2915 Withdrawals Subtotal | $ | 18,161.83- |
|---|---|---|---|---|---|

Card Number: xxxx-xxxx-xxxx-2923

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|------------|---|--------|
| Dec 10 | Debit Purchase 071548 | SAFEWAY #2761 LANDER    WY On 120920 ILNKILNK REF 034417071548 | 4812091639 | $ | 34.95- |
| Dec 10 | Debit Purchase 577438 | BOMGAARS 73 LAN LANDER    WY On 120920 MAESTERM REF 577438 | | | 59.02- |
| Dec 18 | Debit Purchase 232010 | BOMGAARS 73 LAN LANDER    WY On 121820 MAESTERM REF 232010 | | | 134.03- |
| Dec 21 | Debit Purchase - VISA MCDONALD'S F7611 | On 121920 LANDER WY REF # 24427330354740256253088 | 4740256253 | | 5.65- |
| Dec 21 | Debit Purchase - VISA MCDONALD'S F7611 | On 121920 LANDER WY REF # 24427330354740256254060 | 4740256254 | | 12.56- |
| Dec 21 | Debit Purchase - VISA LANDER VALLEY AN | On 121820 LANDER WY REF # 24071050354627146461265 | 4627146461 | | 61.00- |
| Dec 21 | Debit Purchase - VISA LANDER ACE HDWE | On 121820 LANDER WY REF # 24431060354091708000538 | 4091708000 | | 216.80- |
| Jan  4 | Debit Purchase 304167 | MAIN STREET DENT LANDER    WY On 010421 ILNKILNK REF 100420304167 | 6701041447 | | 148.80- |
| Jan  5 | Debit Purchase - VISA MCDONALD'S F7611 | On 010421 LANDER WY REF # 24427331004740250594554 | 4740250594 | | 5.55- |
| Jan 12 | Debit Purchase - VISA CARLS JR 1100622 | On 011121 LAKE FOREST CA REF # 24755421012730124779235 | 2730124779 | | 41.53- |

| | | | Card 2923 Withdrawals Subtotal | $ | 719.89- |
|---|---|---|---|---|---|

| | | | Total Card Withdrawals | $ | 18,881.72- |
|---|---|---|---|---|---|

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|------------|---|--------|
| Dec 31 | Electronic Withdrawal REF=203650097927430N00 | To VENMO 3264681992PAYMENT  5083494415 | | $ | 1,000.00- |
| Jan  4 | Electronic Withdrawal REF=210040038203050N00 | To ROCKYMTN/PACIFIC POWER BILL1930246090 | | | 703.65- |
| Jan  5 | Electronic Withdrawal REF=210040143394780N00 | To SIGMA ALDRICH 98331220021Monthly McCown | | | 20,823,214.96- |

| | | | Total Other Withdrawals | $ | 20,824,918.61- |
|---|---|---|---|---|---|



**Uni-Statement**

Account Number:
7190
Statement Period:
Dec 10, 2020
through
Jan 12, 2021

Page 10 of 10



**U.S. BANK SILVER CHECKING**                                                                **(CONTINUED)**
U.S. Bank National Association                                               Account Number ▮▮▮▮▮▮▮-7190

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|-----------|--------|-------|------|-----------|--------|
| 0171 | Dec 14 | 8054151478 | 280.00 | 0175 | Dec 28 | 8052802979 | 100.00 |
| 0172 | Dec 21 | 8054119387 | 350.00 | 0204* | Jan 7 | 8655953751 | 359.12 |
| 0173 | Dec 16 | 8655109648 | 467.00 | 0205 | Jan 7 | 8955106172 | 565.00 |
| 0174 | Dec 28 | 8052802977 | 280.00 | | | | |

\* Gap in check sequence                             **Conventional Checks Paid (7)**      **$      2,401.12-**

Ria v McCown - Exhibit 1: 0022

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RIA R SQUARED, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-CV-125 |
| | ) | |
| PAUL D. MCCOWN, AND | ) | |
| MCCOWN ENTERPRISES, LLC, | ) | |
| a Wyoming Limited Liability Company | ) | |
| | ) | |
| Defendants. | ) | |

---

**MEMORANDUM IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - FRAUD**

---

**EXHIBIT 5**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

720      TRN          S      X    ST01

Account Number:
███████ 7190
Statement Period:
Jan 13, 2021
through
Feb 9, 2021

Page 1 of 8

000043264 02 SP     000638720229192 E
MCCOWN ENTERPRISES
PAUL MC COWN
400 N 9TH ST APT 1
LANDER WY  82520-2009

☎

To Contact U.S. Bank

By Phone:                          1-800-US BANKS
                                         (1-800-872-2657)

U.S. Bank accepts Relay Calls

Internet:                                 usbank.com

## EWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



## IFORMATION YOU SHOULD KNOW

**Effective February 15th 2021 the *"Consumer Pricing Information"*** disclosure will include several updates that may affect your rights.

- Added clarification in the disclosure regarding the shipping charges for the free box of checks benefit, adding:
  - o    Additional shipping fees may apply if expedited or shipped outside the continental United States.
- Clarification in the Extended Overdraft Fee curing
- Pricing update and naming clarification to the Foreign Currency section:
  - o    "Next Day Priority Delivery" fee from $12 to $15
  - o    Former "Processing Fee" $20 to "Foreign Exchange Fee (Draft)" of $25
  - o    "Stop Payment Orders" from $25 to no fee

New Foreign Currency Fees Section:

Purchase
    Foreign Exchange Fee (Admin Fee)*          $10.00
    Next Day Priority Delivery (optional)          $15.00 (formerly $12)

Sold
    Foreign Exchange Fee (Admin Fee)*          $10.00

Foreign Draft Purchase
    Foreign Exchange Fee (Admin Fee)*          $10.00
    Next Day Priority Delivery (optional)          $15.00 (formerly $12)
    Foreign Exchange Fee (Draft)**                $25.00 (formerly $20)
    Stop Payment Orders                               no fee

*Charged for transactions of $250 U.S. Dollars or less, or for currency purchases returned within seven days.
**Combined transaction processing fee. U.S. Bank $15, vendor $10.

Starting February 15, you may pick up a copy at your local branch, view on usbank.com or call 800.USBANKS (872.2657) to request a copy. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.



To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**utstanding Deposits**

| ATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| OTAL | $ |

**utstanding Withdrawals**

| ATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| OTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $ _____

4. Enter the total deposits recorded in the Outstanding Deposits section. $ _____

5. Total lines 3 and 4. $ _____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $ _____

7. Subtract line 6 from line 5. This is your balance. $ _____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you e FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston ve., St. Paul, MN 55107.

Tell us your name and account number.

Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

Tell us the dollar amount of the suspected error.

e will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to vestigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, e will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If e ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

rors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the les of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number ted on the front of this statement immediately.

## ONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### /hat To Do If You Think You Find A Mistake on Your Statement

you think there is an error on your statement, write to us at:
S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

your letter, give us the following information:

**Account Information:** Your name and account number.

**Dollar Amount:** The dollar amount of the suspected error.

**Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

ou must contact us within 60 days after the error appeared on your statement.

ou must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. hile we investigate whether or not there has been an error, the following are true:

We cannot try to collect the amount in question, or report you as delinquent on that amount.

The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

We can apply any unpaid amount against your credit limit.

sserve Line Balance Computation Method: To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. e date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the alance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing ays in the cycle. This is your Balance Subject to Interest Rate. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST HARGE*** begins from the date of each advance.

## EPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

e may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## ONSUMER REPORT DISPUTES

e may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this ay prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624 8230 by writing to U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: ur name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect, and any supporting documentation (e.g., idavit of identity theft), if applicable.

ember FDIC


LENDER



Account Number:
7190
Statement Period:
Jan 13, 2021
through
Feb 9, 2021



Page 2 of 8

## .S. BANK SILVER CHECKING

3. Bank National Association

**Member FDIC**

Account Number ▮▮▮▮-7190

### ccount Summary

| | | | | | |
|---|---|---|---|---|---|
| eginning Balance on Jan 13 | $ | 753,827,565.56 | Number of Days in Statement Period | | 28 |
| eposits / Credits | | 92,381,922.50 | Average Account Balance | $ | 764,481,932.67 |
| ard Withdrawals | | 9,616.64- | | | |
| ther Withdrawals | | 20,821,144.98- | | | |
| **Ending Balance on Feb 9, 2021** | $ | **825,378,726.44** | | | |

### eposits / Credits

| ate | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| in 29 | Electronic Deposit<br>REF=210280086253990N00 | From AMERICLEAN<br>AEGIS INVOICE | | $ | 92,381,922.50 |
| | | | **Total Deposits / Credits** | $ | **92,381,922.50** |

### ard Withdrawals

ard Number: xxxx-xxxx-xxxx-2915

| ate | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| in 13 | Debit Purchase - VISA<br>LAS GOLONDRINAS | On 011121 MISSION VIEJ CA<br>REF # 2410086101201 7028058257 | 2017028058 | $ | 4.50- |
| in 13 | Debit Purchase - VISA<br>7-ELEVEN 35767 | On 011121 HUNTINGTON B CA<br>REF # 2403454101200159 4403419 | 2001594403 | | 13.99- |
| in 13 | Debit Purchase - VISA<br>UBER  TRIP | On 011221 HELP.UBER.CO CA<br>REF # 2449215101271766687363 | 2717766687 | | 30.02- |
| in 13 | Debit Purchase - VISA<br>UBER  EATS | On 011321 HELP.UBER.CO CA<br>REF # 2449215101371582161 4868 | 3715821614 | | 36.58- |
| in 13 | Debit Purchase - VISA<br>AMAZON.COM*2Z8AL | On 011221 AMZN.COM/BIL WA<br>REF # 2443106101208333853 6264 | 2083338536 | | 37.71- |
| in 13 | Debit Purchase - VISA<br>LAS GOLONDRINAS | On 011121 MISSION VIEJ CA<br>REF # 2410086101201 7028058232 | 2017028058 | | 55.99- |
| in 13 | Debit Purchase - VISA<br>UBER  EATS | On 011321 HELP.UBER.CO CA<br>REF # 2449215101371982022 0784 | 3719820220 | | 76.02- |
| in 13 | Debit Purchase - VISA<br>RALPHS #0299 | On 011221 IRVINE CA<br>REF # 2444571101230031723 4370 | 2300317234 | | 126.72- |
| in 13 | Debit Purchase - VISA<br>UBER  EATS | On 011321 HELP.UBER.CO CA<br>REF # 2449215101371582158 5902 | 3715821585 | | 130.76- |
| in 14 | Debit Purchase - VISA<br>CITY OF LAGUNA B | On 011321 949-497-0315 CA<br>REF # 2469216101310016815 0221 | 3100168150 | | 2.65- |
| in 14 | Recurring Debit Purchase<br>TWP*PROMO3350189 | On 011421 WAPO.COM DC<br>REF # 2469216101410073479 0 US1 | 4100734790 | | 4.00- |
| in 14 | Recurring Debit Purchase<br>GOOGLE *YouTube | On 011321 855-836-3987 CA<br>REF # 2469216101310034111 0 US1 | 3100341110 | | 64.99- |
| in 14 | Debit Purchase - VISA<br>UBER  EATS | On 011421 HELP.UBER.CO CA<br>REF # 2449215101414758880 49098 | 4715888049 | | 72.41- |
| in 15 | Debit Purchase - VISA<br>EXPRESSVPN | On 011421 310-6018492 DE<br>REF # 2407105101462717697 8956 | 4627176978 | | 12.95- |
| in 15 | Debit Purchase - VISA<br>EXXONMOBIL  97 | On 011321 LAGUNA WOODS CA<br>REF # 2416405101437800367 6714 | 4378003676 | | 50.61- |
| in 19 | Debit Purchase - VISA<br>CITY OF NEWPORT | On 011521 NEWPORT BEAC CA<br>REF # 2469216101610002855 9501 | 6100028559 | | 6.00- |
| in 19 | Debit Purchase - VISA<br>Prime Video*DE25 | On 011721 888-802-3080 WA<br>REF # 2469216101710085054 3929 | 7100850543 | | 7.34- |
| in 19 | Debit Purchase - VISA<br>CHEVRON 0306957 | On 011621 IRVINE CA<br>REF # 2469216101610053834 0426 | 6100538340 | | 12.05- |
| in 19 | Debit Purchase - VISA<br>WWW.MILSPIN.COM | On 011621 WWW.MILSPIN. OH<br>REF # 2449215101663758210 8939 | 6637582108 | | 12.98- |
| in 19 | Debit Purchase - VISA<br>EL MOLINO DE ORO | On 011421 SAN JUAN CAP CA<br>REF # 2493487101501802087 3451 | 5018020873 | | 13.34- |
| in 19 | Debit Purchase - VISA<br>Amazon Music*5H9 | On 011521 888-802-3080 WA<br>REF # 2469216101510079181 5859 | 5100791815 | | 14.99- |



Account Number:
7190
Statement Period:
Jan 13, 2021
through
Feb 9, 2021

Page 3 of 8

## .S. BANK SILVER CHECKING

**(CONTINUED)**

5. Bank National Association

**Account Number** 7190

**ard Withdrawals (continued)**
ard Number: xxxx-xxxx-xxxx-2915

| ate | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| in 19 | Debit Purchase - VISA<br>UBER EATS | On 011721 HELP.UBER.CO CA<br>REF # 2449215101774310 5357943 | 7743105357 | 21.93- |
| in 19 | Debit Purchase - VISA<br>EL MOLINO DE ORO | On 011421 SAN JUAN CAP CA<br>REF # 249348710150180 20873410 | 5018020873 | 26.20- |
| in 19 | Debit Purchase - VISA<br>UBER EATS | On 011721 HELP.UBER.CO CA<br>REF # 2449215101771511 6718552 | 7715116718 | 26.77- |
| in 19 | Debit Purchase - VISA<br>UBER EATS | On 011621 HELP.UBER.CO CA<br>REF # 24492161016719046 104835 | 6719046104 | 37.82- |
| in 19 | Debit Purchase - VISA<br>CHEVRON 0306957 | On 011821 IRVINE CA<br>REF # 24692161018100379 962112 | 8100379962 | 56.45- |
| in 19 | Debit Purchase - VISA<br>RALPHS #0299 | On 011521 IRVINE CA<br>REF # 2444571101530035 1101698 | 5300351101 | 67.23- |
| in 19 | Debit Purchase - VISA<br>AMZN Mktp US*SM6 | On 011521 Amzn.com/bil WA<br>REF # 24692161015100460 200342 | 5100460200 | 69.29- |
| in 19 | Debit Purchase<br>154552 | RALPHS #0 6300 I IRVINE   CA<br>On 011721 MAESTERM REF 154552<br>You Requested $20 In Cash Back | | 87.05- |
| in 19 | Debit Purchase<br>708073 | RALPHS #0 6300 I IRVINE   CA<br>On 011621 MAESTERM REF 708073<br>You Requested $20 In Cash Back | | 107.28- |
| in 19 | Debit Purchase - VISA<br>UBER EATS | On 011821 HELP.UBER.CO CA<br>REF # 24492151018715170 612393 | 8715170612 | 180.70- |
| in 19 | Debit Purchase<br>906815 | RALPHS #0 6300 I IRVINE   CA<br>On 011921 MAESTERM REF 906815<br>You Requested $40 In Cash Back | | 181.09- |
| in 20 | Debit Purchase - VISA<br>UNITED    0169 | On 011821 800-932-2732 TX<br>REF # 24692161019100334 340353 | 9100334340 | 9.00- |
| in 20 | Debit Purchase - VISA<br>UNITED    0169 | On 011821 800-932-2732 TX<br>REF # 24692161019100334 340361 | 9100334340 | 9.00- |
| in 20 | Debit Purchase - VISA<br>EL MOLINO DE ORO | On 011821 SAN JUAN CAP CA<br>REF # 24934710190180 18510715 | 9018018510 | 23.95- |
| in 20 | Debit Purchase - VISA<br>UNITED    0169 | On 011821 800-932-2732 TX<br>REF # 24692161019100334 340346 | 9100334340 | 54.00- |
| in 20 | Debit Purchase - VISA<br>UNITED    0169 | On 011821 800-932-2732 TX<br>REF # 24692161019100334 340379 | 9100334340 | 54.00- |
| in 20 | Debit Purchase - VISA<br>UBER EATS | On 012021 HELP.UBER.CO CA<br>REF # 24492151020715302 735472 | 0715302735 | 77.96- |
| in 20 | Debit Purchase - VISA<br>UNITED    0162 | On 011821 800-932-2732 TX<br>REF # 24692161019100334 193851 | 9100334193 | 504.80- |
| in 21 | Debit Purchase - VISA<br>AMZN Mktp US*UR8 | On 012021 Amzn.com/bil WA<br>REF # 24692161020100161 583288 | 0100161583 | 25.19- |
| in 22 | Debit Purchase - VISA<br>CHEVRON 0306957 | On 012121 IRVINE CA<br>REF # 24692161021100706 036288 | 1100706036 | 12.05- |
| in 22 | Debit Purchase - VISA<br>IN N OUT BURGER | On 012121 LAGUNA HILLS CA<br>REF # 24013391021002861 130325 | 1002861130 | 35.72- |
| in 22 | Debit Purchase - VISA<br>SQ *HONEY & BUTT | On 012121 Irvine CA<br>REF # 24692161022100109 510383 | 2100109510 | 46.00- |
| in 22 | Debit Purchase - VISA<br>RALPHS #0299 | On 012121 IRVINE CA<br>REF # 24445711021300317 900896 | 1300317900 | 70.35- |
| in 22 | Recurring Debit Purchase<br>TRAVELERS-GEICO | On 012121 877-205-5772 CT<br>REF # 24692161021100013 694 US1 | 1100013694 | 156.77- |
| in 22 | Debit Purchase - VISA<br>AIRBNB HM8EDFXA | On 012121 AIRBNB.COM CA<br>REF # 24492151021743415 709118 | 1743415709 | 511.25- |
| in 25 | Debit Purchase - VISA<br>LAZ PARKING 6405 | On 012221 HUNTINGTON B CA<br>REF # 24055221023206238 800173 | 3206238800 | 2.00- |



Account Number:
▓▓▓▓7190
Statement Period:
Jan 13, 2021
through
Feb 9, 2021

Page 4 of 8



## .S. BANK SILVER CHECKING                                    (CONTINUED)

3. Bank National Association                              Account Number ▓▓▓▓▓7190

**ard Withdrawals (continued)**
ard Number: xxxx-xxxx-xxxx-2915

| ate | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| ın 25 | Debit Purchase - VISA<br>THE MELT 0015-IR | On 012121 IRVINE CA<br>REF # 2442806102250072064459 | 2500720644 | 3.76- |
| ın 25 | Debit Purchase - VISA<br>TST* JAMBA JUICE | On 012321 LAKE FOREST  CA<br>REF # 2413746102320015893074 | 3200158930 | 6.49- |
| ın 25 | Debit Purchase - VISA<br>CARL'S JR 181 | On 012321 ENCINITAS  CA<br>REF # 2402732102490001460050 | 4900014600 | 8.36- |
| ın 25 | Debit Purchase - VISA<br>EXXONMOBIL   97 | On 012221 LAKE FOREST  CA<br>REF # 2164051024837003570 | 4837003570 | 10.86- |
| ın 25 | Debit Purchase - VISA<br>TST* THE ALLEY - | On 012221 IRVINE CA<br>REF # 2413746102210018243393 | 2100182433 | 14.63- |
| ın 25 | Debit Purchase - VISA<br>IN N OUT BURGER | On 012321 SAN DIEGO CA<br>REF # 2401339102400330411654 | 4003304116 | 18.86- |
| ın 25 | Debit Purchase - VISA<br>ICECREAMTON_1 | On 012221 HUNTINGTN BC CA<br>REF # 2427539102490001360765 | 4900013607 | 22.06- |
| ın 25 | Debit Purchase - VISA<br>RALPHS #0299 | On 012221 IRVINE CA<br>REF # 2444571102230034248200 | 2300342482 | 25.28- |
| ın 25 | Debit Purchase - VISA<br>SQ *SESSIONS WES | On 012221 Huntington B CA<br>REF # 2469216102210067849786 | 2100678497 | 28.50- |
| ın 25 | Debit Purchase - VISA<br>HUNTINGTON SURF | On 012321 714-8414000 CA<br>REF # 2400341102490001706835 | 4900017068 | 29.73- |
| ın 25 | Debit Purchase - VISA<br>THE MELT 0015-IR | On 012121 IRVINE CA<br>REF # 2442806102250072064442 | 2500720644 | 29.74- |
| ın 25 | Debit Purchase - VISA<br>HABIT - LAKE FOR | On 012221 LAKE FOREST  CA<br>REF # 2405523102340087700190 | 3400877001 | 30.13- |
| ın 25 | Debit Purchase - VISA<br>CHEVRON 0306957 | On 012321 IRVINE CA<br>REF # 2469216102310003555724 | 3100035557 | 45.21- |
| ın 25 | Debit Purchase - VISA<br>BEACH ISLAND INC | On 012221 HUNTINGTON B CA<br>REF # 2412247102490001310016 | 4900013100 | 52.75- |
| ın 25 | Debit Purchase - VISA<br>GEICO  *AUTO | On 012421 MACON DC<br>REF # 2469216102410092524598 | 4100925245 | 69.27- |
| ın 25 | Debit Purchase - VISA<br>AMZN Mktp US*1P4 | On 012321 Amzn.com/bil WA<br>REF # 2469216102310088261607 | 3100882616 | 73.49- |
| ın 25 | Debit Purchase<br>836840 | RALPHS #0 6300 I IRVINE    CA<br>On 012421 MAESTERM REF 836840<br>You Requested $40 In Cash Back | | 87.17- |
| ın 25 | Debit Purchase - VISA<br>RIP CURL HB RETA | On 012221 HUNTINGTON B CA<br>REF # 2449398102309169200009 | 3091692000 | 106.51- |
| ın 25 | Debit Purchase - VISA<br>UBER  EATS | On 012421 HELP.UBER.CO CA<br>REF # 2449215102474359517513 | 4743595175 | 107.05- |
| ın 26 | Debit Purchase - VISA<br>Prime Video*KS4N | On 012521 888-802-3080 WA<br>REF # 2469216102510060472500 | 5100604725 | 14.99- |
| ın 26 | Debit Purchase - VISA<br>WWW.MILSPIN.COM | On 012521 WWW.MILSPIN. OH<br>REF # 2449215102563708595176 | 5637085951 | 33.98- |
| ın 26 | Debit Purchase - VISA<br>AMZN Mktp US*EM3 | On 012521 Amzn.com/bil WA<br>REF # 2469216102510047372623 | 5100473726 | 39.99- |
| ın 26 | Debit Purchase - VISA<br>PANERA BREAD #20 | On 012521 IRVINE CA<br>REF # 2469216102510031262466 | 5100312624 | 77.57- |
| ın 27 | Debit Purchase - VISA<br>STATERBROS142 | On 012521 LAKE FOREST  CA<br>REF # 2413746102650055920917 | 6500559209 | 8.80- |
| ın 27 | Debit Purchase - VISA<br>ANGEL DONUTS | On 012621 SANTA PAULA  CA<br>REF # 2443106102720032140007 | 7200321400 | 23.45- |
| ın 27 | Debit Purchase - VISA<br>CHEVRON 0306957 | On 012621 IRVINE CA<br>REF # 2469216102610026399996 | 6100263999 | 54.88- |
| ın 27 | Debit Purchase - VISA<br>HABIT-THOMPSON | On 012621 VENTURA CA<br>REF # 2405523102709156900162 | 7091569001 | 95.47- |



Account Number:
7190
Statement Period:
Jan 13, 2021
through
Feb 9, 2021

Page 5 of 8

# .S. BANK SILVER CHECKING                                              (CONTINUED)

3. Bank National Association                          **Account Number**         7190

**ard Withdrawals (continued)**

ard Number: xxxx-xxxx-xxxx-2915

| ate | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| ın 28 | Debit Purchase - VISA RALPHS #0741 | On 012721 CAMARILLO CA REF # 2444571102730030478 5122 | 7300304785 | 2.41- |
| ın 28 | Debit Purchase - VISA BEACH POF LOT PA | On 012721 SANTA MONICA CA REF # 2451239102790001055 4651 | 7900010554 | 7.00- |
| ın 28 | Debit Purchase - VISA Prime Video*5U7Z | On 012721 888-802-3080 WA REF # 2469216102710058388 3996 | 7100583883 | 8.99- |
| ın 28 | Debit Purchase - VISA CARLS JR 1100356 | On 012621 FILLMORE CA REF # 2475542102716027355 0018 | 7160273550 | 12.07- |
| ın 28 | Debit Purchase - VISA PACIFIC PARK PIE | On 012721 SANTA MONICA CA REF # 2478930102716870000 8496 | 7168700008 | 13.20- |
| ın 28 | Debit Purchase - VISA Amazon.com*8X5H5 | On 012821 Amzn.com/bil WA REF # 2469216102810015097 5893 | 8100150975 | 26.24- |
| ın 28 | Debit Purchase - VISA CHIPOTLE 1392 | On 012721 SANTA MONICA CA REF # 2443106102809156600 0780 | 8091566000 | 26.81- |
| ın 28 | Debit Purchase - VISA JJS LIQUOR & WIN | On 012721 SANTA BARBAR CA REF # 2480197102720643880 0992 | 7206438800 | 27.48- |
| ın 28 | Debit Purchase - VISA BEACHCOMBER GIFT | On 012721 SANTA MONICA CA REF # 2469216102810010169 5533 | 8100101695 | 31.92- |
| ın 28 | Debit Purchase - VISA CAFFE BELLAGIO | On 012721 SANTA MONICA CA REF # 2475542102726027999 0802 | 7260279990 | 35.00- |
| ın 28 | Debit Purchase - VISA 76 - UP0688 | On 012721 CAMARILLO CA REF # 2401517102700371883 2574 | 7003718832 | 39.59- |
| ın 28 | Debit Purchase - VISA UBER  EATS | On 012821 HELP.UBER.CO CA REF # 2449215102871587544 3050 | 8715875443 | 43.50- |
| ın 28 | Debit Purchase - VISA BEACHCOMBER GIFT | On 012721 SANTA MONICA CA REF # 2469216102810010169 5541 | 8100101695 | 48.40- |
| ın 28 | Debit Purchase - VISA TST* SAVOY CAFE | On 012721 SANTA BARBAR CA REF # 2413746102730049260 9683 | 7300492609 | 72.50- |
| ın 29 | Debit Purchase - VISA CARLS JR 1100008 | On 012721 CAMARILLO CA REF # 2475542102816028348 8232 | 8160283488 | 9.63- |
| ın 29 | Debit Purchase - VISA PACIFIC PARK FUN | On 012721 SANTA MONICA CA REF # 2478930102817220004 1188 | 8172200041 | 29.22- |
| ın 29 | Debit Purchase - VISA SQ *HONEY & BUTT | On 012821 Irvine CA REF # 2469216102810065358 2501 | 8100653582 | 36.22- |
| ın 29 | Debit Purchase - VISA LUNA GRILL 007 | On 012821 IRVINE CA REF # 2443106102840000006 1706 | 8400000061 | 42.61- |
| ın 29 | Debit Purchase - VISA RALPHS #0299 | On 012721 IRVINE CA REF # 2444571102830031435 6699 | 8300314356 | 48.48- |
| ɔb  1 | Debit Purchase - VISA GOOGLE*DOMAINS | On 012921 INTERNET CA REF # 2401308103006000365 9003 | 0060003659 | 12.00- |
| ɔb  1 | Debit Purchase - VISA SHELL OIL 574427 | On 013021 LAKE FOREST  CA REF # 2431605103154861503 8083 | 1548615038 | 14.20- |
| ɔb  1 | Debit Purchase - VISA TST* THE ALLEY - | On 012921 IRVINE CA REF # 2413746102910018200 4684 | 9100182004 | 18.35- |
| ɔb  1 | Debit Purchase - VISA IN N OUT BURGER | On 013121 LAGUNA HILLS CA REF # 2401339103100430415 1924 | 1004304151 | 20.85- |
| ɔb  1 | Debit Purchase - VISA UBER  EATS | On 013021 HELP.UBER.CO CA REF # 2449215103071505889 9215 | 0715058899 | 25.97- |
| ɔb  1 | Debit Purchase - VISA UBER  EATS | On 013121 HELP.UBER.CO CA REF # 2449215103171910838 4540 | 1719108384 | 33.92- |
| ɔb  1 | Debit Purchase - VISA SHELL OIL 574427 | On 013021 LAKE FOREST  CA REF # 2431605103154861603 8082 | 1548616038 | 34.40- |
| ɔb  1 | Debit Purchase - VISA UNITED     0169 | On 012921 800-932-2732 TX REF # 2469216103110049377 7548 | 1100493777 | 35.00- |
| ɔb  1 | Debit Purchase - VISA UNITED     0169 | On 013021 800-932-2732 TX REF # 2469216103110074135 6970 | 1100741356 | 35.00- |

Ria v McCown - Exhibit 1: 0030



Account Number:
7190
Statement Period:
Jan 13, 2021
through
Feb 9, 2021



Page 6 of 8

## .S. BANK SILVER CHECKING                                                                (CONTINUED)

5. Bank National Association                                                 **Account Number 1    -7190**

ard Withdrawals (continued)

ard Number: xxxx-xxxx-xxxx-2915

| ate | | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|---|
| ıb | 1 | Debit Purchase - VISA<br>AMZN Mktp US*4X2 | On 013121 Amzn.com/bil WA<br>REF # 2469216103110064 0550434 | 1100640550 | 39.88- |
| ıb | 1 | Debit Purchase - VISA<br>UBER  EATS | On 013121 HELP.UBER.CO CA<br>REF # 2449215103171512 7029926 | 1715127029 | 40.25- |
| ıb | 1 | Debit Purchase - VISA<br>UNITED   0169 | On 013021 800-932-2732 TX<br>REF # 2469216103110074 1356988 | 1100741356 | 45.00- |
| ıb | 1 | Debit Purchase - VISA<br>Amazon.com*1R3L8 | On 012921 Amzn.com/bil WA<br>REF # 2469216102910005 3655500 | 9100053655 | 62.99- |
| ıb | 1 | Recurring Debit Purchase<br>AT&T*BILL PAYMEN | On 013121 800-331-0500 TX<br>REF # 2443398103281242 5281 US1 | 2812425281 | 229.76- |
| ıb | 1 | Debit Purchase - VISA<br>UBER  EATS | On 013021 HELP.UBER.CO CA<br>REF # 2449215103071505 5450061 | 0715055450 | 260.73- |
| ıb | 2 | Debit Purchase - VISA<br>SQ *CRUX COFFEE | On 020121 Lander WY<br>REF # 2469216103210042 3729493 | 2100423729 | 2.83- |
| ıb | 2 | Debit Purchase - VISA<br>SNA SOUTH COAST | On 013121 SANTA ANA CA<br>REF # 2469216103210028 8464806 | 2100288464 | 3.60- |
| ıb | 2 | Debit Purchase - VISA<br>SQ *CRUX COFFEE | On 020121 Lander WY<br>REF # 2469216103210062 3134692 | 2100623134 | 10.00- |
| ıb | 2 | Debit Purchase - VISA<br>BOMGAARS 73 LAND | On 020121 LANDER WY<br>REF # 2473309103325800 0322477 | 3258000322 | 27.29- |
| ıb | 2 | Debit Purchase - VISA<br>HIGH MOUNTAIN FI | On 020121 LANDER WY<br>REF # 2427539103201836 7604381 | 2018367604 | 40.00- |
| ıb | 2 | Debit Purchase - VISA<br>FOCUS 303-962-57 | On 020121 HTTPSWWW.FOC CO<br>REF # 2449215103263748 7358613 | 2637487358 | 50.00- |
| ıb | 2 | Recurring Debit Purchase<br>ISA*Isagenix Wor | On 013121 877-8778111  AZ<br>REF # 2490641103111310 7018 US1 | 1113107018 | 133.92- |
| ıb | 3 | Debit Purchase - VISA<br>SQ *CRUX COFFEE | On 020221 Lander WY<br>REF # 2469216103310028 1207581 | 3100281207 | 2.56- |
| ıb | 3 | Debit Purchase - VISA<br>SQ *CRUX COFFEE | On 020221 Lander WY<br>REF # 2469216103310030 1932382 | 3100301932 | 4.88- |
| ıb | 3 | Debit Purchase - VISA<br>AMZN Mktp US*MH0 | On 020221 Amzn.com/bil WA<br>REF # 2469216103310010 6518097 | 3100106518 | 36.70- |
| ıb | 3 | Debit Purchase - VISA<br>SQ *LANDER BARBE | On 020221 Lander WY<br>REF # 2469216103310037 5024900 | 3100375024 | 42.00- |
| ıb | 3 | Debit Purchase - VISA<br>CAVALRY (SPV 1) | On 020121 914-347-3440 NY<br>REF # 2498894103303002 8061355 | 3030028061 | 241.03- |
| ıb | 4 | Debit Purchase - VISA<br>Prime Video*ZS7E | On 020321 888-802-3080 WA<br>REF # 2469216103410008 2088882 | 4100082088 | 10.99- |
| ıb | 4 | Debit Purchase - VISA<br>LOAF N JUG #0155 | On 020321 LANDER WY<br>REF # 2413746103500104 3486932 | 5001043486 | 14.76- |
| ıb | 4 | Debit Purchase - VISA<br>WWW.MILSPIN.COM | On 020321 WWW.MILSPIN. OH<br>REF # 2449215103463756 5795734 | 4637565795 | 33.98- |
| ıb | 4 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 020221 LANDER WY<br>REF # 2423168103483700 1746323 | 4837001746 | 46.32- |
| ıb | 5 | Debit Purchase - VISA<br>SQ *CRUX COFFEE | On 020421 Lander WY<br>REF # 2469216103510074 2752652 | 5100742752 | 9.35- |
| ıb | 5 | Debit Purchase - VISA<br>SQ *THE JUICERY | On 020421 LANDER WY<br>REF # 2449215103585592 2915584 | 5855922915 | 25.89- |
| ıb | 8 | Debit Purchase - VISA<br>MCDONALD'S F7611 | On 020621 LANDER WY<br>REF # 2442733103774025 4685128 | 7740254685 | 3.66- |
| ıb | 8 | Debit Purchase - VISA<br>KFC PIZZA HUT | On 020721 DENVER CO<br>REF # 2401339103800098 4111991 | 8000984111 | 5.26- |
| ıb | 8 | Debit Purchase - VISA<br>KFC PIZZA HUT | On 020721 DENVER CO<br>REF # 2401339103800098 4112015 | 8000984112 | 5.26- |
| ıb | 8 | Debit Purchase - VISA<br>MCDONALD'S F1162 | On 020721 SANTA ANA CA<br>REF # 2442733103872022 8065572 | 8720228065 | 5.80- |

Account Number:
▮▮▮7190
Statement Period:
Jan 13, 2021
through
Feb 9, 2021

Page 7 of 8

## .S. BANK SILVER CHECKING                                              (CONTINUED)

5. Bank National Association                          Account Number  ▮▮▮7190

**ard Withdrawals (continued)**
ard Number: xxxx-xxxx-xxxx-2915

| ate | | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| ɔb | 8 | Debit Purchase - VISA STATERBROS142 | On 020621 LAKE FOREST CA REF # 2413746103850064282457 2 | 8500642824 | | 8.61- |
| ɔb | 8 | Debit Purchase - VISA AMAZON.COM*UB2FU | On 020721 AMZN.COM/BIL WA REF # 2443106103808332705519 3 | 8083327055 | | 9.99- |
| ɔb | 8 | Debit Purchase - VISA MCDONALD'S F1162 | On 020721 SANTA ANA CA REF # 2427331038720228065564 | 8720228065 | | 12.18- |
| ɔb | 8 | Debit Purchase - VISA SMASH BURGER B | On 020721 DENVER CO REF # 2437735103900000071592 7 | 9000000715 | | 14.00- |
| ɔb | 8 | Debit Purchase - VISA UBER  TRIP | On 020721 HELP.UBER.CO CA REF # 2449215103874562424933 2 | 8745624249 | | 19.81- |
| ɔb | 8 | Debit Purchase - VISA AMZN Mktp US*AS5 | On 020721 Amzn.com/bil WA REF # 2469216103810039030498 5 | 8100390304 | | 19.99- |
| ɔb | 8 | Debit Purchase - VISA UNITED    0169 | On 020521 800-932-2732 TX REF # 2469216103710096422819 9 | 7100964228 | | 35.00- |
| ɔb | 8 | Debit Purchase - VISA AMZN Mktp US*322 | On 020721 Amzn.com/bil WA REF # 2469216103810050802126 5 | 8100508021 | | 35.91- |
| ɔb | 8 | Debit Purchase - VISA SAFEWAY FUEL2761 | On 020521 LANDER WY REF # 2421681037837001847193 | 7837001847 | | 38.46- |
| ɔb | 8 | Recurring Debit Purchase HLU*Hulu 1134658 | On 020721 HULU.COM/BIL CA REF # 2490641103811362653 4 US1 | 8113626534 | | 64.99- |
| ɔb | 8 | Debit Purchase - VISA FOXRENTACAR 5397 | On 020721 COSTA MESA CA REF # 2405523103820000359593 8 | 8200003595 | | 886.73- |
| ɔb | 8 | Debit Purchase - VISA AMERISPEC ORANGE | On 020621 949-4540508 CA REF # 2414402103890001303808 8 | 8900013038 | | 1,112.13- |
| ɔb | 9 | Debit Purchase - VISA STARBUCKS STORE | On 020721 LAKE FOREST CA REF # 2469216103910034355960 1 | 9100343559 | | 3.95- |
| ɔb | 9 | Debit Purchase - VISA Prime Video*LR26 | On 020821 888-802-3080 WA REF # 2469216104010062811117 4 | 0100628111 | | 3.99- |
| ɔb | 9 | Debit Purchase - VISA DEN BRECKENRIDGE | On 020821 DENVER CO REF # 2469216103910016645577 0 | 9100166455 | | 18.00- |
| ɔb | 9 | Debit Purchase - VISA STATERBROS142 | On 020721 LAKE FOREST CA REF # 2413746103950054818112 6 | 9500548181 | | 30.08- |
| ɔb | 9 | Debit Purchase - VISA UNITED    0169 | On 020721 800-932-2732 TX REF # 2469216103910022329038 4 | 9100223290 | | 35.00- |
| ɔb | 9 | Debit Purchase - VISA UNITED    0169 | On 020721 800-932-2732 TX REF # 2469216103910022329039 2 | 9100223290 | | 35.00- |
| ɔb | 9 | Debit Purchase - VISA UNITED    0169 | On 020721 800-932-2732 TX REF # 2469216103910022329040 0 | 9100223290 | | 35.00- |
| ɔb | 9 | Debit Purchase - VISA DEN BROTHERS BBQ | On 020821 DENVER CO REF # 2469216103910016645619 0 | 9100166456 | | 45.21- |

| | | | **Card 2915  Withdrawals Subtotal** | | **$** | **9,049.11-** |
|---|---|---|---|---|---|---|

ard Number: xxxx-xxxx-xxxx-2923

| ate | | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| ın | 20 | Debit Purchase - VISA MCDONALD'S F1539 | On 011921 LAKE FOREST CA REF # 2442733101974025002106 4 | 9740250021 | $ | 14.41- |
| ın | 29 | Debit Purchase 254565 | STATERBRO 22351 LAKE FOREST CA On 012821 MAESTERM REF 254565 | | | 14.05- |
| ɔb | 1 | Debit Purchase - VISA COLDSTONE #174 | On 012921 IRVINE CA REF # 2413829102940015000009 8 | 9400150000 | | 6.99- |
| ɔb | 1 | Debit Purchase - VISA 3490 EL POLLO LO | On 012921 LAKE FOREST CA REF # 2401339102900397806372 4 | 9003978063 | | 24.97- |
| ɔb | 2 | Debit Purchase 954918 | STATERBROS142 22 LAKE FOREST CA On 020121 ILNKILNK REF 10322295491 8 | 1802011655 | | 122.44- |
| ɔb | 5 | Debit Purchase - VISA LEGO, Disneyland | On 020521 Anaheim CA REF # 2420429103600056886872 0 | 6000568868 | | 120.63- |

This page intentionally left blank

Ria v McCown - Exhibit 1: 0034

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RIA R SQUARED, INC., <br> a Delaware corporation, | ) <br> ) <br> ) | |
|     Plaintiff, | ) <br> ) | |
|     v. | ) <br> ) | Case No.  21-CV-125 |
| PAUL D. MCCOWN, AND <br> MCCOWN ENTERPRISES, LLC, <br> a Wyoming Limited Liability Company | ) <br> ) <br> ) <br> ) | |
|     Defendants. | ) | |

---

**MEMORANDUM IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - FRAUD**

---

**EXHIBIT 6**

 **usbank.**

P.O. Box 1600
Saint Paul, Minnesota 55101-0800

| 720 | TRN | S | X | ST01 |

**Uni-Statement**
Account Number:
■■■■■7190
Statement Period:
Feb 10, 2021
through
Mar 9, 2021

Page 1 of 8



000143572 02 SP    000638750129968 E
MCCOWN ENTERPRISES
PAUL MC COWN
400 N 9TH ST APT 1
LANDER WY 82520-2009

3/12/2021

☎

**To Contact U.S. Bank**

**By Phone:**       1-800-US BANKS
(1-800-872-2657)

**U.S. Bank accepts Relay Calls**

**Internet:**                    usbank.com

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



---

## INFORMATION YOU SHOULD KNOW

**Effective May 10, 2021** the **"Your Deposit Account Agreement"** booklet and **"Consumer Pricing Information"** document will include several updates and may affect your rights.

The main updates to note in the revised **"Your Deposit Account Agreement"** booklet sections and sub sections, include:
- Multiple sub sections updated with U.S. Bank Mobile App service available
- Section "Authorized Access and Power of Attorney", clarification on owner knowledge of death
- Section "Insufficient Funds and Overdrafts"; sub sections "Our Fees", "Overdraft Handling" and "Requested Return", clarification on the curing of the Extended Overdraft Fee
- Section "Return of Cancelled Checks", updates to the options of how you receive copies of your paid checks in your monthly account statement
- Section S.T.A.R.T. Goals and Rewards (Note that new enrollment discontinued as of November 15, 2015), update in the Reward Card language

The main updates to note in the revised **"Consumer Pricing Information"** document include:
- Removal of the option "Statements with Check Return" and applicable disclosures
- Termination of the "Foreign Draft Purchase" service and applicable disclosures

Starting May 10th, you may pick up copies at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request copies. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

---

## U.S. BANK SILVER CHECKING                                        Member FDIC

U.S. Bank National Association                              Account Number ■■■■■-7190

### Account Summary

| | | | | |
|---|---|---|---|---|
| Beginning Balance on Feb 10 | $ | 825,378,726.44 | Number of Days in Statement Period | 28 |
| Deposits / Credits | | 92,381,922.50 | Average Account Balance       $ | 491,524,381.97 |
| Card Withdrawals | | 8,939.64- | | |
| Other Withdrawals | | 770,821,144.98- | | |
| Checks Paid | | 2,200.00- | | |
| **Ending Balance on  Mar 9, 2021** | $ | **146,928,364.32** | | |

### Deposits / Credits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 16 | Debit Purchase Ret - VISA<br>SP * AD4M.COM | On 021221 800-882-2346 WY<br>REF # 74492151044637061508 US1 | 4637061508 | $ | 150.00 |

Ria v McCown - Exhibit 1: 0036



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $ _____

4. Enter the total deposits recorded in the Outstanding Deposits section. $ _____

5. Total lines 3 and 4. $ _____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $ _____

7. Subtract line 6 from line 5. This is your balance. $ _____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement of receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your Balance Subject to Interest Rate, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844 624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect, and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC



**Uni-Statement**

Account Number:
███████7190

Statement Period:
Feb 10, 2021
through
Mar 9, 2021



Page 2 of 8

## U.S. BANK SILVER CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                   Account Number ████████-7190

### Deposits / Credits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|------------|--------|
| Feb 16 | Debit Purchase Ret - VISA SP * AD4M.COM | On 021221 800-882-2346 WY REF # 74492151044637060412 US1 | 4637060412 | 223.55 |
| Feb 18 | Mobile Check Deposit | | 8953963344 | 2,000.00 |
| Feb 22 | Mobile Check Deposit | | 8056043701 | 2,500.00 |
| Feb 26 | Electronic Deposit REF=210550146849890N00 | From AMERICLEAN AEGIS INVOICE | | 92,369,548.95 |
| Mar 9 | Mobile Check Deposit | | 8356846479 | 7,500.00 |

|  | **Total Deposits / Credits** | **$** | **92,381,922.50** |
|--|------------------------------|-------|-------------------|

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|------------|--------|
| Feb 10 | Debit Purchase - VISA SQ *CRUX COFFEE | On 020921 Lander WY REF # 24692161040100093425950 | 0100093425 | $ 4.66- |
| Feb 10 | Debit Purchase - VISA SAFEWAY #2761 | On 020821 LANDER WY REF # 24231681040837001103238 | 0837001103 | 6.60- |
| Feb 10 | Debit Purchase - VISA SQ *CRUX COFFEE | On 020921 Lander WY REF # 24692161040100142546129 | 0100142546 | 7.37- |
| Feb 10 | Debit Purchase - VISA AMZN Mktp US*PU9 | On 020921 Amzn.com/bil WA REF # 24692161040100940942678 | 0100940942 | 11.54- |
| Feb 10 | Debit Purchase - VISA LOAF N JUG #0155 | On 020921 LANDER WY REF # 24137461041001003123055 | 1001003123 | 16.49- |
| Feb 10 | Debit Purchase - VISA WWW COSTCO COM | On 020921 800-955-2292 WA REF # 24692161040100224686579 | 0100224686 | 18.99- |
| Feb 10 | Debit Purchase - VISA WWW COSTCO COM | On 021021 800-955-2292 WA REF # 24692161041100358215764 | 1100358215 | 37.79- |
| Feb 10 | Debit Purchase - VISA AMZN Mktp US*JW8 | On 020921 Amzn.com/bil WA REF # 24692161040100807694453 | 0100807694 | 50.37- |
| Feb 10 | Debit Purchase - VISA AMAZON.COM*V1427 | On 021021 AMZN.COM/BIL WA REF # 24431061041083351039563 | 1083351039 | 55.20- |
| Feb 10 | Debit Purchase - VISA SAFEWAY #2761 | On 020821 LANDER WY REF # 24231681040837000629324 | 0837000629 | 122.28- |
| Feb 11 | Debit Purchase - VISA SAFEWAY #2761 | On 020921 LANDER WY REF # 24231681041837001639149 | 1837001639 | 15.27- |
| Feb 11 | Recurring Debit Purchase NETFLIX.COM | On 021021 NETFLIX.COM CA REF # 24692161041100591087 US1 | 1100591087 | 17.99- |
| Feb 11 | Debit Purchase - VISA Amazon.com*LC48B | On 021021 Amzn.com/bil WA REF # 24692161041100472887548 | 1100472887 | 20.99- |
| Feb 11 | Debit Purchase - VISA Amazon.com*IP6ZF | On 021021 Amzn.com/bil WA REF # 24692161041100472843012 | 1100472843 | 27.60- |
| Feb 11 | Debit Purchase - VISA NORTHERN ARAPAHO | On 021021 307-8572004 WY REF # 24019111041900011368350 | 1900011368 | 97.90- |
| Feb 12 | Recurring Debit Purchase TWP*SUB33501893 | On 021121 WAPO.COM DC REF # 24692161042100234650 US1 | 2100234650 | 4.00- |
| Feb 12 | Debit Purchase - VISA SQ *CRUX COFFEE | On 021121 Lander WY REF # 24692161042100580129444 | 2100580129 | 7.37- |
| Feb 12 | Debit Purchase - VISA AMZN Mktp US*CV0 | On 021121 Amzn.com/bil WA REF # 24692161042100162699236 | 2100162699 | 25.99- |
| Feb 12 | Debit Purchase - VISA SAFEWAY #2761 | On 021021 LANDER WY REF # 24231681042837001652190 | 2837001652 | 56.37- |
| Feb 12 | Recurring Debit Purchase BESTOW INSURANCE | On 021221 HTTPSWWW.HEL TX REF # 24011341043000009867 US1 | 3000009867 | 89.16- |
| Feb 16 | Debit Purchase - VISA Prime Video*O33B | On 021421 888-802-3080 WA REF # 24692161045100235852819 | 5100235852 | 5.24- |
| Feb 16 | Debit Purchase - VISA SQ *CRUX COFFEE | On 021221 Lander WY REF # 24692161045100300029632 | 5100300029 | 6.87- |



**Uni-Statement**
Account Number:
▮▮▮7190
Statement Period:
Feb 10, 2021
through
Mar 9, 2021

Page 3 of 8

## U.S. BANK SILVER CHECKING                                                          (CONTINUED)

U.S. Bank National Association                                              Account Number ▮▮▮▮-7190

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 16 | Debit Purchase - VISA SQ *CRUX COFFEE | On 021521 Lander WY REF # 24692161046100256857340 | 6100256857 | 8.04- |
| Feb 16 | Debit Purchase - VISA LOAF N JUG #0155 | On 021321 LANDER WY REF # 24137461045001197697928 | 5001197697 | 9.03- |
| Feb 16 | Debit Purchase - VISA EXPRESSVPN | On 021321 310-6018492 DE REF # 24071051045627110425885 | 5627110425 | 12.95- |
| Feb 16 | Debit Purchase - VISA SAFEWAY #2761 | On 021421 LANDER WY REF # 24231681046837001926137 | 6837001926 | 13.28- |
| Feb 16 | Debit Purchase - VISA Amazon Music*G09 | On 021521 888-802-3080 WA REF # 24692161046100192705983 | 6100192705 | 14.99- |
| Feb 16 | Debit Purchase - VISA MCDONALD'S F7611 | On 021421 LANDER WY REF # 24427331045740243965250 | 5740243965 | 17.15- |
| Feb 16 | Debit Purchase - VISA AMZN Mktp US*IS2 | On 021321 Amzn.com/bil WA REF # 24692161044100639299709 | 4100639299 | 18.43- |
| Feb 16 | Debit Purchase - VISA SAFEWAY #2761 | On 021121 LANDER WY REF # 24231681043837001729336 | 3837001729 | 36.66- |
| Feb 16 | Debit Purchase - VISA EL SOL DE MEXICO | On 021421 LANDER WY REF # 24275391046900013100415 | 6900013100 | 63.00- |
| Feb 16 | Debit Purchase - VISA SAFEWAY #2761 | On 021321 LANDER WY REF # 24231681045837001142058 | 5837001142 | 164.65- |
| Feb 17 | Debit Purchase - VISA SQ *CRUX COFFEE | On 021621 Lander WY REF # 24692161047100768880896 | 7100768880 | 20.79- |
| Feb 17 | Debit Purchase - VISA Amazon.com*LJ5BJ | On 021721 Amzn.com/bil WA REF # 24692161048100101451289 | 8100101451 | 35.70- |
| Feb 17 | Debit Purchase - VISA SAFEWAY FUEL2761 | On 021521 LANDER WY REF # 24231681047837001525292 | 7837001525 | 51.33- |
| Feb 18 | Debit Purchase - VISA SQ *CRUX COFFEE | On 021721 Lander WY REF # 24692161048100557708760 | 8100557708 | 4.41- |
| Feb 18 | Debit Purchase - VISA AMZN Mktp US*TD1 | On 021721 Amzn.com/bil WA REF # 24692161048100286373779 | 8100286373 | 11.54- |
| Feb 18 | Debit Purchase - VISA AMZN Mktp US*909 | On 021721 Amzn.com/bil WA REF # 24692161048100180954104 | 8100180954 | 26.24- |
| Feb 18 | Debit Purchase - VISA SAFEWAY #2761 | On 021621 LANDER WY REF # 24231681048837001608485 | 8837001608 | 36.93- |
| Feb 19 | Debit Purchase - VISA SQ *CRUX COFFEE | On 021821 Lander WY REF # 24692161049100094976150 | 9100094976 | 4.66- |
| Feb 19 | Debit Purchase - VISA Kindle Svcs*M829 | On 021821 866-321-8851 WA REF # 24692161049100976051387 | 9100976051 | 8.39- |
| Feb 19 | Debit Purchase - VISA AMAZON.COM*V2741 | On 021821 AMZN.COM/BIL WA REF # 24431061049083321626384 | 9083321626 | 9.38- |
| Feb 19 | Debit Purchase - VISA SAFEWAY #2761 | On 021721 LANDER WY REF # 24231681049837001714407 | 9837001714 | 14.58- |
| Feb 19 | Debit Purchase - VISA SAFEWAY #2761 | On 021721 LANDER WY REF # 24231681049837001440201 | 9837001440 | 16.03- |
| Feb 19 | Debit Purchase - VISA MEYERS GAMBLES | On 021821 LANDER WY REF # 24275391049900011700023 | 9900011700 | 84.00- |
| Feb 19 | Debit Purchase - VISA AMZN MKTP US*L32 | On 021821 AMZN.COM/BIL WA REF # 24431061049083755381928 | 9083755381 | 99.62- |
| Feb 22 | Debit Purchase - VISA SQ *CRUX COFFEE | On 021921 Lander WY REF # 24692161050100762111938 | 0100762111 | 2.45- |
| Feb 22 | Debit Purchase - VISA SQ *CRUX COFFEE | On 021921 Lander WY REF # 2469216105000746082544 | 0100746082 | 4.81- |
| Feb 22 | Debit Purchase - VISA AMZN Mktp US*IU7 | On 022221 Amzn.com/bil WA REF # 24692161053100432510672 | 3100432510 | 10.49- |
| Feb 22 | Debit Purchase - VISA AMZN Mktp US*ME1 | On 022021 Amzn.com/bil WA REF # 24692161051100436895790 | 1100436895 | 11.53- |



**Uni-Statement**
Account Number:
▇▇▇▇7190
Statement Period:
Feb 10, 2021
through
Mar 9, 2021



Page 4 of 8

## U.S. BANK SILVER CHECKING                                    (CONTINUED)

U.S. Bank National Association                          Account Number ▇▇▇▇-7190

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 22 | Debit Purchase - VISA<br>AMZN Mktp US*XO1 | On 022121 Amzn.com/bil WA<br>REF # 24692161052100961148309 | 2100961148 | 13.64- |
| Feb 22 | Debit Purchase - VISA<br>AMZN Mktp US*7Y1 | On 022021 Amzn.com/bil WA<br>REF # 24692161051100470804807 | 1100470804 | 34.63- |
| Feb 22 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 022021 LANDER WY<br>REF # 24231681052837001240589 | 2837001240 | 91.56- |
| Feb 22 | Debit Purchase - VISA<br>AMZN Mktp US*D49 | On 021921 Amzn.com/bil WA<br>REF # 24692161050100692400633 | 0100692400 | 119.83- |
| Feb 22 | Debit Purchase - VISA<br>THE MIDDLE FORK | On 022021 LANDER WY<br>REF # 24551931052016030747077 | 2016030747 | 150.00- |
| Feb 22 | Recurring Debit Purchase<br>AT&T*BILL PAYMEN | On 021921 800-331-0500 TX<br>REF # 24493981051812485712 US1 | 1812485712 | 229.71- |
| Feb 23 | Debit Purchase - VISA<br>AMAZON.COM*XL8ZD | On 022221 AMZN.COM/BIL WA<br>REF # 24431061053083313309448 | 3083313309 | 5.12- |
| Feb 23 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 022121 LANDER WY<br>REF # 24231681053837001737278 | 3837001737 | 8.53- |
| Feb 23 | Debit Purchase - VISA<br>TST* GANNETTE GR | On 022221 307-332-8228 WY<br>REF # 24137461053100184477887 | 3100184477 | 44.61- |
| Feb 23 | Recurring Debit Purchase<br>TRAVELERS-GEICO | On 022221 877-205-5772 CT<br>REF # 24692161054100986597 US1 | 4100986597 | 156.77- |
| Feb 23 | Debit Purchase - VISA<br>AMZN Mktp US*1S9 | On 022221 Amzn.com/bil WA<br>REF # 24692161053100821614242 | 3100821614 | 173.69- |
| Feb 24 | Debit Purchase<br>113349 | WALGREENS STORE ORLANDO    FL<br>On 022321 ILNKILNK REF 105501113349 | 4902231912 | 5.99- |
| Feb 24 | Debit Purchase - VISA<br>AMZN Mktp US*I26 | On 022321 Amzn.com/bil WA<br>REF # 24692161054100285269490 | 4100285269 | 16.99- |
| Feb 24 | Debit Purchase - VISA<br>SAFEWAY FUEL2761 | On 022221 LANDER WY<br>REF # 24231681054837001747078 | 4837001747 | 29.33- |
| Feb 25 | Debit Purchase - VISA<br>SP * INSPIREBRAC | On 022421 FORT LAUDER  FL<br>REF # 24492151055637574596465 | 5637574596 | 31.95- |
| Feb 25 | Debit Purchase - VISA<br>CKE*CATFISH PLAC | On 022421 APOPKA FL<br>REF # 24445001055300330736173 | 5300330736 | 80.00- |
| Feb 26 | Debit Purchase - VISA<br>7-ELEVEN 37691 | On 022421 ORLANDO FL<br>REF # 24034541056003433332293 | 6003433332 | 2.11- |
| Feb 26 | Debit Purchase - VISA<br>BIRD APP | On 022521 8662052442 CA<br>REF # 24492151057637638213865 | 7637638213 | 5.00- |
| Feb 26 | Debit Purchase - VISA<br>BIRD APP | On 022521 8662052442 CA<br>REF # 24492151057637638992229 | 7637638992 | 5.00- |
| Feb 26 | Debit Purchase - VISA<br>KRISPY KREME #26 | On 022421 ORLANDO FL<br>REF # 24692161056100659759991 | 6100659759 | 5.98- |
| Feb 26 | Debit Purchase - VISA<br>WAWA 5138   00 | On 022521 ORLANDO FL<br>REF # 24164071056637000362066 | 6637000362 | 7.29- |
| Feb 26 | Debit Purchase - VISA<br>Prime Video*FJ6B | On 022521 888-802-3080 WA<br>REF # 24692161056100572894032 | 6100572894 | 14.99- |
| Mar 1 | Debit Purchase - VISA<br>THE FLORIDA HOTE | On 022521 ORLANDO FL<br>REF # 24755421057150574318689 | 7150574318 | 3.14- |
| Mar 1 | Debit Purchase - VISA<br>TST* GANNETTE GR | On 022821 LANDER WY<br>REF # 24137461059100523307344 | 9100523307 | 5.00- |
| Mar 1 | Debit Purchase - VISA<br>TST* GANNETTE GR | On 022821 LANDER WY<br>REF # 24137461059100523307427 | 9100523307 | 8.30- |
| Mar 1 | Debit Purchase - VISA<br>Prime Video*6W4Y | On 022721 888-802-3080 WA<br>REF # 24692161058100023471602 | 8100023471 | 8.99- |
| Mar 1 | Debit Purchase - VISA<br>GOOGLE* Domains | On 030121 650-2530000 CA<br>REF # 24204291060005886494025 | 0005886494 | 12.00- |
| Mar 1 | Debit Purchase - VISA<br>MCDONALD'S F7611 | On 022721 LANDER WY<br>REF # 24427331058740254967918 | 8740254967 | 14.65- |



**Uni-Statement**

Account Number:
███████7190

Statement Period:
Feb 10, 2021
through
Mar 9, 2021

Page 5 of 8

## U.S. BANK SILVER CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                    **Account Number** ███████-7190
**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 1 | Debit Purchase - VISA<br>LOAF N JUG #0155 | On 022721 LANDER WY<br>REF # 2413746106000936728069 | 0000936728 | 16.49- |
| Mar 1 | Debit Purchase - VISA<br>AMZN Mktp US*599 | On 022721 Amzn.com/bil WA<br>REF # 2469216105810098688371 | 8100986837 | 17.84- |
| Mar 1 | Debit Purchase - VISA<br>THE DISNEY STORE | On 022521 ORLANDO FL<br>REF # 2494300105789505703219 | 7895057032 | 18.09- |
| Mar 1 | Debit Purchase - VISA<br>TST* GANNETTE GR | On 022821 LANDER WY<br>REF # 2413746105910052330726 | 9100523307 | 35.93- |
| Mar 1 | Debit Purchase<br>434737 | SAFEWAY #2761 LANDER     WY<br>On 022721 ILNKILNK REF 105821434737<br>You Requested $45 In Cash Back | 3702272027 | 57.56- |
| Mar 1 | Debit Purchase - VISA<br>GEICO  *AUTO | On 022721 MACON DC<br>REF # 2469216105810042392229 | 8100423932 | 69.27- |
| Mar 1 | Debit Purchase - VISA<br>HAVANA 1957 | On 022621 MIAMI BEACH  FL<br>REF # 2401339105700360906687 | 7003609066 | 106.89- |
| Mar 1 | Debit Purchase<br>058612 | SAFEWAY #2761 LANDER     WY<br>On 022821 ILNKILNK REF 105914058612<br>You Requested $40 In Cash Back | 1202281345 | 124.58- |
| Mar 2 | Debit Purchase - VISA<br>Amazon.com*6F77W | On 030121 Amzn.com/bil WA<br>REF # 2469216106010067761207 | 0100677612 | 26.24- |
| Mar 2 | Debit Purchase - VISA<br>AMAZON.COM*S94VA | On 030121 AMZN.COM/BIL WA<br>REF # 2443106106008331791788 | 0083317917 | 33.33- |
| Mar 2 | Debit Purchase - VISA<br>HIGH MOUNTAIN FI | On 030121 LANDER WY<br>REF # 2427539106001850185773 | 0018501857 | 40.00- |
| Mar 2 | Debit Purchase - VISA<br>FOCUS 303-962-57 | On 030121 HTTPSWWW.FOC CO<br>REF # 2449215106063786334018 | 0637863340 | 50.00- |
| Mar 2 | Debit Purchase - VISA<br>DRI*FITBIT, INC. | On 030121 187-762-3499 MN<br>REF # 2443091061400765012933 | 1400765012 | 167.40- |
| Mar 3 | Debit Purchase - VISA<br>SQ *CRUX COFFEE | On 030221 Lander WY<br>REF # 2469216106210098534385 | 2100985343 | 15.86- |
| Mar 3 | Debit Purchase - VISA<br>WWW COSTCO COM | On 030221 800-955-2292 WA<br>REF # 2469216106110053840111 | 1100538401 | 20.99- |
| Mar 3 | Debit Purchase - VISA<br>BOMGAARS 73 LAND | On 030221 LANDER WY<br>REF # 2473309106225800082783 | 2258000827 | 29.39- |
| Mar 3 | Recurring Debit Purchase<br>ISA*Isagenix Wor | On 030121 877-8778111  AZ<br>REF # 2490641106011539360 US1 | 0115393609 | 133.92- |
| Mar 3 | Debit Purchase - VISA<br>AT&T*BILL PAYMEN | On 030221 800-331-0500 GA<br>REF # 2449398106179944147548 | 1799441475 | 221.90- |
| Mar 3 | Debit Purchase - VISA<br>CAVALRY (SPV 1) | On 030121 914-347-3440 NY<br>REF # 2498894106103003130143 | 1030031301 | 241.03- |
| Mar 4 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 030221 LANDER WY<br>REF # 2423168106283700154505 | 2837001545 | 24.44- |
| Mar 4 | Debit Purchase - VISA<br>SAFEWAY #2761 | On 030221 LANDER WY<br>REF # 2423168106283700155510 | 2837001555 | 45.14- |
| Mar 4 | Debit Purchase - VISA<br>DOMINO'S 6059 | On 030221 801-999-4245 UT<br>REF # 2444500106250029948473 | 2500299484 | 160.00- |
| Mar 5 | Debit Purchase - VISA<br>SQ *CRUX COFFEE | On 030421 Lander WY<br>REF # 2469216106410045735367 | 4100457353 | 7.54- |
| Mar 5 | Debit Purchase - VISA<br>SQ *CRUX COFFEE | On 030321 LANDER WY<br>REF # 2469216106310080979010 | 3100809790 | 7.70- |
| Mar 5 | Debit Purchase - VISA<br>LOAF N JUG #0155 | On 030421 LANDER WY<br>REF # 2413746106400108935057 | 4001089350 | 9.03- |
| Mar 5 | Recurring Debit Purchase<br>DollarShaveClubU | On 030421 800-3727797  CA<br>REF # 2420429106300038251 US1 | 3000382517 | 10.30- |
| Mar 5 | Debit Purchase - VISA<br>Prime Video*9617 | On 030321 888-802-3080 WA<br>REF # 2469216106310080806830 | 3100808068 | 10.99- |



**Uni-Statement**

Account Number:
■■■■7190
Statement Period:
Feb 10, 2021
through
Mar 9, 2021



Page 6 of 8

## U.S. BANK SILVER CHECKING                                    (CONTINUED)

U.S. Bank National Association                          Account Number ■■■■-7190

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-2915

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 5 | Debit Purchase - VISA<br>AMAZON.COM*ED9VG | On 030421 AMZN.COM/BIL WA<br>REF # 2443106106308373938799 | 3083739387 | 19.70- |
| Mar 5 | Debit Purchase - VISA<br>AMAZON.COM*I7647 | On 030421 AMZN.COM/BIL WA<br>REF # 2443106106308375538991 | 3083755389 | 25.57- |
| Mar 5 | Debit Purchase<br>411812 | SAFEWAY #2761 LANDER     WY<br>On 030421 ILNKILNK REF 106318411812<br>You Requested $20 In Cash Back | 1203041759 | 124.04- |
| Mar 5 | Debit Purchase - VISA<br>AMAZON.COM*MI3TF | On 030421 AMZN.COM/BIL WA<br>REF # 2443106106308375164695 | 3083751646 | 133.35- |
| Mar 8 | Debit Purchase - VISA<br>Amazon.com*XW5C2 | On 030621 Amzn.com/bil WA<br>REF # 2469216106510057923380 | 5100579233 | 12.39- |
| Mar 8 | Debit Purchase - VISA<br>AMZN Mktp US*PP6 | On 030721 Amzn.com/bil WA<br>REF # 2423168106610049217472 | 6100492174 | 14.99- |
| Mar 8 | Debit Purchase - VISA<br>LOAF N JUG #0155 | On 030721 LANDER WY<br>REF # 2413746106700094552486 | 7000945524 | 16.49- |
| Mar 8 | Debit Purchase - VISA<br>MCDONALD'S F7611 | On 030721 LANDER WY<br>REF # 2442733106674025201027 | 6740252010 | 18.41- |
| Mar 8 | Debit Purchase - VISA<br>SQ *CRUX COFFEE | On 030721 Lander WY<br>REF # 2469216106610053164876 | 6100531648 | 34.05- |
| Mar 8 | Debit Purchase - VISA<br>SAFEWAY FUEL2761 | On 030521 LANDER WY<br>REF # 2423168106583700191540 | 5837001915 | 37.09- |
| Mar 8 | Debit Purchase - VISA<br>SAFEWAY FUEL2761 | On 030421 LANDER WY<br>REF # 2423168106483700170314 | 4837001703 | 43.62- |
| Mar 8 | Debit Purchase - VISA<br>WESTERN PRINTING | On 030521 LANDER WY<br>REF # 2476501106540014500007 | 5400145000 | 58.14- |
| Mar 8 | Recurring Debit Purchase<br>HLU*Hulu 1134658 | On 030721 HULU.COM/BIL CA<br>REF # 2490641106611582305 US1 | 6115823058 | 64.99- |
| Mar 8 | Debit Purchase - VISA<br>FOXTOLLSANDFINES | On 030621 185-557-1513 CA<br>REF # 2405523106508373534992 | 5083735349 | 67.48- |
| Mar 8 | Debit Purchase<br>103146 | SAFEWAY #2761 LANDER     WY<br>On 030621 ILNKILNK REF 106514103146<br>You Requested $60 In Cash Back | 4603061358 | 82.85- |
| Mar 8 | Debit Purchase - VISA<br>Amazon.com*1J2U9 | On 030621 Amzn.com/bil WA<br>REF # 2469216106510057785431 | 5100577854 | 234.59- |
| Mar 9 | Debit Purchase - VISA<br>MACYS  .COM | On 030821 800-289-6229 OH<br>REF # 2444573106860007083607 | 8600070836 | 94.47- |

|  |  | **Card 2915  Withdrawals Subtotal** | **$** | **5,585.97-** |

Card Number: xxxx-xxxx-xxxx-2923

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Feb 16 | Debit Purchase - VISA<br>TST* COWFISH | On 021321 LANDER WY<br>REF # 2413746104410022362700 | 4100223627 | $  33.60- |
| Feb 18 | Debit Purchase - VISA<br>MCDONALD'S F7611 | On 021721 LANDER WY<br>REF # 2442733104874025140979 | 8740251409 | 9.43- |
| Feb 18 | Debit Purchase - VISA<br>MCDONALD'S F7611 | On 021721 LANDER WY<br>REF # 2442733104874025140901 | 8740251409 | 14.55- |
| Feb 18 | Debit Purchase - VISA<br>MAIN STREET DENT | On 021721 LANDER WY<br>REF # 2420785104803560000902 | 8035600009 | 247.20- |
| Feb 25 | Debit Purchase - VISA<br>LANDER ACE HDWE | On 022421 LANDER WY<br>REF # 2443106105609170200109 | 6091702001 | 23.50- |
| Feb 25 | Debit Purchase<br>583461 | SAFEWAY #2761 LANDER     WY<br>On 022521 ILNKILNK REF 105616583461 | 6102251556 | 37.87 |
| Mar 1 | Debit Purchase - VISA<br>GOFNDME* HELP MA | On 022621 WWW.GOFUNDME CA<br>REF # 2449215105763768818246 | 7637688182 | 268.75- |
| Mar 1 | Debit Purchase - VISA<br>AIRBNB HMMDZ23K | On 022721 AIRBNB.COM CA<br>REF # 2449215105874306181203 | 8743061812 | 1,288.17- |



**Uni-Statement**
Account Number:
⬛7190
Statement Period:
Feb 10, 2021
through
Mar 9, 2021

Page 7 of 8

## U.S. BANK SILVER CHECKING                                (CONTINUED)
U.S. Bank National Association                     Account Number ⬛7190
**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-2923

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 4 | Debit Purchase 828268 | SAFEWAY #2761 LANDER    WY On 030421 ILK1TERM REF 106316828268 | 6803041545 | 19.96- |
| Mar 8 | Debit Purchase - VISA CRUMBL | On 030621 OREM UT REF # 2449215106663709850 6161 | 6637098506 | 20.70- |
| Mar 8 | Debit Purchase 496068 | SAFEWAY #2999 BOZEMAN    MT On 030621 ILNKILNK REF 106521496068 | 6803062038 | 29.96- |
| Mar 8 | Debit Purchase - VISA MILLSTONE PIZZA | On 030521 307-5864131 WY REF # 2400097106636120452 9977 | 6361204529 | 40.78- |
| Mar 8 | Debit Purchase 466308 | BOZEMAN #6 BOZEMAN    MT On 030521 MAESTERM REF 466308 | | 52.77- |
| Mar 8 | Debit Purchase 230265 | ALBERTSONS #0009 BELGRADE    MT On 030721 ILK1TERM REF 106615230265 | 6503071428 | 53.78- |
| Mar 8 | Debit Purchase - VISA MAIN STREET OVER | On 030721 BOZEMAN MT REF # 2418310106690001270 0123 | 6900012700 | 66.85- |
| Mar 8 | Debit Purchase - VISA CKE*THE LOCAL AM | On 030721 BELGRADE MT REF # 2444500106700054707 5912 | 7000547075 | 80.00- |
| Mar 8 | Debit Purchase 341700 | GIGGLES TOYS AND BOZEMAN    MT On 030621 ILK1TERM REF 106522341700 | 0003061631 | 127.92- |
| Mar 8 | Debit Purchase - VISA MONTANA ALE WORK | On 030621 406-5877700 MT REF # 2427547106636820348 5928 | 6368203485 | 155.15- |
| Mar 8 | Debit Purchase 901741 | MACY'S BOZEMAN    MT On 030621 ILK1TERM REF 106520901741 | 4103061450 | 184.00- |
| Mar 8 | Debit Purchase 119990 | TRADEHOME SHOES BOZEMAN    MT On 030621 MAESTERM REF 119990 | | 524.97- |
| Mar 9 | Debit Purchase - VISA SQ *COLD SMOKE C | On 030821 Bozeman MT REF # 2469216106710008642 7714 | 7100086427 | 21.45- |
| Mar 9 | Debit Purchase - VISA CONOCO - WEA MAR | On 030821 MEETEETSE WY REF # 2401517106700107419 7419 | 7001074197 | 52.31- |

| | | Card 2923 Withdrawals Subtotal | $ | 3,353.67- |
|---|---|---|---|---|
| | | **Total Card Withdrawals** | **$** | **8,939.64-** |

**Other Withdrawals**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Mar 1 | Electronic Withdrawal | To PAUL MCCOWN | $ | 750,000,000.00- |
| | REF=210600098580450N00 | 3264681992PAYROLL  5346218078 | | |
| Mar 2 | Electronic Withdrawal | To SIGMA ALDRICH | | 20,821,144.98- |
| | REF=210600209014300N00 | 383900503FMonthly McCown | | |



**Uni-Statement**
Account Number:
███████ 7190
Statement Period:
Feb 10, 2021
through
Mar 9, 2021



Page 8 of 8

## U.S. BANK SILVER CHECKING

U.S. Bank National Association

**(CONTINUED)**

Account Number ████ -7190

### Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|------|----------------------------|------------|--------|
| | | **Total Other Withdrawals** $ | **770,821,144.98-** |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|-------|------|------------|--------|-------|------|------------|--------|
| 0206 | Feb 18 | 8954145092 | 2,000.00 | 0207 | Mar 3 | 8651779917 | 200.00 |
| | | | | **Conventional Checks Paid (2)** | | $ | **2,200.00-** |

Ria v McCown - Exhibit 1: 0044



This page intentionally left blank

Ria v McCown - Exhibit 1: 0045

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RIA R SQUARED, INC., <br> a Delaware corporation, | ) <br> ) <br> ) | |
|     Plaintiff, | ) <br> ) | |
|     v. | ) <br> ) | Case No.  21-CV-125 |
| PAUL D. MCCOWN, AND <br> MCCOWN ENTERPRISES, LLC, <br> a Wyoming Limited Liability Company | ) <br> ) <br> ) <br> ) | |
|     Defendants. | ) | |

---

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**PARTIAL SUMMARY JUDGMENT - FRAUD**

---

**EXHIBIT 7**

# DEPOSIT ACCOUNT CONTROL AGREEMENT

## Wyoming Community Bank

**Account Number:** ██████ **3668**

[insert acount # by WCB]

This Deposit Account Control Agreement ("Agreement") is entered into this __10th__ day of
__May__ __2021__, between Wyoming Community Bank ("Bank"),
("Secured Party"), and __Paul D. McCown__ ("Client").

All parties agree as follows:

1.  **Account**.  Bank maintains one or more demand, savings, passbook, or other similar accounts which are identified above in which Client has an interest according to Bank's records. The Account is subject to Bank's Business Account Disclosure and Agreement to the extent not directly in conflict with the provisions of this Agreement (provided, however, that in the event of any such conflict, the provisions of this Agreement shall control).

2.  **Security Interest**.  Client has granted Secured Party a security interest in the above account(s) and in all funds now or later deposited into or held in such account(s), including without limitation any interest accruals, and in any renewals, replacements or rollovers of such accounts (each a "Substitute Account") regardless of the number of such Substitute Accounts. All of the foregoing assets are collectively referred to as the "Account."

3.  **Other Liens**. Client represents and warrants to Secured Party and Bank that it has not assigned or granted a security interest in the Account except to Secured Party, and Client agrees that it will not permit the Account to become subject to any other pledge, assignment, lien, charge or encumbrance of any kind, other than Secured Party's security interest referred to herein.

4.  **Client's Rights in Account**. *[The Secured Party must choose one of the two options in this section.]*

    __X__  (a) Client retains the right to withdraw funds from the Account until Bank receives a Notice of Exclusive Control from Secured Party as set forth below; or

    ____  (b) Client does _not_ retain the right to withdraw funds from the Account. Only Secured Party may do so.

5.  **Control of Account**.  This Agreement provides Secured Party with "control" of the Account, as legally defined under Article 8 and Article 9, as applicable, of the Uniform Commercial Code, for purposes of perfecting its security interest in the Account. Bank, Secured Party and Client agree that Bank will comply with instructions ("Instructions") as to the withdrawal or disposition of any funds credited to the Account, and as to any other matters relating to the Account, received from Secured Party without Client's further consent. If Secured Party has chosen Section 4(a) Bank may comply with Instructions received from Client as owner of the Account until Bank acknowledges receipt of a Notice of Exclusive Control from Secured Party and has a reasonable

FRB 169E - rev. 8/20
Ria v McCown - Exhibit 1: 0082

opportunity to comply with it; thereafter, Bank shall only comply with Instructions received from Secured Party. The Notice of Exclusive Control must be substantially in the form of Exhibit A, must be signed by an authorized representative of Secured Party, and must be acknowledged by Bank. Secured Party's Instructions may include giving stop payment orders for any items being presented to the Account for payment. If Secured Party has chosen Section 4(b), then effective as of the date of this Agreement, Bank shall treat the Account as if Bank had received a Notice of Exclusive Control.

6. **Bank's Authorization and Liability**. Bank is authorized to rely on all Instructions from Secured Party, even if the Instructions are contrary to the Client's instructions or demands or result in the dishonoring by Bank of items presented for payment from the Account. Bank has no duty to determine whether Client's obligations to Secured Party are in default. Bank also has no duty to inquire or determine whether Secured Party is entitled to provide the Notice of Exclusive Control or any Instructions to Bank, and Bank may rely on any notices or communication it believes in good faith to be genuine and given by the appropriate party. Bank will have no liability to Client for wrongful dishonor of any items resulting from Bank's following the Instructions of Secured Party. Notwithstanding any other provision in this Agreement, in the event of the commencement of a case pursuant to Title 11, United States Code, filed by or against Client, or in the event of the commencement of any similar case under then applicable federal or state law providing for the relief of debtors or the protection of creditors by or against Client, Bank may act as Bank deems necessary to comply with all applicable provisions of governing statutes, and shall not be in violation of this Agreement as a result. Bank shall be permitted to comply with any writ, levy, order or other similar judicial or regulatory order or process concerning the Account, and shall not be in violation of this Agreement for so doing.

7. **Fees**. The fees and charges applicable to the Account are shown on the Schedule of Fees and Related Charges for Business Accounts, as may be revised from time to time, and Client agrees to pay these fees and charges directly from the Account. Client may incur additional charges as described in Section 9 of this Agreement and in the Bank's Business Account Disclosure and Agreement.

8. **Returned Items**. Bank will pay returned items by debiting the Account. Client agrees to pay any returned items.

9. **Priority**. Nothing contained in this Agreement constitutes a waiver, release or subordination of any present or future rights which Bank has or may have in the Account (whether described as rights of setoff, banker's liens, chargeback or otherwise) with respect to (a) items returned unpaid to the Account; (b) overdrafts on the Account; (c) automated clearing house transfer or presentment warranties made against Bank in connection with items deposited to the Account; (d) Bank's usual and customary charges for services rendered in connection with the Account; (e) any lien arising in connection with any loan or other credit relationship between Client and Bank; or (f) any adjustments to the Account relating to encoding errors or other adjustments as a result of customary banking practices. Secured Party agrees that Bank may exercise Bank's rights and remedies in connection with any liens, security interests, or claims it may have in the Account at any time, including after Bank's receipt of a Notice of Exclusive Control. If the balances in the Account are not sufficient to compensate Bank for any of the above items or any items described in Sections 7 and 8 herein, Client agrees to pay Bank on demand the amount due Bank, and if Client fails to so pay Bank immediately upon demand, Secured Party agrees to pay Bank the amount due within five (5) days after Bank's demand to Secured Party to pay any amount received by Secured Party with respect to such items.

10. **Indemnity**. Client will indemnify and hold Bank, its officers, directors, employees, attorneys, and agents harmless against all claims, liabilities, and expenses arising out of this Agreement (including reasonable attorneys' fees and disbursements), except to the extent such claims, liabilities, or expenses are caused by Bank's gross negligence or willful misconduct. Secured Party, after sending a Notice of Exclusive Control over the Account, will indemnify and hold Bank, its officers, directors, employees, attorneys, and agents harmless against all claims, liabilities, and expenses arising out of this Agreement (including reasonable attorneys' fees and disbursements), except to the extent such claims, liabilities, or expenses are caused by Bank's gross negligence or willful misconduct. In no event will Bank be liable for any special, indirect, exemplary or consequential damages, including but not limited to lost profits. In addition to its rights under Section 6, Bank will be excused from failing to act or delay in acting, and no such failure or delay shall constitute a breach of this Agreement or otherwise give rise to any liability of Bank, if (i) such failure or delay is caused by circumstances beyond Bank's reasonable control, including but not limited to legal constraint, emergency conditions, action or inaction of governmental, civil or military authority, fire, strike, lockout or other labor dispute, war, riot, theft, flood, earthquake or other natural disaster, breakdown of public or private or common carrier communications or transmission facilities, equipment failure, or negligence or default of Client or Secured Party; or (ii) such failure or delay resulted from Bank's reasonable belief that the action would violate any of Bank's guidelines, or other guidelines, rules, judgments or regulations of any governmental authority.

Client agrees to pay Bank, upon receipt of Bank's invoice, all costs, expenses and fees incurred by Bank in the preparation and administration of this Agreement (including any amendments hereto or instruments or agreements required hereunder).

11. **Statements**. Bank will send copies of all statements for the Account to:  [*The Secured Party may check one or both options in this section.*]

|   |   |
|---|---|
| X | Client |
| X | Secured Party, at Client's expense |

12. **Termination**. Secured Party may terminate this Agreement by giving Bank and Client no fewer than five (5) days' prior written notice. Bank may terminate this Agreement by giving Secured Party and Client thirty (30) days' prior written notice of termination. Client may only terminate this Agreement with the written consent of Secured Party, and only after thirty (30) days prior written notice to Bank, approved in writing by Secured Party. Notwithstanding anything herein, Bank may terminate this Agreement (i) at any time by written notice to Client and Secured Party if Bank becomes obligated to terminate this Agreement or to close the Account under any statute, rule, or regulation binding upon the Bank, or any order, judgment, decree or injunction, or a garnishment, restraining notice or other legal process, directing, or prohibiting or otherwise restricting, the disposition of the funds in the Account; and (ii) upon five (5) Business Days' notice to the other parties if either Client or Secured Party breaches any of the terms of this Agreement or any other agreement either has with Bank. In the event of the commencement of a case pursuant to Title 11, United States Code, filed by or against the Client, or in the event of the commencement of any similar case under then applicable federal or state law providing for the relief of debtors or the protection of creditors by or against the Client, or if Client admits in writing its inability to pay its debts when due or a public announcement is made that Client has or intends to file bankruptcy, dissolve, wind-down its business or liquidate, sell or otherwise dispose of all or substantially all of its assets, then notwithstanding anything in this Agreement to

the contrary, Bank reserves the right, solely in its discretion, to take any action, or seek any assurances, as Bank may deem necessary prior to complying with any Instructions, and shall not be in violation of this Agreement as a result. The provisions of Sections 6 and 10 shall survive any termination of this Agreement.

13. **Relationship of the Parties**. Nothing in this Agreement shall create any agency or fiduciary relationship between Client, Secured Party and Bank.

14. **Amendments**. This Agreement may only be amended by a writing, signed by Bank, Secured Party and Client, which may be signed in counterparts.

15. **Notice**. Written notice to each party is to be provided at the respective addresses shown below, and shall be effective upon delivery. The addresses to which notices or other communications are to be given may be changed from time to time by notice sent under this provision. Notices sent by email must be scanned PDFs including the live signatures of authorized persons. Secured Party acknowledges that Bank may not be able to respond to a Notice of Exclusive Control if the Secured Party does not deliver the Notice to the address listed below; and Secured Party agrees that Bank will not be held liable for any failure to respond to a Notice of Exclusive Control that Secured Party does not deliver to the address listed below.

> Wyoming Community Bank
> Attn: Kendall Hayford,
> VP Branch President
>
> 1700 N. Federal Blvd.
> Riverton, WY 82501
> Tel: 1-307-310-5096
> Email: khayford@wyocommunityb.com

FRB 169E – rev. 8/20
Ria v McCown - Exhibit 1: 0085

**Secured Party**                              **Client**

Attention: M.K. David Kang                     Attention: Paul Daniel McCown

Address: 575 Lexington Ave. 4th Floor          Address: _____

City, State, and Zip: NY, NY 10022             City, State, and Zip: _____

Fax: _____                    Fax: _____

Tel: 213-364-2848                              Tel: _____

Email: operations@rsquaredia.com               Email: _____

16. **Counterparts**. This Agreement may be signed in counterparts, which when signed by all parties constitute one agreement. Until this Agreement is signed by all parties and accepted by Bank, it is neither enforceable against nor binding on Bank. To the extent that Bank has been asked to hold its signature in escrow, the parties agree that this Agreement is not accepted by Bank until such time as Bank receives, and has a reasonable period of time to act upon, written request by Secured Party to release Bank's signature from escrow. Any communication with respect to the foregoing sentence shall be to the addresses of the parties found in the Notice section of this Agreement.

FRB 169E – rev. 8/20
Ria v McCown - Exhibit 1: 0086

17. **Waiver.**   EACH PARTY WAIVES ANY RIGHT IT HAS TO A JURY TRIAL IN ANY
ACTION ARISING FROM THIS AGREEMENT. THE PREVAILING PARTY IN ANY
ACTION IS ENTITLED TO REASONABLE ATTORNEY FEES AND COSTS.

18. **Governing Law.** This Agreement will be governed by and be construed in accordance with the
laws of the State of New York, without regard to conflict of laws principles.

| **Secured Party** | **Client** |
|---|---|
| Ria R Squared Inc. | Paul Daniel McCown |
| By: | By: |
| Print Name: M.K. David Kang | Print Name: |
| Title: President and CEO | Title: |
| Date: 5/10/2021 | Date: |

Wyoming Community Bank

By: 

Print Name: Kendall Hofford

Title: VP

Date: 5/10/21

FRB 169F – rev. 8/20

Ria v McCown - Exhibit 1: 0087

**Exhibit A**
**Notice of Exclusive Control**

| | | |
|---|---|---|
| To: | Wyoming Community Bank ("Bank") | |
| From: | Ria R Squared Inc. | ("Secured Party") |
| Re: | Paul Daniel McCown | ("Client") |
| Date: | May 10th, 2021 | |
| Account Number(s) | 3668 | |

Pursuant to the Deposit Account Control Agreement dated: **May 10th, 2021** ("Agreement") entered into among Bank, Client and Secured Party, Secured Party hereby notifies Bank of Secured Party's exercise of Secured Party's rights under the Agreement, and directs Bank to cease complying with all instructions or directions from Client or Client's agents. Secured Party hereby certifies that it is entitled to exercise its rights under the Agreement, that Secured Party has a right to all or part of the funds in the Account, and agrees to specify the amount of the funds in the Account due to Secured Party.

Secured Party agrees that upon receipt of this Notice of Exclusive Control, Bank may continue to exercise Bank's rights and remedies as permitted under the Agreement and under any applicable laws.

Secured Party hereby certifies that the person executing this Notice of Exclusive Control is an officer, representative or agent of Secured Party authorized to act on behalf of Secured Party and to make the representations and agreements contained in this Notice of Exclusive Control.

SECURED PARTY:                    Ria R Squared Inc.

By:

Title: President and CEO

Date: 5/10/2021

ACKNOWLEDGED BY:          **WYOMING COMMUNITY BANK**

By:

Title:

Date: 5/10/21

Ria v McCown - Exhibit 1: 0088

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RIA R SQUARED, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-CV-125 |
| | ) | |
| PAUL D. MCCOWN, AND | ) | |
| MCCOWN ENTERPRISES, LLC, | ) | |
| a Wyoming Limited Liability Company | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - FRAUD**

**EXHIBIT 8**



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

To whom it may concern,

The purpose of this document is an attestation of the account balance of Paul McCown's personal bank account, ending in -3668. As of today, May 7, 2021, the account balance is $761,481,265.21.

I affirm this balance in my capacity as an officer of the bank, its Corporate Vice President and Branch President.

Sincerely,

Kendall S. Hayford
VP Branch President

Ria v McCown - Exhibit 1: 0110

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

RIA R SQUARED, INC.,                )
a Delaware corporation,             )
                                    )
      Plaintiff,                    )
                                    )
      v.                            )     Case No.  21-CV-125
                                    )
PAUL D. MCCOWN, AND                 )
MCCOWN ENTERPRISES, LLC,            )
a Wyoming Limited Liability Company )
                                    )
      Defendants.                   )

---

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**PARTIAL SUMMARY JUDGMENT - FRAUD**

---

**EXHIBIT 9**



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

To whom it may concern,

The purpose of this document is an attestation of the account balance of Paul McCown's personal bank account, ending in ▮3668. As of today, May 11, 2021, the account balance is $761,481,265.21.

I affirm this balance in my capacity as an officer of the bank, its Corporate Vice President and Branch President.

Sincerely,

Kendall S. Hayford
VP Branch President

Ria v McCown - Exhibit 1: 0118

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RIA R SQUARED, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-CV-125 |
| | ) | |
| PAUL D. MCCOWN, AND | ) | |
| MCCOWN ENTERPRISES, LLC, | ) | |
| a Wyoming Limited Liability Company | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**PARTIAL SUMMARY JUDGMENT - FRAUD**

**EXHIBIT 10**

*Draft May 10, 2021*

## PROMISSORY NOTE

FOR VALUE RECEIVED, and subject to the terms and conditions set forth herein, **Mccown Enterprises LLC**, a [Delaware limited liability company] having its principal place of business at [XXXX, City, State, zip] ("Company"), hereby unconditionally promises to pay to the order of **RIA R SQUARED INC.**, or its assigns (the "**Noteholder**", and together with the Borrower, the "**Parties**"), the principal amount of $15,000,000 (the "**Loan**"), together with all accrued interest thereon, as provided in this Promissory Note (the "**Note**", as the same may be amended, restated, supplemented or otherwise modified from time to time in accordance with its terms).

1.    <u>Definitions</u>.  Capitalized terms used herein shall have the meanings set forth in this <u>Section 1</u>.

"**Affiliate**" means any Person who directly or indirectly controls, is controlled by or is under common control with the specified Person (and the term "control" of a specified Person, including, with correlative meanings, the terms "controlled by" and "under common control with", means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of a Person, whether through ownership of voting securities, by contract or otherwise).

"**Applicable Rate**" means a rate of interest that is calculated on a daily basis at a rate equal to the lesser of (a) 5.50% per annum and (b) the highest rate permissible under Law.

"**Bank Account**" has the meaning set forth in Security

"**Borrower**" has the meaning set forth in the Preamble.

"**Business Day**" means a day other than a Saturday, Sunday or other day on which commercial banks in New York City are authorized or required by Law to close.

"**Deposit Account Control Agreement**" means the Deposit Account Control Agreement between RIA R Squared Inc. ("Secured Party") and Paul Daniel McCown ("Debtor") dated [May 10, 2021].

"**Event of Default**" has the meaning set forth in <u>Section 8</u>.

"**Governmental Authority**" means the government of any nation or any political subdivision thereof, whether at the national, state, territorial, provincial, municipal or any other level, and any agency, authority, instrumentality, regulatory body, court, central bank or other entity exercising executive, legislative, judicial, taxing, regulatory or administrative powers or functions of, or pertaining to, government.

"**Law**" as to any Person, means any law (including common law), statute, ordinance, treaty, rule, regulation, policy or requirement of any Governmental Authority and authoritative interpretations thereon, whether now or hereafter in effect, in each case, applicable to or binding on such Person or any of its properties or to which such Person or any of its properties is subject.

Ria v McCown - Exhibit 1: 0125

"**Loan**" has the meaning set forth in the Preamble.

"**Maturity Date**" means the earlier of (a) May [10], 2022, which may be extended by the Parties upon mutual written consent, and (b) the date on which all amounts under this Note shall become due and payable pursuant to Section 9 or otherwise.

"**Note**" has the meaning set forth in the Preamble.

"**Noteholder**" has the meaning set forth in the Preamble.

"**Order**" as to any Person, means any final, non-appealable order, decree, judgment, writ, injunction, settlement agreement, requirement or determination of an arbitrator or a court or other Governmental Authority, in each case, applicable to or binding on such Person or any of its properties or to which such Person or any of its properties is subject.

"**Parties**" has the meaning set forth in the Preamble.

"**Person**" means any individual, corporation, limited liability company, trust, joint venture, association, company, limited or general partnership, unincorporated organization, Governmental Authority or other entity.

"**Security**" means the security interest that the Debtor has provided the RIA R Squared Inc. per the Deposit Account Control Agreement.

2.      Final Payment Date; Optional Prepayments.

2.1     Final Payment Date.  The aggregate unpaid principal amount of the Loan and all accrued and unpaid interest shall be due and payable on the Maturity Date without penalty or premium.

2.2     Optional Prepayment.  Upon five (5) days prior' written notice to the Noteholder, the Borrower may prepay the Loan in whole or in part at any time or from time to time without penalty or premium by paying the principal amount to be prepaid together with accrued interest thereon to the date of prepayment, provided, that, if prior to the date of any prepayment of the Loan in full the Noteholder has not yet earned $156,250 of revenue in the aggregate with respect to the Loan, the Borrower shall pay to the Noteholder an amount equal to $156,250 less the aggregate revenue earned by the Noteholder with respect to the Loan as of the date of such prepayment. No prepaid amount may be reborrowed.

3.      Interest.

3.1     Interest Rate.  Except as otherwise provided herein, the outstanding principal amount of the Loan made hereunder shall bear interest at the Applicable Rate from the date the Loan was made until the Loan is paid in full, whether at maturity, upon acceleration, by prepayment or otherwise.

3.2     Interest Payments.  The Noteholder shall provide the Borrower with an invoice indicating all interest due for the previous calendar month at the end of such calendar month. Within five

3

Ria v McCown - Exhibit 1: 0126

(5) Business Days of receiving such invoice, the Borrower shall pay to the Noteholder all accrued and unpaid interest on the Note.

3.3     Computation of Interest. All computations of interest shall be made on the basis of a year of 360 days, and the actual number of days elapsed. Interest shall accrue on the Loan on the day on which such Loan is made, and shall not accrue on the Loan on the day on which it is paid.

4.     Payment Mechanics.

4.1     Manner of Payment. All payments of interest and principal shall be made in lawful money of the United States of America no later than 5:00 PM Eastern Time on the date on which such payment is due by wire transfer of immediately available funds to the Noteholder's account at a bank specified by the Noteholder in writing to the Borrower from time to time.

4.2     Application of Payments. All payments made hereunder shall be applied first, to the payment of any fees or charges outstanding hereunder, second, to accrued interest, and third, to the payment of the principal amount outstanding under this Note.

4.3     Business Day Convention. Whenever any payment to be made hereunder shall be due on a day that is not a Business Day, such payment shall be made on the next succeeding Business Day and such extension will be taken into account in calculating the amount of interest payable under this Note.

5.     [Reserved.]

6.     Representations and Warranties. The Borrower hereby represents and warrants to the Noteholder on the date hereof as follows:

6.1     Existence. The Borrower is a corporation duly organized, validly existing and in good standing under the Laws of its state of organization.

6.2     Power and Authority. The Borrower has the power and authority, and the legal right, to execute and deliver this Note and to perform its obligations hereunder.

6.3     Authorization; Execution and Delivery. The execution and delivery by the Borrower of this Note and the performance of its obligations hereunder have been duly authorized by all necessary organizational action in accordance with all Laws. The Borrower has duly executed and delivered this Note.

6.4     No Approvals. No consent or authorization of, filing with, notice to or other act by, or in respect of, any Governmental Authority or any other Person is required in order for the Borrower to execute, deliver, or perform any of its obligations under this Note, other than consents or authorizations that have been obtained and that are still in full force and effect.

6.5     No Violations. The execution and delivery of this Note and the consummation by the Borrower of the transactions contemplated hereby do not (a) violate any provision of the Borrower's organizational documents; (b) violate any Law or Order applicable to the Borrower or by which any of its properties or assets may be bound; or (c) conflict with, result in a breach

3

LEGAL_US_E # 134440574.3

of, or constitute (with due notice or lapse of time or both) a default under any agreement, indenture or other instrument to which Borrower is a party, or by which the properties or assets of the Borrower are bound.

6.6     Enforceability. The Note is a valid and binding obligation of the Borrower, enforceable against the Borrower in accordance with its terms, except as enforceability may be limited by applicable bankruptcy, insolvency, reorganization, moratorium or similar laws affecting the enforcement of creditors' rights generally and by general equitable principles (whether enforcement is sought by proceedings in equity or at law).

6.7     Financial Statements. Any financial statements that have been delivered, or may hereafter be delivered to the Noteholder by the Borrower (a) are consistent with the books of account and records of the Borrower; (b) present fairly in all material respects the financial condition, assets and liabilities, and results of operations of the Borrower as of the dates thereof and for the period covered thereby in accordance with GAAP consistently applied throughout the periods covered thereby; and (c) have been prepared in accordance with GAAP consistently applied throughout the periods covered thereby (except unaudited financial statements shall contain no footnotes or adjustments).

7.      Covenants.

7.1     Covenants. The Borrower covenants and agrees that until full and complete performance by the Borrower of all obligations arising under the Note, the Borrower:

(a)     shall, so long as any amount is outstanding under this Note, deliver to Noteholder, no later than thirty (30) days after the end of each calendar month, the most recent account statement at the Borrower's primary bank or financial institution;

(b)     shall not incur, create, assume or suffer any indebtedness (other than indebtedness incurred in the ordinary course of business) except indebtedness under this Note without prior written approval from the Lender.

(c)     shall not transfer monies from the bank account referenced in the Deposit Account Control Agreement without prior written approval from the Borrower.

8.      Events of Default. The occurrence of any of the following shall constitute an Event of Default hereunder:

8.1     Failure to Pay. The Borrower fails to pay interest when due and such failure continues for three (3) Business Days, provided, that, no Event of Default shall be deemed to occur under this Section 8.1 if such failure results solely from an error or failure by the Noteholder (which error or failure was not caused by the Borrower).

8.2     Breach of Representations and Warranties. Any representation or warranty made or deemed made by the Borrower to the Noteholder herein or in any certificate, document or report delivered in conjunction with the Loan is incorrect in any material respect or shall have been false or misleading in any material respect on the date as of which such representation or warranty was made or deemed made.

3

Ria v McCown - Exhibit 1: 0128

8.3     Breach of Covenants.  The Borrower fails to observe, perform or comply with any covenant contained in this Note (other than failures to make payments as specified in and subject to Section 8.1), and such violation or failure continues or fails to be cured for twenty (20) days after a responsible officer of the Borrower receives notice of such violation or failure.

8.4     Bankruptcy.

(a)     the Borrower commences any case, proceeding or other action (i) under any existing or future Law relating to bankruptcy, insolvency, reorganization, or other relief of debtors, seeking to have an order for relief entered with respect to it, or seeking to adjudicate it as bankrupt or insolvent, or seeking reorganization, arrangement, adjustment, winding-up, liquidation, dissolution, composition or other relief with respect to it or its debts, or (ii) seeking appointment of a receiver, trustee, custodian, conservator or other similar official for it or for all or any substantial part of its assets, or the Borrower makes a general assignment for the benefit of its creditors;

(b)     there is commenced against the Borrower any case, proceeding or other action of a nature referred to in clause (a) above which (i) results in the entry of an order for relief or any such adjudication or appointment or (ii) remains undismissed, undischarged or unbonded for a period of thirty (30) days;

(c)     there is commenced against the Borrower any case, proceeding or other action seeking issuance of a warrant of attachment, execution or similar process against all or any substantial part of its assets which results in the entry of an order for any such relief which has not been vacated, discharged, or stayed or bonded pending appeal within thirty (30) days from the entry thereof; or

(d)     the Borrower takes any action in furtherance of, or indicating its consent to, approval of, or acquiescence in, any of the acts set forth in clause (a), (b) or (c) above.

9.     Remedies.  Upon the occurrence of an Event of Default and at any time thereafter during the continuance of such Event of Default, the Noteholder may at its option, by written notice to the Borrower declare the entire principal amount of this Note, together with all accrued interest thereon and all other amounts payable hereunder, immediately due and payable. Immediately following such written notice or after the commencement of any case or proceeding described in Section 8.4, the Noteholder shall enforce its Security.

10.     Indemnification.  The Borrower agrees to indemnify, hold harmless and defend the Noteholder and its Affiliates (each, an "**Indemnitee**") from and against any third party for all liabilities that may be imposed on, incurred by or asserted against any such Indemnitee in any matter relating to or arising out of, in connection with or as a result of the Note or any actual or prospective investigation, litigation or other proceeding, whether or not brought by any such Indemnitee, whether or not any such Indemnitee is a party thereto, and whether or not based on any securities, commercial or any other Law or theory thereof, including common law, equity, contract, tort or otherwise in connection with the Note, provided, that, the following shall be excluded in all cases: (a) liabilities resulting from Noteholder's gross negligence, bad faith or willful misconduct, (b) liabilities resulting from the material breach of the obligations of any

3

Ria v McCown - Exhibit 1: 0129

Indemnitee under this Note, and (c) liabilities relating to any proceeding between or among any Indemnitees.

11.    Miscellaneous.

11.1    Notices.

(a)    All notices, requests or other communications required or permitted to be delivered hereunder shall be delivered in writing to such address as a Party may from time to time specify in writing.

(b)    Notices if (i) mailed by certified or registered mail or sent by hand or overnight courier service shall be deemed to have been given when received, (ii) sent by facsimile during the recipient's normal business hours shall be deemed to have been given when sent (and if sent after normal business hours shall be deemed to have been given at the opening of the recipient's business on the next business day), and (iii) sent by e-mail shall be deemed received upon the sender's receipt of an acknowledgment from the intended recipient (such as by the "return receipt requested" function, as available, return e-mail or other written acknowledgment).

11.2    Governing Law. This Note and any claim, controversy, dispute or cause of action (whether in contract or tort or otherwise) based upon, arising out of or relating to this Note and the transactions contemplated hereby and thereby shall be governed by the Laws of the State of New York without regard to conflict of laws principles (other than Sections 5-1401 and 5-1402 of the New York General Obligations Law).

11.3    Submission to Jurisdiction.

(a)    Each Party hereby irrevocably and unconditionally (i) agrees that any legal action, suit or proceeding arising out of or relating to this Note may be brought in the courts of the State of New York or of the United States of America for the Southern District of New York and (ii) submits to the exclusive jurisdiction of any such court in any such action, suit or proceeding. Final judgment against the either of the Parties in any action, suit or proceeding shall be conclusive and may be enforced in any other jurisdiction by suit on the judgment.

(b)    Nothing in this Section 11.3 shall affect the right of the Noteholder to (i) commence legal proceedings or otherwise sue the Borrower in any other court having jurisdiction over the Borrower or (ii) serve process upon the Borrower in any manner authorized by the Laws of any such jurisdiction.

11.4    Venue. Each Party irrevocably and unconditionally waives, to the fullest extent permitted by Law, any objection that it may now or hereafter have to the laying of venue of any action or proceeding arising out of or relating to this Note in any court referred to in Section 11.3 and the defense of an inconvenient forum to the maintenance of such action or proceeding in any such court.

11.5    Waiver of Jury Trial. EACH PARTY HEREBY IRREVOCABLY WAIVES, TO THE FULLEST EXTENT PERMITTED BY LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN ANY LEGAL PROCEEDING DIRECTLY OR INDIRECTLY RELATING TO THIS

Ria v McCown - Exhibit 1: 0130

NOTE OR THE TRANSACTIONS CONTEMPLATED HEREBY OR THEREBY WHETHER BASED ON CONTRACT, TORT OR ANY OTHER THEORY.

11.6    Counterparts; Integration; Effectiveness.  This Note and any amendments, waivers, consents or supplements hereto may be executed in counterparts, each of which shall constitute an original, but all taken together shall constitute a single contract.  This Note constitutes the entire contract between the Parties with respect to the subject matter hereof and supersedes all previous agreements and understandings, oral or written, with respect thereto.  Delivery of an executed counterpart of a signature page to this Note by facsimile or in electronic (i.e., "pdf" or "tif") format shall be effective as delivery of a manually executed counterpart of this Note.

11.7    Successors and Assigns.  This Note may be assigned, transferred or negotiated by the Noteholder to any Person provided that such Person shall be reasonably acceptable to the Borrower.  The Borrower may not assign or transfer this Note or any of its rights hereunder without the prior written consent of the Noteholder which consent shall not be unreasonably withheld, conditioned or delayed.  This Note shall inure to the benefit of and be binding upon the Parties hereto and their permitted assigns.

11.8    Waiver of Notice.  The Borrower hereby waives presentment, demand for payment, protest, notice of dishonor, notice of protest or nonpayment, notice of acceleration of maturity and diligence in connection with the enforcement of this Note or the taking of any action to collect sums owing hereunder.

11.9    Amendments and Waivers.  No term of this Note may be waived, modified or amended except by an instrument in writing signed by both of the Parties hereto.  Any waiver of the terms hereof shall be effective only in the specific instance and for the specific purpose given.

11.10   Headings.  The headings of the various Sections and subsections herein are for reference only and shall not define, modify, expand or limit any of the terms or provisions hereof.

11.11   No Waiver; Cumulative Remedies.  No failure to exercise and no delay in exercising on the part of the Noteholder, of any right, remedy, power or privilege hereunder shall operate as a waiver thereof; nor shall any single or partial exercise of any right, remedy, power or privilege hereunder preclude any other or further exercise thereof or the exercise of any other right, remedy, power or privilege.  The rights, remedies, powers and privileges herein provided are cumulative and not exclusive of any rights, remedies, powers and privileges provided by Law.

11.12   Severability.  If any term or provision of this Note is invalid, illegal or unenforceable in any jurisdiction, such invalidity, illegality or unenforceability shall not affect any other term or provision of this Note or invalidate or render unenforceable such term or provision in any other jurisdiction.

[SIGNATURE PAGE FOLLOWS]

3

Ria v McCown - Exhibit 1: 0131

IN WITNESS WHEREOF, the Borrower has executed this Note as of April [1][1], 2018.

PAUL MCCOWN

By: _____

Name: PAUL D. McCOWN
Title:
Address: [XXXX]

State of Wyoming
County of Fremont

This instrument was acknowledged before me on 5/10/2021

*April Pendleton*

My commission Expires
6/16/2022

APRIL PENDLETON - NOTARY PUBLIC
COUNTY OF FREMONT
STATE OF WYOMING
My Commission Expires 06-16-2022

---

[1] NTD: Closing Date to be confirmed.

3

LEGAL_US_E # 134440574.3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RIA R SQUARED, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  21-CV-125 |
| | ) | |
| PAUL D. MCCOWN, AND | ) | |
| MCCOWN ENTERPRISES, LLC, | ) | |
| a Wyoming Limited Liability Company | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - FRAUD**

**EXHIBIT 11**

## SECURITY AGREEMENT

This SECURITY AGREEMENT, dated as of May 10, 2021 (as amended, restated, supplemented or otherwise modified from time to time, this **"Agreement"**), is entered into by and between Paul D. McCown (**"Grantor"**) and Ria R Squared Inc. (**"Secured Party"**).

In consideration of the agreements herein contained and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto hereby agree as follows:

1.      **CERTAIN DEFINITIONS.** As used in this Agreement, the following terms shall have the following meanings:.

(a)      "**Collateral**" has the meaning assigned to the term "Account" in the Deposit Account Control Agreement.

(b)      "**Deposit Account Control Agreement**" means the Deposit Account Control Agreement dated May 10, 2021, between Wyoming Community Bank, Secured Party and Grantor.

2.      **GRANT OF SECURITY INTEREST.** To secure the complete and timely payment, performance and discharge in full, as the case may be, of the obligations of Grantor to Secured Party (the **"Obligations"**), Grantor hereby unconditionally and irrevocably pledges, grants and hypothecates to Secured Party a continuing security interest (the **"Security Interest"**) in and to, a lien upon and a right of set-off against all of its respective right, title and interest of whatsoever kind and nature in and to the Collateral.

3.      **TERM OF AGREEMENT.** This Agreement and the Security Interest shall terminate on the date on which the Obligations have been paid in full or have been satisfied or discharged in full.

4.      **NOTICES.** All notices, requests, demands and other communications hereunder shall be subject to the applicable notice provision of the Deposit Account Control Agreement.

5.      **MISCELLANEOUS.**

(a)      No provision of this Agreement may be modified or amended except by a written agreement specifically referring to this Agreement and signed by the parties hereto.

(b)      Each party shall take such further action and execute and deliver such further documents as may be necessary or appropriate in order to carry out the provisions and purposes of this Agreement.

(c)      This Agreement and any claim, controversy or dispute related to or in connection with this Agreement shall be governed by and construed in accordance with the laws of the State of New York, without regard to conflict of law principles.

(d)      **GRANTOR HEREBY IRREVOCABLY SUBMITS TO THE JURISDICTION OF ANY FEDERAL OR STATE COURT IN THE COUNTY OF NEW YORK, STATE OF NEW YOK IN ANY ACTION, SUIT OR PROCEEDING BROUGHT AGAINST IT AND RELATED TO OR IN CONNECTION WITH THIS AGREEMENT.**

Ria v McCown - Exhibit 1: 0135

(e)    **GRANTOR AND SECURED PARTY IRREVOCABLY WAIVE THE RIGHT TO A TRIAL BY JURY IN ANY ACTION OR PROCEEDING BROUGHT TO ENFORCE ANY PROVISION OF THIS AGREEMENT.**

(f)    This Agreement may be executed in any number of counterparts (and by different parties hereto on different counterparts), each of which shall constitute an original, but all of which when taken together shall constitute a single contract.  Delivery of an executed counterpart of a signature page of this Agreement by facsimile or electronic transmission shall be effective as delivery of a manually executed counterpart of this Agreement.

*[Remainder of Page Intentionally Left Blank; Signature Pages Follow]*

2

Ria v McCown - Exhibit 1: 0136

**IN WITNESS WHEREOF,** the parties hereto have caused this Agreement to be duly executed on the day and year first above written.

**GRANTOR:**

**PAUL DANIEL MCCOWN**

State of wyoming
County of Fremont       ss

This Instrument was acknowledged before me on 5/11/2021

APRIL PENDLETON - NOTARY PUBLIC
COUNTY OF FREMONT       STATE OF WYOMING
My Commission Expires 06-16-2022

My Commission expires 6/16/22

**SECURED PARTY:**

**RIA R SQUARED INC.**, as Secured Party

By: _____

Name:  M.K. David Kang

Title:  President and CEO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

RIA R SQUARED, INC.,　　　　　　　　　)
a Delaware corporation,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)　　　Case No.  21-CV-125
　　　　　　　　　　　　　　　　　　)
PAUL D. MCCOWN, AND　　　　　　　)
MCCOWN ENTERPRISES, LLC,　　　　)
a Wyoming Limited Liability Company　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　　)

---

**MEMORANDUM IN SUPPORT OF MOTION FOR
PARTIAL SUMMARY JUDGMENT - FRAUD**

---

**EXHIBIT 12**

## AFFIDAVIT OF SCOTT ESTEP

**STATE OF WYOMING** )
) ss.:
**COUNTY OF** *Fremont* )

**SCOTT ESTEP,** being sworn, states as follows:

1.     I am of the age of majority and competent to testify to the matters contained herein.

2.     I am the President of Wyoming Community Bank ("WCB") in Lander, Wyoming.

3.     I have been provided with three documents ("WCB Statements") purporting to be WBC bank statements for January, February and March of 2021 in the name of Paul McCown for an account "ending in 3668." The WCB Statements accompany this affidavit as Exhibit A.

4.     WCB Statements are not true and correct statements from WCB for the account ending in 3668 in Mr. McCown's name and appear to be forgeries.

5.     The purported wire transfer into the account ending in 3668 on March 1, 2021, in the amount of $750,000,000.00 as set forth in Exhibit A, is fictitious and never occurred. That transfer is not reflected in any record of WCB.

6.     I have been provided with two documents, dated May 7, 2021 and May 11, 2021 respectively, purporting to be on WCB letterhead (the "Attestations").    The Attestations accompany this affidavit as Exhibit B.

7.     The format of the letterhead on the Attestations does not reflect the true and correct letterhead for WCB, and the representation set forth in the Attestations is false, to my knowledge, and does not accurately reflect the bank's records.

8.    To my knowledge, neither Paul McCown nor any entity he owns or controls has ever held hundreds of millions of dollars in an account or accounts at WCB as WCB would be unable to hold such large of deposits.

**FURTHER AFFIANT SAYETH NOT.**

DATED this ___10___ day of ___June___, 20 _21_.

_____
Scott Estep

**STATE OF WYOMING**     )
                                            )  ss.
**COUNTY OF** Fremont      )

The foregoing *Affidavit of Scott Estep* was verified, subscribed, and sworn before me by *Scott Estep*, this _10_ day of June, 2021.

Witness my hand and official seal.

PATRICIA A. O'NEAL - NOTARY PUBLIC
COUNTY OF FREMONT     STATE OF WYOMING
My Commission Expires 05-01-2023

_____
Notary Public

My commission expires: ___5-1-23___

Affidavit of Scott Estep
Page 2 of 2

# Exhibit A



WYOMING
COMMUNITY
BANK
*It's A Local Thing*

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Date 1/20/21
Primary Account
Enclosures

Page 1
Acct Ending 3668

## Account Title: PAUL D MCCOWN

Reward Checking
Account Number                     Acct Ending 3668
Previous Balance                            666.54
  2 Deposits/Credits                       2,100.00
 26 Checks/Debits                          2,444.76
Service Charge                                  .00
Interest Paid                                   .81
Current Balance                             322.59

Number of Enclosures                              0
Statement Dates 12/17/20 thru   1/20/21
Days in the statement period                     35
Average Ledger                              567.92
Average Collected                           567.92
Interest Earned                                 .81
Annual Percentage Yield Earned             1.50%
2021 Interest Paid                              .81

### DEPOSITS AND ADDITIONS

| Date | Deposits | Amount |
|------|----------|--------|
| 12/31 | Transfer from x3957 to x3668 | 500.00 |
| 1/05 | Transfer from x3957 to x3668 | 1,600.00 |
| 1/20 | Interest Deposit | .81 |

### WITHDRAWALS

| Date | Withdrawals | Amount |
|------|-------------|--------|
| 12/18 | PAYMENT      VENMO | 10.89- |
|       | WEB |  |
| 12/21 | POS  DEB 2353 12/18/20 00000007 | 23.09- |
|       | AMAZON.COM*PV3WA3T23 |  |
|       | AMAZON.COM |  |
|       | SEATTLE      WA C#2629 |  |
| 12/21 | DBT CRD 1807 12/20/20 DJVZEUAB | 6.99- |
|       | DISNEYPLUS |  |
|       | 888-9057888      CA C#2629 |  |
| 12/21 | DBT CRD 1400 12/21/20 DJMS624N | 12.59- |
|       | APPLE.COM/BILL |  |
|       | 866-712-7753  CA C#2629 |  |
| 12/24 | DBT CRD 2007 12/24/20 DJJHHL2B | 2.99- |
|       | APPLE.COM/BILL |  |
|       | 866-712-7753  CA C#2629 |  |
| 12/24 | DBT CRD 2007 12/24/20 DJE6UFUU | 13.64- |
|       | APPLE.COM/BILL |  |
|       | 866-712-7753  CA C#2629 |  |
| 12/28 | PAYMENT      VENMO | 75.00- |
|       | WEB |  |



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  1/20/21        Page    2
Primary Account  Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668   (Continued)

| WITHDRAWALS | | |
| --- | --- | --- |
| Date | Withdrawals | Amount |
| 12/28 | DBT CRD 0327 12/26/20 DJLQ0AQ1<br>APPLE.COM/BILL<br>866-712-7753   CA C#2629 | 2.99- |
| 12/31 | POS DEB 0740 12/31/20 00965801<br>AMAZON.COM*1G8N36M53<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 9.74- |
| 12/31 | POS DEB 0740 12/31/20 00966687<br>AMAZON.COM*2W8R91NH2<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 10.65- |
| 12/31 | POS DEB 0750 12/31/20 00979581<br>AMAZON.COM*O944085M3<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 19.34- |
| 12/31 | POS DEB 1049 12/31/20 00233020<br>AMAZON.COM*Q54RX8AV3<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 31.49- |
| 12/31 | POS DEB 0825 12/31/20 00012646<br>AMAZON.COM*OY27W2D73<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 53.24- |
| 12/31 | POS DEB 0740 12/31/20 00971145<br>AMAZON.COM*WT8HC9O13<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 129.30- |
| 1/04 | POS DEB 1211 12/31/20 00374130<br>AMAZON.COM*XU7L89OH3<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 20.97- |
| 1/04 | POS DEB 1206 12/31/20 00000002<br>AMAZON.COM*863J27AI3<br>AMAZON.COM<br>SEATTLE      WA C#2629 | 69.26- |
| 1/04 | POS DEB 1224 12/31/20 82577389<br>SAFEWAY #2761<br>SAFEWAY  2761<br>LANDER      WY C#2629 | 108.61- |
| 1/04 | DBT CRD 1310 12/31/20 DJUXCL9B<br>SAFEWAY #2761<br>LANDER      WY C#2629 | 41.96- |
| 1/04 | DBT CRD 1304 12/31/20 DJYDFXXF<br>SAFEWAY FUEL2761 | 46.91- |



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  1/20/21          Page    3
Primary Account  Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668   (Continued)

| WITHDRAWALS | | |
|---|---|---|
| Date | Withdrawals | Amount |
| 1/04 | LANDER          WY C#2629<br>DBT CRD 1853 01/01/21 DJQJ62A9<br>DOLLARSHAVECLUBUS<br>MARINA D REY  CA C#2629 | 10.50- |
| 1/05 | POS DEB 0826 12/31/20 00000087<br>AMAZON.COM*276H88KR3<br>AMAZON.COM<br>SEATTLE          WA C#2629 | 94.49- |
| 1/06 | PAYMENT     VENMO<br>WEB | 1,549.00- |
| 1/11 | PAYMENT     VENMO<br>WEB | 11.73- |
| 1/15 | DBT CRD 2348 01/14/21 DJQHRKII<br>OTL*SCORESENSE.COM<br>800-679-6327  TX C#2629 | 19.95- |
| 1/19 | DBT CRD 1309 01/16/21 DJBIJQC8<br>WENDY S #0503<br>ORANGE          CA C#2629 | 56.85- |
| 1/19 | DBT CRD 1400 01/17/21 DJWDHW34<br>APPLE.COM/BILL<br>1111111111    CA C#2629 | 12.59- |


**WYOMING
COMMUNITY
BANK**
*It's A Local Thing*

Date  2/17/21          Page    1
Primary Account   Acct Ending 3668
Enclosures

PAUL  D MCCOWN
10  RED RIM RD
LANDER WY 82520

Account Title: PAUL D MCCOWN

| Reward Checking | | | |
|---|---|---|---|
| Account Number | Acct Ending 3668 | Number of Enclosures | 0 |
| Previous Balance | 322.59 | Statement Dates   1/21/21 thru  2/17/21 | |
| 1 Deposits/Credits | 2,000.00 | Days in the statement period | 28 |
| 11 Checks/Debits | 1,912.00 | Average Ledger | 408.52 |
| Service Charge | .00 | Average Collected | 408.52 |
| Interest Paid | .01 | Interest Earned | .01 |
| Current Balance | 410.60 | Annual Percentage Yield Earned | 0.03% |
| | | 2021 Interest Paid | .82 |

### DEPOSITS AND ADDITIONS

| Date | Deposits | Amount |
|---|---|---|
| 2/01 | Transfer from x3957 to x3668 | 2,000.00 |
| 2/17 | Interest Deposit | .01 |

### WITHDRAWALS

| Date | Withdrawals | Amount |
|---|---|---|
| 1/21 | PAYMENT    VENMO<br>WEB | 60.00– |
| 1/21 | DBT CRD 1807 01/20/21 DJP3NFVQ<br>DISNEYPLUS<br>888–9057888    CA C#2629 | 6.99– |
| 1/25 | DBT CRD 2007 01/24/21 DJS1G9AZ<br>APPLE.COM/BILL<br>866–712–7753  CA C#2629 | 2.99– |
| 1/25 | DBT CRD 2007 01/24/21 DJI6K6AX<br>APPLE.COM/BILL<br>866–712–7753  CA C#2629 | 13.64– |
| 1/26 | PAYMENT    VENMO<br>WEB | 75.00– |
| 1/27 | DBT CRD 0331 01/26/21 DJYFCMV6<br>APPLE.COM/BILL<br>866–712–7753  CA C#2629 | 2.99– |
| 2/01 | DBT CRD 1851 02/01/21 DJQAK2BX<br>DOLLARSHAVECLUBUS<br>MARINA D REY  CA C#2629 | 10.50– |
| 2/02 | PAYMENT    VENMO<br>WEB | 1,706.00– |


**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  2/17/21        Page     2
Primary Account  Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                    Acct Ending 3668  (Continued)

| WITHDRAWALS | | |
|---|---|---|
| Date | Withdrawals | Amount |
| 2/16 | DBT CRD 2349 02/14/21 DJXGIEAM OTL*SCORESENSE.COM 800-679-6327  TX C#2629 | 19.95- |
| 2/17 | DBT CRD 2054 02/16/21 DJA7ERND APPLE.COM/BILL 866-712-7753  CA C#2629 | 1.35- |
| 2/17 | DBT CRD 1359 02/17/21 DJR857L3 APPLE.COM/BILL 866-712-7753  CA C#2629 | 12.59- |



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  3/17/21        Page      1
Primary Account Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Account Title: PAUL D MCCOWN

| | | | |
|---|---|---|---|
| Reward Checking | | Number of Enclosures | 0 |
| Account Number | Acct Ending 3668 | Statement Dates    2/18/21 thru 3/17/21 | |
| Previous Balance | 410.60 | Days in the statement period | 28 |
| 1 Deposits/Credits | 750,000,000.00 | Average Ledger | 375,161,357.68 |
| 15 Checks/Debits | 2,126.90 | Average Collected | 375,161,357.68 |
| Service Charge | .00 | Interest Earned | 324,999.13 |
| Interest Paid | 324,999.13 | Annual Percentage Yield Earned | 1.04% |
| Current Balance | 750,323,282.83 | 2021 Interest Paid | 324,999.95 |

## DEPOSITS AND ADDITIONS

| Date | Deposits | Amount |
|---|---|---|
| 3/01 | Transfer from x7190 to x3668 | 750,000,000.00 |
| 3/17 | Interest Deposit | 324,999.13 |

## WITHDRAWALS

| Date | Withdrawals | Amount |
|---|---|---|
| 2/18 | PAYMENT    VENMO<br>WEB | 75.00– |
| 2/19 | DBT CRD 1625 02/18/21 DJLKPNIS<br>LOAF N JUG #0155<br>LANDER      WY C#2629 | 9.03– |
| 2/22 | DBT CRD 1743 02/18/21 DJYHRMI6<br>SAFEWAY #2761<br>LANDER      WY C#2629 | 69.43– |
| 2/22 | DBT CRD 1817 02/20/21 DJJUBJOU<br>DISNEYPLUS<br>888-9057888    CA C#2629 | 6.99– |
| 2/23 | DBT CRD 1913 02/23/21 DJLS27B5<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 8.39– |
| 2/23 | DBT CRD 0628 02/23/21 DJQDXM18<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 31.49– |
| 2/24 | DBT CRD 2202 02/22/21 DJIILZ4W<br>LOAF N JUG #0155<br>LANDER      WY C#2629 | 9.03– |
| 2/24 | DBT CRD 1743 02/22/21 DJVQY44S<br>SAFEWAY #2761 | 118.79– |



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

Date  3/17/21        Page     2
Primary Account Acct Ending 3668
Enclosures

PAUL D MCCOWN
10 RED RIM RD
LANDER WY 82520

Reward Checking                 Acct Ending 3668  (Continued)

| Date | Withdrawals | Amount |
|------|-------------|--------|
| | **WITHDRAWALS** | |
| | LANDER        WY C#2629 | |
| 2/24 | DBT CRD 2007 02/24/21 DJGIAIQ9<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 2.99- |
| 2/24 | DBT CRD 2007 02/24/21 DJJLECQU<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 13.64- |
| 3/01 | DBT CRD 0327 02/26/21 DJHFNJHP<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 2.99- |
| 3/01 | DBT CRD 1859 03/01/21 DJX25DTG<br>DOLLARSHAVECLUBUS<br>MARINA D REY CA C#2629 | 10.50- |
| 3/05 | PAYMENT    VENMO<br>WEB | 1,718.00- |
| 3/15 | POS DEB 1244 03/14/21 008YAH8V<br>AMAZON PAYMENTS<br>AMAZON PAYMENTS<br>SEATTLE       WA C#2629 | 37.00- |
| 3/17 | DBT CRD 1506 03/17/21 DJLNKTN8<br>APPLE.COM/BILL<br>866-712-7753 CA C#2629 | 13.63- |

# Exhibit B



To whom it may concern,

The purpose of this document is an attestation of the account balance of Paul McCown's personal bank account, ending in -3668. As of today, May 7, 2021, the account balance is $761,481,265.21.

I affirm this balance in my capacity as an officer of the bank, its Corporate Vice President and Branch President.

Sincerely,

Kendall S. Hayford
VP Branch President



To whom it may concern,

The purpose of this document is an attestation of the account balance of Paul McCown's personal bank account, ending in ███3668. As of today, May 11, 2021, the account balance is $761,481,265.21.

I affirm this balance in my capacity as an officer of the bank, its Corporate Vice President and Branch President.

Sincerely,

Kendall S. Hayford
VP Branch President

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

RIA R SQUARED, INC.,                    )
a Delaware corporation,                 )
                                        )
      Plaintiff,                      )
                                        )
      v.                              )          Case No.  21-CV-125
                                        )
PAUL D. MCCOWN, AND                     )
MCCOWN ENTERPRISES, LLC,                )
a Wyoming Limited Liability Company     )
                                        )
      Defendants.                     )

---

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**PARTIAL SUMMARY JUDGMENT - FRAUD**

---

**EXHIBIT 13**

## AFFIDAVIT OF KENDALL HAYFORD

**STATE OF WYOMING**    )
                                    )
**COUNTY OF** _FREMONT_ )

 **KENDALL HAYFORD,** being duly sworn, states as follows:

 1. I am of the age of majority and competent to testify to the matters contained herein.

 2. I am the Vice President, Branch Manager of Wyoming Community Bank ("WCB") in Lander, Wyoming.

 3. I have been provided with copies of a "Deposit Account Control Agreement" dated May 10, 2021, a "WCB Attestation" dated May 7, 2021, another "WCB Attestation" dated May 11, 2021 and a letter dated May 19, 2021 with the "Re" line "Wyoming Community Bank Anti-Money Laundering Program." All four of those documents (the "WCB Documents") accompany this affidavit as Exhibit A.

 4. I affirm that the signature of "Kendall Hayford" on each of the four WCB Documents is not my signature.

 5. Prior to receiving the WCB Documents subsequent to the dates contained on each of those documents, I had no knowledge of any of them and had never seen any of them previously.

 6. The representation set forth in the two "WCB Attestations" contained in Exhibit B is false, to my knowledge, and does not accurately reflect the bank's records.

 7. I also have been provided with emails sent to and received by the email address khayford@wyocommunityb.com.

8.      I affirm that the email address khayford@wyocommunityb.com is not my email address at WCB (or otherwise). I have never used that email address.

9.      Prior to receiving the emails bearing the address khayford@wyowcommunityb.com, I had no knowledge of any of those e-mails or the email address khayford@wyowcommunityb.com, nor had I ever seen those emails or the email address khayford@wyowcommunityb.com.

10.     The emails bearing the address khayford@wyowcommunityb.com represent on their face that the phone number for Kendall Hayford is 307-310-5096.

11.     I affirm that the 307-310-5096 phone number is not my personal phone number or business phone number. I have never used that telephone number.

12.     Prior to receiving the emails bearing the address khayford@wyowcommunityb.com, I had no knowledge of the 307-310-5096 phone number, nor had I ever seen the 307-310-5096 phone number before, to the best of my knowledge.

13.     Until I was provided with the WCB Documents and the emails bearing the address khayford@wyowcommunityb.com, I had no knowledge of any loan agreement between Ria R Squared Inc. and Paul McCown or McCown Enterprises LLC.

14.     To my knowledge, neither Paul McCown nor any entity he owns or controls has ever held hundreds of millions of dollars in an account or accounts at WCB because WCB would not be capable of holding such sums.

15.     On May 10, 2021 I received a voicemail message, at my bank telephone number, from an individual who identified himself as Brian Kim calling in connection with Paul

McCown. Later that day, I asked Mr. McCown what the voicemail was about and he responded that he had "no idea."

**FURTHER AFFIANT SAYETH NOT.**

DATED this 10th day of June , 20 21 .

Kendall Hayford

**STATE OF WYOMING** )
                  ) ss.
**COUNTY OF** Fremont )

The foregoing *Affidavit of Kendall Hayford* was verified, subscribed, and sworn before me by *Kendall Hayford*, this 10 day of June, 2021.

Witness my hand and official seal.

PATRICIA A. O'NEAL - NOTARY PUBLIC
COUNTY OF FREMONT     STATE OF WYOMING
My Commission Expires 05-01-2023

Notary Public

My commission expires: 5-1-23

Affidavit of Kendall Hayford
Page 3 of 3

# Exhibit A

**DEPOSIT ACCOUNT**
**CONTROL AGREEMENT**

**Wyoming Community Bank**

Account Number: ███████ **3668**
[insert acount # by WCB]

This Deposit Account Control Agreement ("Agreement") is entered into this 10th day of
May          2021 , between **Wyoming Community Bank** ("Bank"),
("Secured Party"), and  Paul D. McCown                                    ("Client").

All parties agree as follows:

1.   **Account.**  Bank maintains one or more demand, savings, passbook, or other similar accounts
     which are identified above in which Client has an interest according to Bank's records. The
     Account is subject to Bank's Business Account Disclosure and Agreement to the extent not
     directly in conflict with the provisions of this Agreement (provided, however, that in the event
     of any such conflict, the provisions of this Agreement shall control).

2.   **Security Interest.**  Client has granted Secured Party a security interest in the above account(s)
     and in all funds now or later deposited into or held in such account(s), including without
     limitation any interest accruals, and in any renewals, replacements or rollovers of such accounts
     (each a "Substitute Account") regardless of the number of such Substitute Accounts.  All of
     the foregoing assets are collectively referred to as the "Account."

3.   **Other Liens.**  Client represents and warrants to Secured Party and Bank that it has not assigned
     or granted a security interest in the Account except to Secured Party, and Client agrees that it
     will not permit the Account to become subject to any other pledge, assignment, lien, charge or
     encumbrance of any kind, other than Secured Party's security interest referred to herein.

4.   **Client's Rights in Account.**  *[The Secured Party must choose one of the two options in this section.]*

     X      (a) Client retains the right to withdraw funds from the Account until Bank receives a
            Notice of Exclusive Control from Secured Party as set forth below; or

     ___    (b) Client does not retain the right to withdraw funds from the Account.  Only
            Secured Party may do so.

5.   **Control of Account**.  This Agreement provides Secured Party with "control" of the Account, as
     legally defined under Article 8 and Article 9, as applicable, of the Uniform Commercial Code, for
     purposes of perfecting its security interest in the Account. Bank, Secured Party and Client agree
     that Bank will comply with instructions ("Instructions") as to the withdrawal or disposition of any
     funds credited to the Account, and as to any other matters relating to the Account, received from
     Secured Party without Client's further consent. If Secured Party has chosen Section 4(a) Bank
     may comply with Instructions received from Client as owner of the Account until Bank
     acknowledges receipt of a Notice of Exclusive Control from Secured Party and has a reasonable

opportunity to comply with it; thereafter, Bank shall only comply with Instructions received from Secured Party. The Notice of Exclusive Control must be substantially in the form of Exhibit A, must be signed by an authorized representative of Secured Party, and must be acknowledged by Bank. Secured Party's Instructions may include giving stop payment orders for any items being presented to the Account for payment. If Secured Party has chosen Section 4(b), then effective as of the date of this Agreement, Bank shall treat the Account as if Bank had received a Notice of Exclusive Control.

6. **Bank's Authorization and Liability**. Bank is authorized to rely on all Instructions from Secured Party, even if the Instructions are contrary to the Client's instructions or demands or result in the dishonoring by Bank of items presented for payment from the Account. Bank has no duty to determine whether Client's obligations to Secured Party are in default. Bank also has no duty to inquire or determine whether Secured Party is entitled to provide the Notice of Exclusive Control or any Instructions to Bank, and Bank may rely on any notices or communication it believes in good faith to be genuine and given by the appropriate party. Bank will have no liability to Client for wrongful dishonor of any items resulting from Bank's following the Instructions of Secured Party. Notwithstanding any other provision in this Agreement, in the event of the commencement of a case pursuant to Title 11, United States Code, filed by or against Client, or in the event of the commencement of any similar case under then applicable federal or state law providing for the relief of debtors or the protection of creditors by or against Client, Bank may act as Bank deems necessary to comply with all applicable provisions of governing statutes, and shall not be in violation of this Agreement as a result. Bank shall be permitted to comply with any writ, levy, order or other similar judicial or regulatory order or process concerning the Account, and shall not be in violation of this Agreement for so doing.

7. **Fees**. The fees and charges applicable to the Account are shown on the Schedule of Fees and Related Charges for Business Accounts, as may be revised from time to time, and Client agrees to pay these fees and charges directly from the Account. Client may incur additional charges as described in Section 9 of this Agreement and in the Bank's Business Account Disclosure and Agreement.

8. **Returned Items**. Bank will pay returned items by debiting the Account. Client agrees to pay any returned items.

9. **Priority**. Nothing contained in this Agreement constitutes a waiver, release or subordination of any present or future rights which Bank has or may have in the Account (whether described as rights of setoff, banker's liens, chargeback or otherwise) with respect to (a) items returned unpaid to the Account; (b) overdrafts on the Account; (c) automated clearing house transfer or presentment warranties made against Bank in connection with items deposited to the Account; (d) Bank's usual and customary charges for services rendered in connection with the Account; (e) any lien arising in connection with any loan or other credit relationship between Client and Bank; or (f) any adjustments to the Account relating to encoding errors or other adjustments as a result of customary banking practices. Secured Party agrees that Bank may exercise Bank's rights and remedies in connection with any liens, security interests, or claims it may have in the Account at any time, including after Bank's receipt of a Notice of Exclusive Control. If the balances in the Account are not sufficient to compensate Bank for any of the above items or any items described in Sections 7 and 8 herein, Client agrees to pay Bank on demand the amount due Bank, and if Client fails to so pay Bank immediately upon demand, Secured Party agrees to pay Bank the amount due within five (5) days after Bank's demand to Secured Party to pay any amount received by Secured Party with respect to such items.

10. **Indemnity**. Client will indemnify and hold Bank, its officers, directors, employees, attorneys, and agents harmless against all claims, liabilities, and expenses arising out of this Agreement (including reasonable attorneys' fees and disbursements), except to the extent such claims, liabilities, or expenses are caused by Bank's gross negligence or willful misconduct. Secured Party, after sending a Notice of Exclusive Control over the Account, will indemnify and hold Bank, its officers, directors, employees, attorneys, and agents harmless against all claims, liabilities, and expenses arising out of this Agreement (including reasonable attorneys' fees and disbursements), except to the extent such claims, liabilities, or expenses are caused by Bank's gross negligence or willful misconduct. In no event will Bank be liable for any special, indirect, exemplary or consequential damages, including but not limited to lost profits. In addition to its rights under Section 6, Bank will be excused from failing to act or delay in acting, and no such failure or delay shall constitute a breach of this Agreement or otherwise give rise to any liability of Bank, if (i) such failure or delay is caused by circumstances beyond Bank's reasonable control, including but not limited to legal constraint, emergency conditions, action or inaction of governmental, civil or military authority, fire, strike, lockout or other labor dispute, war, riot, theft, flood, earthquake or other natural disaster, breakdown of public or private or common carrier communications or transmission facilities, equipment failure, or negligence or default of Client or Secured Party; or (ii) such failure or delay resulted from Bank's reasonable belief that the action would violate any of Bank's guidelines, or other guidelines, rules, judgments or regulations of any governmental authority.

Client agrees to pay Bank, upon receipt of Bank's invoice, all costs, expenses and fees incurred by Bank in the preparation and administration of this Agreement (including any amendments hereto or instruments or agreements required hereunder).

11. **Statements**. Bank will send copies of all statements for the Account to: *[The Secured Party may check one or both options in this section.]*

      X    Client
      X    Secured Party, at Client's expense

12. **Termination**. Secured Party may terminate this Agreement by giving Bank and Client no fewer than five (5) days' prior written notice. Bank may terminate this Agreement by giving Secured Party and Client thirty (30) days' prior written notice of termination. Client may only terminate this Agreement with the written consent of Secured Party, and only after thirty (30) days prior written notice to Bank, approved in writing by Secured Party. Notwithstanding anything herein, Bank may terminate this Agreement (i) at any time by written notice to Client and Secured Party if Bank becomes obligated to terminate this Agreement or to close the Account under any statute, rule, or regulation binding upon the Bank, or any order, judgment, decree or injunction, or a garnishment, restraining notice or other legal process, directing, or prohibiting or otherwise restricting, the disposition of the funds in the Account; and (ii) upon five (5) Business Days' notice to the other parties if either Client or Secured Party breaches any of the terms of this Agreement or any other agreement either has with Bank. In the event of the commencement of a case pursuant to Title 11, United States Code, filed by or against the Client, or in the event of the commencement of any similar case under then applicable federal or state law providing for the relief of debtors or the protection of creditors by or against the Client, or if Client admits in writing its inability to pay its debts when due or a public announcement is made that Client has or intends to file bankruptcy, dissolve, wind-down its business or liquidate, sell or otherwise dispose of all or substantially all of its assets, then notwithstanding anything in this Agreement to

the contrary, Bank reserves the right, solely in its discretion, to take any action, or seek any assurances, as Bank may deem necessary prior to complying with any Instructions, and shall not be in violation of this Agreement as a result. The provisions of Sections 6 and 10 shall survive any termination of this Agreement.

13. **Relationship of the Parties**.  Nothing in this Agreement shall create any agency or fiduciary relationship between Client, Secured Party and Bank.

14. **Amendments**.  This Agreement may only be amended by a writing, signed by Bank, Secured Party and Client, which may be signed in counterparts.

15. **Notice**.  Written notice to each party is to be provided at the respective addresses shown below, and shall be effective upon delivery. The addresses to which notices or other communications are to be given may be changed from time to time by notice sent under this provision. Notices sent by email must be scanned PDFs including the live signatures of authorized persons. Secured Party acknowledges that Bank may not be able to respond to a Notice of Exclusive Control if the Secured Party does not deliver the Notice to the address listed below; and Secured Party agrees that Bank will not be held liable for any failure to respond to a Notice of Exclusive Control that Secured Party does not deliver to the address listed below.

> Wyoming Community Bank
> Attn:  Kendall Hayford,
> VP Branch President
>
> 1700 N. Federal Blvd.
> Riverton, WY 82501
> Tel: 1-307-310-5096
> Email:  khayford@wyocommunityb.com

FRB 169E – rev. 8/20

**Secured Party**                                    **Client**

Attention: M.K. David Kang                    Attention: Paul Daniel McCown

Address: 575 Lexington Ave. 4th Floor     Address: _____

City, State, and Zip: NY, NY 10022         City, State, and Zip: _____

Fax: _____       Fax: _____

Tel: 213-364-2848                                  Tel: _____

Email: operations@rsquaredia.com          Email: _____

16. **Counterparts**. This Agreement may be signed in counterparts, which when signed by all parties constitute one agreement. Until this Agreement is signed by all parties and accepted by Bank, it is neither enforceable against nor binding on Bank. To the extent that Bank has been asked to hold its signature in escrow, the parties agree that this Agreement is not accepted by Bank until such time as Bank receives, and has a reasonable period of time to act upon, written request by Secured Party to release Bank's signature from escrow. Any communication with respect to the foregoing sentence shall be to the addresses of the parties found in the Notice section of this Agreement.

17. **Waiver.** EACH PARTY WAIVES ANY RIGHT IT HAS TO A JURY TRIAL IN ANY ACTION ARISING FROM THIS AGREEMENT. THE PREVAILING PARTY IN ANY ACTION IS ENTITLED TO REASONABLE ATTORNEY FEES AND COSTS.

18. **Governing Law.** This Agreement will be governed by and be construed in accordance with the laws of the State of New York, without regard to conflict of laws principles.

| Secured Party | Client |
|---|---|
| Ria R Squared Inc. | Paul Daniel McCown |
| By: | By: |
| Print Name: M.K. David Kang | Print Name: |
| Title: President and CEO | Title: |
| Date: 5/10/2021 | Date: |

Wyoming Community Bank

By:

Print Name: Kendall Hepford

Title: VP

Date: 5/10/21

## Exhibit A
## Notice of Exclusive Control

To:       Wyoming Community Bank ("Bank")
From:   Ria R Squared Inc.                                              ("Secured Party")
Re:       Paul Daniel McCown                                          ("Client")
Date:    May 10th, 2021
Account Number(s)          **3668**

Pursuant to the Deposit Account Control Agreement dated:    May 10th, 2021    ("Agreement")
entered into among Bank, Client and Secured Party, Secured Party hereby notifies Bank of Secured
Party's exercise of Secured Party's rights under the Agreement, and directs Bank to cease complying
with all instructions or directions from Client or Client's agents. Secured Party hereby certifies that it is
entitled to exercise its rights under the Agreement, that Secured Party has a right to all or part of the
funds in the Account, and agrees to specify the amount of the funds in the Account due to Secured
Party.

Secured Party agrees that upon receipt of this Notice of Exclusive Control, Bank may continue to
exercise Bank's rights and remedies as permitted under the Agreement and under any applicable laws.

Secured Party hereby certifies that the person executing this Notice of Exclusive Control is an officer,
representative or agent of Secured Party authorized to act on behalf of Secured Party and to make the
representations and agreements contained in this Notice of Exclusive Control.

SECURED PARTY:                              Ria R Squared Inc.


By:
Title: President and CEO
Date: 5/10/2021


ACKNOWLEDGED BY:                       WYOMING COMMUNITY BANK


By:
Title:
Date:  5/10/21


                                          FRB 169E – rev. 8/20



**WYOMING COMMUNITY BANK**
*It's A Local Thing*

To whom it may concern,

The purpose of this document is an attestation of the account balance of Paul McCown's personal bank account, ending in -3668. As of today, May 7, 2021, the account balance is $761,481,265.21.

I affirm this balance in my capacity as an officer of the bank, its Corporate Vice President and Branch President.

Sincerely,

Kendall S. Hayford
VP Branch President



To whom it may concern,

The purpose of this document is an attestation of the account balance of Paul McCown's personal bank account, ending in ⬛⬛⬛3668. As of today, May 11, 2021, the account balance is $761,481,265.21.

I affirm this balance in my capacity as an officer of the bank, its Corporate Vice President and Branch President.

Sincerely,

Kendall S. Hayford
VP Branch President



May 19, 2021

RE: Wyoming Community Bank Anti-Money Laundering Program

To Whom It May Concern:

Wyoming Community Bank ("WCB") is a United States ("U.S.") registered bank holding company regulated by the Federal Reserve Bank of St Louis ("FRB"). WCB and its financial institution subsidiaries1 are subject to U.S. statutory laws and regulations regarding Anti-Money Laundering ("AML") and Counter Terrorist Financing ("CTF"), such as the Bank Secrecy Act ("BSA"), as amended by, inter alia, the USA PATRIOT Act of 2001. WCB is also subject to the sanctions programs administered by the U.S. Department of the Treasury, Office of Foreign Assets Control ("OFAC"). WCB and its subsidiaries are regulated and regularly examined by, among others, the FRB, the Office of the Comptroller of the Currency ("OCC"), the United States Securities and Exchange Commission ("SEC"), the Financial Institution Regulatory Authority ("FINRA"), and the Commodities and Futures Trading Commission ("CFTC").

As required by law, WCB and its subsidiaries have implemented a risk-based, enterprise-wide BSA/AML Program that complies with both the specific provisions and the spirit of all relevant laws and regulations. Accordingly, WCB's BSA/AML Program includes, but is not limited to: (1) the appointment of a BSA/AML officer; (2) a Customer Due Diligence Program ("CDD"), which incorporates a Customer Identification Program ("CIP") and appropriate due diligence for customers depending on the risk profile; (3) enhanced due diligence on higher risk customers, such as Senior Foreign Political Figures/Politically Exposed Persons; (4) regular independent testing; (5) an AML training program; (6) processes and systems to monitor customer transactions and to identify potentially suspicious activity; (7) reporting of suspicious activity to appropriate regulatory bodies; (8) a policy of forbidding direct or indirect service to shell banks; and (9) policies and controls to ensure compliance with the sanctions programs administered by OFAC. Relevant AML/CTF documentation and records are maintained for a period of at least 7 years after account closing. WCB cooperates fully with regulatory and law enforcement investigations and inquiries.

Sincerely,

Kendall S. Hayford
VP Branch President



"Wyoming Community Bank" hereby confirms the following in accordance with the standards of a prudent professional and the applicable laws and regulations:

1. We maintain Anti Money Laundering & Counter Terrorist Financing ("AML/CTF") policies applicable to all employees and an on-going training program. We have implemented related procedures and controls including a procedure on suspicious activity reports;

2. We perform a risk assessment of the underlying investor, mandates and proxy holders using a combination of relevant risk factors prior to entering into a business relationship and obtain information on the purpose of the business relationship (Risk Based Approach);

3. We perform the identification and verification of the identity of the underlying investor based on the initial risk assessment. Where applicable, the identification and verification of the identity of our clients, beneficial owners, controlling parties and proxy holders is performed, such that the ownership and control structure of the underlying investors in particular legal persons, trusts and similar legal arrangements are understood and risks are assessed;

4. We perform enhanced due diligence on higher risk underlying investors and their beneficial owners, where applicable, including politically exposed persons and, where a relationship is established with countries or territories which do not or insufficiently apply AML-CTF measures;

5. We perform on-going monitoring of the business relationship to maintain KYC information current including detection of unusual transactions which are not consistent with the expected business activity, and where necessary, the origin of funds and origin of wealth;

6. We perform sanctions screening prior the account opening and on an on-going basis of the underlying investors, their beneficial owners, mandate and proxy holders where applicable. The sanctions lists are amongst others, the resolutions of the United Nations Security Council as well as acts adopted by the European Commission regarding CTF/EU sanction list. [In addition where applicable, we are required to comply with OFAC sanctions programs and perform sanctions screening against the listings of the US Department of Treasury, Office of Foreign Asset Control ("OFAC") ];

7. We retain investor due diligence documentation during a period of at least five years following the end of the business relationship and will make it available upon written request notwithstanding any applicable rules on confidentiality or local secrecy laws.

8. We do not enter into business relationship with shell banks or accept shell banks as underlying investors or beneficial owners;

Yours sincerely,

Chief Compliance Officer AML Business Office