File No.: **4631-3573166 (JL)**

## WARRANTY DEED

**David S. Kellogg and Carol A. Kellogg, husband and wife**, grantor(s) of **Fremont** County, State of **WY**, for and in consideration of Ten Dollars and Other Good and Valuable Consideration, in hand paid, receipt whereof is hereby acknowledged, Convey and Warrant To

**Paul D. McCown and Jacinta E. McCown, husband and wife**, grantee(s),

whose address is: **10 Red Rim Road, Lander, WY 82520** of **Fremont** County and State of **WY**, the following described real estate, situate in **Fremont** County and State of **Wyoming**, to wit:

**Lot 5 and 5A, Squaw Creek Vista Subdivision, Fremont County, Wyoming, as contained in Plat recorded February 8, 1994 in Drawer 5, Page 16.**

Subject to all covenants, restrictions, reservations, easements, conditions and rights appearing of record.

Hereby releasing and waiving all rights under and by virtue of the homestead exemption laws of the State of Wyoming.

Witness my/our hand(s) this 21st day of September , 20 20 .

_____
David S. Kellogg

_____
Carol A. Kellogg

State of      **Wyoming**

County of    **Fremont**

This instrument was acknowledged before me on this 21st day of September , 20 20, by **David S. Kellogg and Carol A. Kellogg.**

SETH SMITH - NOTARY PUBLIC
COUNTY OF FREMONT
STATE OF WYOMING
My Commission Expires 8/13/2024

_____
Notary Public

My commission expires: 8/13/2024

Revised - October 17, 2007 (2:03pm)

**FOR USE BY COUNTY CLERK ONLY**

Reception No. _____   Recorded : Book _____   Page _____
Date ____/____/____ Time: ____:____ _____
Type of Instrument: _____
Clerk's Signature _____

**FOR USE BY COUNTY ASSESSOR ONLY**

GEOPIN/ACCOUNT # _____
GEOPIN/ACCOUNT # _____
GEOPIN/ACCOUNT # _____
GEOPIN/ACCOUNT # _____

VALIDATION/INVALIDATION CODE (circle one):
0  1  2  3  4  5  6  7  8  9  E      Verified with:   1-Buyer   2-Seller   3-Agent   4-SOC

---

**STATEMENT OF CONSIDERATION (Confidential)**

_____ Fremont _____ County, Wyoming

**PART A (County Clerk: *Please Review for Complete Information*)**
**Name of SELLER: David S. Kellogg and Carol A. Kellogg**

Seller's Phone No.: (307)332-5181
Seller's New Address (if known):
Street or Box No.
*P O Box 1027*
City *Lander*
State *WY*             Zip *82520*

Name of BUYER: Paul D. McCown and Jacinta E. McCown

Buyer's Phone No.: (248)376-3761
Buyer's Mailing Address:
Street or Box No.
10 Red Rim Road
City    Lander
State    WY            Zip    82520

Legal Description: [Attached legal description if too lengthy]

Lot 5 and 5A, Squaw Creek Vista Subdivision, Fremont County, Wyoming,
as contained in Plat recorded February 8, 1994 in Drawer 5, Page 16.

Physical address (not a P.O. Box) of property transferred:
[ ] Same as BUYER above or:
Street    10 Red Rim Road
City    Lander
State    WY            Zip    82520

Name of agent or reporting party (NA if not applicable):
Name:    First American Title Insurance Company
Street or Box No.:    902 11th Street

City/State/Zip Lander, WY 82520
Agent's Phone No.: (307)332-4069
Name of Title Company:   First American Title Insurance Company
Name of Realtor: _____

---

**PART B - TYPE OF PROPERTY BEING TRANSFERRED**
1. [ ]  Land Only.
2. [X]  Land and Buildings:   [ ] Residential;   [ ] Commercial;
        [ ] Outbuildings;   [ ] Industrial.
3. [ ]  Building Only.      4. [ ]  Land and Mobile Home.
5. [ ]  Land and Improvements other than structures - (landscaping,
        fences, corrals, etc)

6.  Present on property:   a. [ ] Well;   b. [ ] Septic;
    c. [ ] City Water/Sewer;  d. [ ] Electric  e. [ ] Natural Gas;
    f. [ ] Telephone;  g. [ ] Cistern Available;  h. [ ] None of the above.

**PART C -** Claim exemption? **[See Instructions]**          [ ] Yes  [X] No
If YES, circle exemption number and go on to Part E.
1    2    3    4    5    6    7    8    9    10    11    12    13
If NO, complete entire form.
**Omit Part D if Exemption Claimed**

**PART D - Terms of Sale**
1. Date sale price agreed September 21, 2020
2. Total amount paid or to be paid for the property
$    700,000.00
3. Does the sale include property other than land or buildings?
                   [ ] Yes              [ ] No
If YES give a brief description and how much you paid for this other property
_____
_____

4. Financing
   a. [X] Cash          e. [ ] Contract for deed
   b. [ ] Conventional  f. [ ] Assumption
   c. [ ] FHA or VA     g. [ ] Balloon
   d. [ ] WCDA          h. [ ] Other (Explain)
_____
_____

5. Date offered for sale _____
6. Down Payment $
        Interest Rate    0.0000              %
        Terms of Loan _____ years
        Points Paid by Seller _____  %
7. Assumptions or Loan Amount $        0.00

**PART E -** I swear or affirm under penalty of Wyo. Stat. Ann. § 34-1-144, this
form is, to the best of my knowledge and belief, true and correct.
Date:    9/21/2020
*[signature]*
Signature (Buyer/Agent)