Jason M. Tangeman, WSB No. 6-3082
NICHOLAS & TANGEMAN, LLC
P.O. Box 928; 170 N. 5th St.
Laramie, WY  82073
(307) 742-7140
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., ) <br> a Delaware corporation ) <br>   ) <br> *Plaintiff,* ) <br>   ) <br> v. ) <br>   ) <br> PAUL D. MCCOWN, and ) <br> MCCOWN ENTERPRISES, LLC, ) <br>   ) <br> *Defendants.* ) | Case No. 21-CV-125-S |

**ORDER GRANTING RELIEF FROM PRELIMINARY INJUNCTION**

THIS MATTER having come before the Court on the *Motion for Relief From Preliminary Injunction* and the Court being fully informed in the premises:

WHEREFORE, IT IS HEREBY GRANTED that the Plaintiff and his wife, Jacinta E. McCown, be allowed to sell their residence located at 10 Red Rim Road, Lander, Wyoming.

DATED this _____ day of _____, 2021.

_____
Honorable Scott W. Skavdahl
United States District Court for the District of Wyoming

cc:   Nicholas & Tangeman, LLC
      Williams, Porter, Day & Neville, P.C.
      Kleinberg, Kaplan, Wolff & Cohen, P.C.