## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 21-CV-125 ) ) ) ) ) ) ) |

### ORDER GRANTING PLAINTIFF'S FRCP 54(B) MOTION FOR ENTRY OF JUDGMENT

THIS MATTER, having come before the Court on Plaintiff's FRCP 54(b) MOTION FOR ENTRY OF JUDGMENT, and the Court having considered the pleadings and other matters on file, hereby FINDS AND ORDERS AS FOLLOWS:

1. Good cause exists to enter a final judgment against Defendants, jointly and severally, on Plaintiff's claim of fraud in the inducement/intentional misrepresentation (Claim IV).

2. There is no just reason for delay of entering judgment, in the amount of $14.7 million, said judgment to accrue post-judgment interest at the rate as directed by 28 U.S.C. 1961.

3. The Court hereby grants Plaintiff's motion, in its entirety, and directs entry of the above-described judgment.

DATED this _____ day of _____, 2021.

_____
United States District Judge