UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation,<br><br>*Plaintiff*<br><br>v.<br><br>PAUL D. MCCOWN, and MCCOWN ENTERPRISES, LLC,<br><br>*Defendants* | Civil Action No. 21-CV-125-S |

## PARTIAL FINAL JUDGMENT ON FRAUD CLAIM

This matter comes before the Court on Plaintiff's FRCP 54(b) Motion for Entry of Judgment (Doc. 73), Defendants' opposition thereto (Doc. 74), and Plaintiff's reply (Doc. 77). Having considered the parties' positions, reviewed the record herein, and being otherwise fully advised, the Court finds no just reason exists to delay the entry of judgment on Plaintiff's claim of Fraud in the Inducement/Intentional Misrepresentation.

Federal Rule of Civil Procedure 54(b) allows the Court to enter a partial final judgment on less than all claims:

> When an action presents more than one claim for relief—whether as a claim, counterclaim, crossclaim, or third-party claim—or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.

The Court previously granted partial summary judgment in Plaintiff's favor on its fraud claim (Doc. 72), awarding damages of $14.7 million, holding Defendants jointly and severally liable, and reserving Plaintiff's request for punitive damages. Defendants opposed the entry of partial

final judgment under Fed. R. Civ. P. 54(b) on the basis that punitive damages remained at issue. (Doc. 74.) In its reply, Plaintiff waived its request for any punitive damages as to its fraud claim. (Doc. 77.) With that waiver, the Court finds no issues remain concerning Plaintiff's claim of fraud.

**FINAL JUDGMENT** is hereby entered in favor of Plaintiff Ria R Squared, Inc. and against Defendants on the Plaintiff's claim of Fraud in the Inducement/Intentional Misrepresentation (Claim IV) in the amount of $14.7 million ($14,700,000.00), for which Defendants are jointly and severally liable.

**DATED:** May  19th , 2022.

F.R.C.P. 58(b)(2) approval as to form:

_____
Scott. W. Skavdahl
United States District Judge

Entered:   Margaret Botkins
           Clerk of Court

By: _____
           Crystal Toner
           Deputy Clerk of Court