Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611, rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

Steven R. Popofsky, SPopofsky@kkwc.com
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, NY 10110
(212) 880-9882
(212) 986-8866 (facsimile)
*Pro-hac vice*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.  21-CV-125 ) |
| PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

Plaintiff, through undersigned counsel, hereby notifies the Court that the judgment entered in this matter, pursuant to Doc. 78 – *Partial Final Judgment on Fraud Claim*, has been partially satisfied. To date, Plaintiff has received payments totaling $13,661,186.06.

Respectfully submitted this 1st day of November, 2022.

          RIA R SQUARED, INC.,
          a Delaware corporation,

          *Plaintiff* .

          *By:*    */s/: Ryan L. Ford*
          Stuart R. Day, WSB# 5-2244
          sday@wpdn.net
          Ryan J. Schwartz, WSB# 6-3611
          rschwartz@wpdn.net
          Ryan L. Ford, WSB# 7-4667
          rford@wpdn.net
          WILLIAMS, PORTER, DAY & NEVILLE, P.C.
          PO Box 10700
          Casper, WY 82602
          (307) 265-0700
          (307) 266-2306 (facsimile)

          Steven R. Popofsky,
          SPopofsky@kkwc.com
          KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
          500 Fifth Avenue
          New York, NY 10110
          (212) 880-9882
          (212) 986-8866 (facsimile)
          *Pro-hac Vice*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing pleading was served upon counsel of record via the ECF/CM Filing System (or otherwise as indicated below).

| | |
|---|---|
| Jason Tangeman | [X] Electronic Delivery ECF/CM |
| Nicholas & Tangeman | [ ] Fax |
| 170 N. 5th Street | [ ] Overnight Delivery |
| Laramie, WY 82073-0928 | [ ] U.S. Mail |
| | [ ] e-mail to: |

          *By:*    */s/: Ryan L. Ford*