IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> PAUL D. MCCOWN, AND <br> MCCOWN ENTERPRISES, LLC, <br> a Wyoming Limited Liability Company <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.  21-CV-125 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STATUS REPORT

The Parties, pursuant to the applicable Court's order, hereby submit their joint status report as follows:

1. Counsel has generally agreed upon the drafted terms and conditions of the proposed settlement agreement between the parties.

2. Said drafted agreement has been submitted to both Plaintiff and Defendants for final signature and/or execution.

3. Counsel does not anticipate any issues with obtaining the final signatures of the settlement agreement, aside from the logistics of obtaining the signatures from both parties.

4. Counsel proposes the Court accept an additional Status Report from the parties on or before December 30, 2022, to advise as to the status of the proceedings.

Respectfully submitted this 16th day of December, 2022.

                                             *By:*      */s/: Ryan L. Ford*
                                             Stuart R. Day, WSB# 5-2244
                                                   sday@wpdn.net
                                             Ryan J. Schwartz, WSB# 6-3611
                                                 rschwartz@wpdn.net

        Ryan L. Ford, WSB# 7-4667
        rford@wpdn.net
        WILLIAMS, PORTER, DAY & NEVILLE, P.C.
        PO Box 10700
        Casper, WY 82602
        (307) 265-0700
        (307) 266-2306 (facsimile)


        *s/ Jason M. Tangeman*
        Jason M. Tangeman, WSB # 6-3082
        Nicholas & Tangeman, LLC
        170 North Fifth St.
        P.O. Box 0928
        Laramie, WY 82073-0928
        (307) 742-7140
        jtangeman@wyolegal.com
        *Attorneys for Defendants*