IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company<br><br>Defendants. | Case No. 21-CV-125 |

## STATUS REPORT

The Parties, pursuant to the applicable Court's order, hereby submit their joint status report as follows:

1. Counsel has generally agreed upon the drafted terms and conditions of the proposed settlement agreement between the parties.

2. Said agreement was executed by Plaintiff on December 19, 2022.

3. Thereafter, on that same date, Mr. McCown's counsel attempted to submit the same to Mr. McCown for signature via the CorrLinks prison email system. Unfortunately, that particular system would not permit counsel to attach the applicable documents.

4. Without waiving any attorney/client privilege, Mr. McCown was specifically informed by email on December 19, 2022 that the final settlement documents could not be emailed to him and instead would be mailed to him via U.S. Mail. Mr. McCown responded that same day by email "sounds good, thanks."

5.      Consequently, the settlement agreement was sent to Mr. McCown via U.S. mail on December 20, 2022.

6.      On December 29, 2022 counsel for Mr. McCown sent him a follow-up email via the CorrLinks system asking about the status of the execution of the settlement agreement. Mr. McCown has not responded and as of the date of the filling of this Status Report the signed settlement has not been received.

7.      It is not anticipated the settlement agreement will be fully executed by December 30, 2022.

8.      Regardless, as before, Counsel does not anticipate any issues with obtaining the final signatures of the settlement agreement, aside from the logistics of obtaining the signatures from both parties.

9.      Counsel proposes the Court accept an additional Status Report from the parties on or before January 13, 2023, to advise as to the status of the proceedings.

10.     In the event the settlement agreement is completed prior to that date, the parties shall promptly inform the Court.

Respectfully submitted this 30th day of December, 2022.

>                By:     /s/: Ryan L. Ford
>                Stuart R. Day, WSB# 5-2244
>                    sday@wpdn.net
>                Ryan J. Schwartz, WSB# 6-3611
>                    rschwartz@wpdn.net
>                Ryan L. Ford, WSB# 7-4667
>                    rford@wpdn.net
>                WILLIAMS, PORTER, DAY & NEVILLE, P.C.
>                PO Box 10700
>                Casper, WY 82602
>                (307) 265-0700
>                (307) 266-2306 (facsimile)

*s/ Jason M. Tangeman*
Jason M. Tangeman, WSB # 6-3082
Nicholas & Tangeman, LLC
170 North Fifth St.
P.O. Box 0928
Laramie, WY 82073-0928
(307) 742-7140
jtangeman@wyolegal.com
*Attorneys for Defendants*