IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 21-CV-125 ) |
| PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company | ) ) ) ) |
| Defendants. | ) ) |

## SECOND STATUS REPORT

The Parties, pursuant to the applicable Court's order, hereby submit their second joint status report as follows:

1. On December 30, 2022, Defendants' counsel received confirmation that Mr. McCown received the settlement agreement package, which was mailed to him, via U.S. mail, on December 20, 2022.

2. Mr. McCown advised it would take approximately two (2) weeks to obtain notary services from the prison system.

3. Consequently, the parties are hopeful the settlement agreement package can be fully executed and returned within the next three (3) weeks.

4. As before, Counsel does not anticipate any issues with obtaining the final signatures of the settlement agreement, aside from the logistics of obtaining the final signatures from Mr. McCown.

5.      Counsel proposes the Court accept an additional Status Report from the parties on or before February 10, 2023, to advise as to the status of the proceedings.

6.      In the event the settlement agreement is completed prior to that date, the parties shall promptly inform the Court.

Respectfully submitted this 13th day of January, 2023.

>   *By:     /s/: Ryan L. Ford*
>   Stuart R. Day, WSB# 5-2244
>   sday@wpdn.net
>   Ryan J. Schwartz, WSB# 6-3611
>   rschwartz@wpdn.net
>   Ryan L. Ford, WSB# 7-4667
>   rford@wpdn.net
>   WILLIAMS, PORTER, DAY & NEVILLE, P.C.
>   PO Box 10700
>   Casper, WY 82602
>   (307) 265-0700
>   (307) 266-2306 (facsimile)
>
>
>   *s/ Jason M. Tangeman*
>   Jason M. Tangeman, WSB # 6-3082
>   Nicholas & Tangeman, LLC
>   170 North Fifth St.
>   P.O. Box 0928
>   Laramie, WY 82073-0928
>   (307) 742-7140
>   jtangeman@wyolegal.com
>   *Attorneys for Defendants*