IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation, <br><br>  Plaintiff, <br><br> v. <br><br> PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company <br><br>  Defendants. | Case No. 21-CV-125 |

## THIRD STATUS REPORT

The Parties, pursuant to the applicable Court's order, hereby submit their third joint status report as follows:

1. Without waiving any attorney-client privileges, on January 28, 2023, Mr. McCown advised he continues to wait for notary service.

2. He has advised he will sign the settlement packet and return the same as soon as he is able.

3. As approximately six (6) weeks have lapsed since Mr. McCown's receipt of the settlement packet (delivered on December 30, 2022), the parties respectfully inquire if the Court can be of any assistance in granting Mr. McCown the opportunity to have notary services in the prison.

4. Without that assistance, it is not anticipated that the settlement packet can be fully executed any time soon.

5. Counsel shall immediately notify the Court in the event the settlement agreement is completed.

6. Counsel proposes the Court accept an additional Status Report from the parties on or before March 10, 2023, to advise as to the status of the proceedings.

Respectfully submitted this 10th day of February, 2023.

> *By:      /s/: Ryan L. Ford*
> Stuart R. Day, WSB# 5-2244
>     sday@wpdn.net
> Ryan J. Schwartz, WSB# 6-3611
>     rschwartz@wpdn.net
> Ryan L. Ford, WSB# 7-4667
>     rford@wpdn.net
> WILLIAMS, PORTER, DAY & NEVILLE, P.C.
> PO Box 10700
> Casper, WY 82602
> (307) 265-0700
> (307) 266-2306 (facsimile)
>
>
> *s/ Jason M. Tangeman*
> Jason M. Tangeman, WSB # 6-3082
> Nicholas & Tangeman, LLC
> 170 North Fifth St.
> P.O. Box 0928
> Laramie, WY 82073-0928
> (307) 742-7140
> jtangeman@wyolegal.com
> *Attorneys for Defendants*