

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company<br><br>Defendants. | Case No. 21-CV-125 |

## FINAL JUDGMENT ON CLAIMS II, III, AND IV

This matter comes before the Court pursuant to the parties' *Stipulated Motion for Entry of Judgment*. Having considered the parties' positions, reviewed the record herein, and being otherwise fully advised, the Court finds no just reason to delay the entry of judgment on Plaintiff's claims of breach of contract, piercing the corporate veil and fraud.

Pursuant to the stipulation of the parties, **FINAL JUDGMENT** is hereby entered in favor of Plaintiff, Ria R Squared, Inc., and against Defendants, on the Plaintiff's claims of breach of contract, piercing the corporate veil and fraud (Claims II, III and IV respectively), in the principal amount of $2,263,825.84, for which Defendants are jointly and severally liable. Per agreement of the parties, said principal amount shall accrue post-judgment interest at the rate of 5.5% per annum.

To avoid double recovery, the parties intend for the March 19, 2022 Partial Final Judgment on Fraud Claim (Doc 78) to merge into this Final Judgment. To further avoid

double recovery, upon receipt of any recoveries in (i) Criminal Action No. 22-CR-23 (United States v. Paul D. McCown); (ii) civil action docket number 21-CV-12937, Ria R Squared v. McCown, before the Eastern Michigan United States District Court (The Honorable Curtis Ivey); and, any other criminal or civil matter or effort or proceeding related to the collection of the $15,000,000.00 loan at issue in these proceedings, Ria R Squared, Inc., shall file in this matter (21-CV-125) notice of receipt of recovery, which shall then be credited against the total amount of the judgments and/or restitution owed by Defendants to Ria R Squared, Inc.

**DATED**: March 13th, 2023.

F.R.C.P. 58(b)(2) approval as to form:

_____
Scott W. Skavdahl
United States District Judge

Entered:   Margaret Botkins
           Clerk of Court

By: _____
    Crystal Toner
    Deputy Clerk of Court