Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611, rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

Joshua S. Bauchner, jb@ansellgrimm.com
Layne A. Feldman, laf@ansellgrimm.com
ANSELL GRIMM & AARON, PC
365 Rifle Camp Road
Woodland Park, New Jersey 07424
(973) 247-9000
(973) 247-9199 (facsimile)
*Pro-hac vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| RIA R SQUARED, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.  21-CV-125 |
| PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company | ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO DISMISS ALL REMAINING CLAIMS, WITH PREJUDICE

Plaintiff Ria R Squared, Inc. ("R Squared"), hereby moves (i) to dismiss, with prejudice, all remaining claims, including those for punitive damages, against Defendants, (ii) to vacate all remaining deadlines, hearings and trial dates and (iii) order that all parties shall be solely responsible for their respective fees, costs and expenses in this matter.

Respectfully submitted this 14th day of March, 2023.

**RIA R SQUARED, INC.,**
**a Delaware corporation,**

*Plaintiff .*

By: /s/: Ryan L. Ford
Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611, rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

Joshua S. Bauchner, jb@ansellgrimm.com
Layne A. Feldman, laf@ansellgrimm.com
ANSELL GRIMM & AARON, PC
365 Rifle Camp Road
Woodland Park, New Jersey 07424
(973) 247-9000
(973) 247-9199 (facsimile)
*Pro-hac vice*

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing pleading was served upon counsel of record via the ECF/CM Filing System (or otherwise as indicated below).

| | |
|---|---|
| Jason Tangeman | [ X ]  Electronic Delivery ECF/CM |
| Nicholas & Tangeman | [   ]  Fax |
| 170 N. 5th Street | [   ]  Overnight Delivery |
| Laramie, WY 82073-0928 | [   ]  U.S. Mail |
| | [   ]  e-mail to: |

*By:*   /s/: *Ryan L. Ford*