# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 MAR 15 PM 2:47

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| RIA R SQUARED, INC.,<br>a Delaware corporation,<br><br>   Plaintiff,<br><br>v.<br><br>PAUL D. MCCOWN, AND<br>MCCOWN ENTERPRISES, LLC,<br>a Wyoming Limited Liability Company | Case No. 21-CV-125 |

### ORDER GRANTING MOTION TO DISMISS ALL REMAINING CLAIMS, WITH PREJUDICE

Upon consideration of the Motion to Dismiss All Remaining Claims, With Prejudice, the Court hereby GRANTS the motion.

**IT IS HEREBY ORDERED** that all remaining claims in this matter are hereby dismissed, with prejudice, with each party to bear their respective attorney's fees and costs. As no causes of action remain pending, the Clerk of Court will please close this case.

DATED this 15TH day of March, 2023.

Hon. Scott W. Skavdahl
Chief United States District judge