Stuart R. Day, WSB# 5-2244, sday@wpdn.net
Ryan J. Schwartz, WSB# 6-3611, rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667, rford@wpdn.net
Williams, Porter, Day & Neville, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RIA R SQUARED, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 21-CV-125 ) |
| PAUL D. MCCOWN, AND MCCOWN ENTERPRISES, LLC, a Wyoming Limited Liability Company | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

Plaintiff, through undersigned counsel, hereby notifies the Court that the judgment entered in this matter, pursuant to Doc. 110 – *Final Judgment on Claims II, III, and IV*, has been partially satisfied. On or about April 18, 2023, Plaintiff received payments totaling $13,203.74.

Respectfully submitted this 2nd day of May, 2023.

                RIA R SQUARED, INC.,
                a Delaware corporation,

                      *Plaintiff* .

                *By:*    */s/: Ryan L. Ford*
                Stuart R. Day, WSB# 5-2244
                      sday@wpdn.net

Ryan J. Schwartz, WSB# 6-3611
rschwartz@wpdn.net
Ryan L. Ford, WSB# 7-4667
rford@wpdn.net
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
PO Box 10700
Casper, WY 82602
(307) 265-0700
(307) 266-2306 (facsimile)

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing pleading was served upon counsel of record via the ECF/CM Filing System (or otherwise as indicated below).

| | |
|---|---|
| Jason Tangeman | [ X]  Electronic Delivery ECF/CM |
| Nicholas & Tangeman | [   ]  Fax |
| 170 N. 5th Street | [   ]  Overnight Delivery |
| Laramie, WY 82073-0928 | [   ]  U.S. Mail |
| | [   ]  e-mail to: |

*By:        /s/: Ryan L. Ford*